FILED
MAR 2 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States District Court of

The District of Columbia

Shanell James #69829-004
FCI Otisville   Unit F-B
POB 1000
Otisville, NY 10963

v.

Case No.

U.S. Customs & Border Protection

CASE NUMBER  1:06CV00562
JUDGE: Rosemary M. Collyer
DECK TYPE: FOIA/Privacy Act
DATE STAMP: 03/24/2006

COMPLAINT

1) This is an action under the Freedom of Information Act (F.O.I.A.), 5 USC § 552 and the Privacy Act (P/A), 5 USC §552(a) to order the production of agency records consisting of all records pertaining to plaintiff in a search of the Office of the U.S. Custom Service in the Southern District of Florida. This search was to be all inclusive.

In this action plaintiff request injunctive declaratory relief, punitive damage, all incurred cost, and trial by jury.

2) This court has jurisdiction pursuant to the F.O.I.A. 5 USC § 552, P/A 5 USC § 552(a), the Administrative Procedure Act 5 USC § 701, the First, Fourth, Fifth, and Ninth Amendments, and 28 USC § 1331. Venue is proper in this district pursuant to the provisions of 5 USC § 552 (a) (g) (5), 5 USC § 703 and 28 USC §§ 1391 and 1402.

3) Plaintiff, Shanell James is a Federal prisoner currently incarcerated at FCI Otisville, NY.

RECEIVED
MAR 0 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

4) Defendant, U.S. Customs Service (newly US Immigration and Custom Enforcement) is an agency of the U.S. Department of Homeland Security. Which maintains a system of records containing information pertaining to plaintiff.

5) Defendant, is the U.S. Customs and Border Protection F.O.I.A. and P/A unit. The individual defendant is sued in their individual and official capacity as custodian of records containing information about plaintiff, and for not responding to plaintiff request for records.

6) In February 2005, plaintiff requested (Federal case No. 03-20452) pursuant to F.O.I.A. and P/A, for all records pertaining to himself in search of their files. (see exhibit 1) PS Form 3811 7003 3110 004 3740 3293.

7) In March 2005, plaintiff received a referral letter that stated his request was sent to appropriate office within agency. (see exhibit 2)

8) Late, but also in March 2005, plaintiff received confirmation from appropriate office in the receipt of his request, and a "Request for records form". This was a statement that declared plaintiff identity, address, date of birth, and stipulated understanding that knowingly or willfully seeking or obtaining access of records about another person under false pretenses is

punishable by a fine of up to $5,000. After completing form, it was sent to agency enclosed with another request letter for the information sought. Plaintiff was also issued file number 2005F1582. (see exhibit 3)

9) In May 2005, plaintiff wrote agency to inquire about the status of last correspondence, which included "Request records" form. Plaintiff did not receive any notice regarding status of request. (see exhibit 3)

10) Since the submittance of August 2005 letter, the plaintiff has yet to receive any information sought in F.O.I.A. and P/A request. (see exhibit 3)

11) As of the date of this complaint, it has elapsed the time of (6) six months. Therefore, Plaintiff believing that he has been more than patient in waiting (180) day period, hereby petitions the court for redress.

## FIRST CAUSE OF ACTION

12) The actions of defendant stated in paragraphs 6 through 11 denied plaintiff's right afforded him by the laws of the United States.

13) These rights were violated by defendant's refusal to supply documents pursuant to F.O.I.A. and P/A.

## SECOND CAUSE OF ACTION

14) The actions of defendant stated in paragraphs 6 through 13 denied plaintiff's First and Ninth Amendment rights.

15) The defendant(s) have violated these constitutional rights by using United States Laws to circumvent the right guaranteed to plaintiff under the United States Constitution.

16) The defendants, by circumventing these rights are denying plaintiff the ability to seek access in a court of law as these documents will be used in related litigation.

## THIRD CAUSE OF ACTION

17) The actions of defendant stated in paragraphs 6 through 16 denied plaintiff's Fourth and Fifth Amendment rights.

18) Plaintiff contends that some of these documents contain information that would grant plaintiff the ability to prove that during plaintiff's criminal pre-trial hearing, and sentencing hearing, that representatives of the government knowingly allowed false testimony to go before the trier of fact.

## DEMANDS

19) The defendant made a mistake by not supplying plaintiff the information sought, and/or supplied no explanation as to the denial of request for any reason. Therefore, the plaintiff demands judgement against the defendant and prays the court grant the following:

A) That the court order that the requested records be made available to the plaintiff.

B) That the court declare the actions of the defendants in this case outside of established law and unconstitutional.

C) Compensatory damages in the amount of $1.00, and punitive damages in the amount that this court would deem fair and reasonable, to deter defendants from engaging in this type of willful conduct in future.

D) That the court order defendants reimburse plaintiff any cost that he may incur in relationship to this action.

E) Such other relief as this court might deem appropriate. This action is filed in the interest of justice, in the spirit of the law and is not frivolous and is filed in good faith.

Note: Plaintiff is economically challenged, and has no community support. It is respectfully and humbly requested that any fee, or charge related to the request, and/or this complaint be waived for plaintiff is indigent. (see enclosed "In forma pauperis" papers)

Date: 2/23/06

Shanell James

Subscribed and sworn to before me this 23 day of Feb 2006.

DANIELLE M. SPERRY
NOTARY PUBLIC-STATE OF NEW YORK
No. 4966087
Qualified in Orange County
Commission Expires April 30, 20 06

Reg.#69829-004

P.O. Box 1000

Otisville, NY 10963

Unit F-B

EXHIBIT I

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

WASHINGTON DC 20229

| | |
|---|---|
| Postage | $ .83 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.88 |

Postmark: OTISVILLE NY SEP 06 2005 USPS 10963

Shanell James 63829-004 F-B

7002 0510 0000 3480 4694

Sent To: U.S. Customs & Border Protection
Freedom of Information Act/Customer Satisfaction
Street, Apt. No.; or PO Box No. Unit 4, c/o Michelle Woodley 1300 Pennsylvania Avenue N.W.
City, State, ZIP+4: Washington, D.C. 20229 Room 5.5C

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE OTISVILLE NY USPS 10963

| | |
|---|---|
| Postage | $ 0.37 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.42 |

Postmark: FEB 22 2005

Shanell James 63829-004 F-B

7003 3710 0004 3740 3293

Sent To: Bureau of Customs and Border Protection
Street, Apt. No.; or PO Box No.: Disclosure Law Branch (Mint Annex), 1300 Pennsylvania Avenue N.W.
City, State, ZIP+4: Washington D.C. 20229

---

**SENDER: COMPLETE THIS SECTION** / **COMPLETE THIS SECTION ON DELIVERY**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Bureau of Customs and Border Protection
Disclosure Law Branch (Mint Annex)
1300 Pennsylvania Avenue
Washington, D.C. 20229

A. Signature: X [signature] ☐ Agent ☐ Addressee
B. Received by (Printed Name): Melvin McMaster
C. Date of Delivery: 3/1/05
D. Is delivery address different from item 1? ☐ Yes ☐ No  If YES, enter delivery address below.

3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 3710 0004 3740 3293

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

06 0562
FILED
MAR 2 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

This letter was also [sent] to:
Bureau of Customs and Border Protection
Disclosure Law Branch (Mint Annex)
1300 Pennsylvania Avenue, N.W
Washington, D.C. 20229

Shanell James
Reg. No. #69829-004
FCI Otisville
P.O. Box 1000
Otisville, NY 10963
Unit F-B
February 22, 2005

Drug Enforcement Administration
Freedom of Information Operations Unit
  Department of Justice
700 Army Navy Drive
Arlington, V.A. 22202

RE:    Freedom of Information Act request number 05-102

Dear F.O.I.O.U.

I Shanell James am currently committed to the above mention Federal Facility. I write to request case records in reference to Case No. 03-20452-CR, heard in the Southern District of Florida. This request is the pursuant to Freedom of Information Act (FOIA), 5 U.S.C. sec. 552, and Privacy Act 5 U.S.C. § 552a.

I specifically request Lab Analysis Report prepared by your agency. This in reference to the above mentioned Federal Criminal Case No. 03-20452-CR. Also, any additional records or documents in relation to case. Including any audio, Video, or Photographs of Surveillance in the above case. Date of Arrest 05/28/03, Arresting Agency (I.C.E.).

As you know, the Freedom of Information Act provides that if portions of a Document are exempt from release, the remainder must be segregated and disclosed. Therefore, I will expect you to send Me all nonexempt portions of the records which I have requested, and humbly ask that you justify any deletions with reference to specific exemptions of FOIA.

The information requested is not to be used for commercial benefit, so I do not expect to be charged fees for your review of the Material to see if it fall within one of FOIA's exemptions.

As you know the FOIA provides for the wavier or reduction of search and duplication fees where the disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester.

In conclusion, I request the above document(s) as I research the above criminal case in which I have no record. Please be advised that I'm currently

economically challenge, and have no community support. So I humbly request that any fees associated with this request be waived. Thank You.

Respectfully Submitted,<br>
*Shanell James* (signature)<br>
Shanell James

Note: When responding to this request/correspondence. Please label sending envelope, or package <u>Legal Mail/ Open in the presence of Inmate.</u> This is to protect my confidence.

EXHIBIT II



U.S. Department of Homeland Security
Washington, DC 20229

U.S. Customs and
Border Protection

MAR 14 2005

Dear Sir or Madam:

We have received your letter concerning a Freedom of Information Request (FOIA) and/or Privacy Act request for records. Unfortunately this office does not maintain the records you requested. As such, we have taken the liberty of directing your request to:

U.S. Customs and Border Protection
Freedom of Information Act/Customer Satisfaction Unit
1300 Pennsylvania Ave, NW Room 5.5 C
Washington DC 20229
(202) 354-1000
ATTN: MAIKELLE WOODLEY

Once the above office has received your forwarded request they will process the request and respond accordingly. For any further assistance in this matter, please direct your communication to the above referenced point of contact.

Please note that all FOIA requests concerning enforcement actions taken by Customs or Immigration officers should be directed to the CBP Office that maintains the records sought, if known, or to the office nearest your geographic location. Such geographical locations and the subject matter of various offices can be found on our website www.cbp.gov. Thank you.

Sincerely,

Mary E. M. Hess

Joanne Stump, Chief
Disclosure Law Branch

06 0562
FILED

MAR 24 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

EXHIBIT III

p.1



U.S. Department of Homeland Security
Washington, DC 20229

U.S. Customs and
Border Protection

MAR 24 2005

DIS-6-OFO:FP JM
2005F1582

Ms. Shanell James
Reg. No. #69829-004
FCI Otisville
Post Office Box 1000
Unit F-B
Otisville, New York 10963

Dear Ms. James:

This is to acknowledge receipt of your letter requesting access to records, pursuant to the Freedom of Information Act (FOIA) and/or Privacy Act.

The U.S. Customs and Border Protection (CBP) process requests in order of their receipt. Accordingly, we must first process requests previously received from other persons and organizations. We currently have a tremendous backlog and will act with all due diligence by allocating the resources available within this office to process your request as soon as possible.

Before we can release any personal records, it is a requirement that the claimant submit the enclosed Request for Records form. This statement will declare your identity, address, date of birth, and will stipulate your understanding that knowingly or willfully seeking or obtaining access to records about another person under false pretenses is punishable by a fine of up to $5,000.

For your convenience, we have enclosed the proper form for you to complete and return to this office. Once we receive the properly completed form, we will be able to process your request. In order to expedite your request, you may fax the completed form to the Customer Satisfaction Unit – FOIA Desk at (202) 344-2791. Please include file number **2005F1582**.

Thank you.

Enclosure

06 0562
FILED
MAR 24 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Shanell James
Register No. #69829-00
F.C.I Otisville
P.O. Box 1000
Otisville, N.Y. 10963-100
May 25, 2005

U.S. Customs and Border Protection
Freedom of Information Act/Customer Satisfaction Unit
300 Pennsylvania Avenue, NW Room 5.5 C
Washington, DC 20229
c/o Michelle Woodley

RE: File No. 2005F1582

Dear Ms. Woodley, I write this letter to inquire about the status of my last correspondence with your agency. This correspondence contained a "Request for Records" form provided by your agency. I did as instructed and immediately filled out the form, and returned it along with a copy of my initial letter requesting records maintained by your agency and/or office. Since then (March 2005) I havn't recieved any confirmation of the receipt of that correspondence.

In conclusion I ask for just a little notice or letter confirming that the above mention information was recieved by your

agency. I understand that your agency has a heavy load of requests to process. This letter is not meant to request the neglect of those requests before me. I only want notification that my last correspondence was recieved by your agency. Please be advised that if their is any other information needed to help process my request by your organization, feel free to contact me at the above address. Thank you for your time and consideration regarding this matter.

Respectfolly and Humbly Submitted,

Shanell James

MR. SHANELL JAMES # 69829-004
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
OTISVILLE, NY 10963

Date: 8/20/2005

U.S. Customs and Border Protection
Freedom of Information Act/
Customer satisfaction unit
1300 Pennsylvanai Avenue, N.W.
Washington, DC 20229
Room 5.5C
c/o michelle Woodley

Re: File No. 2005F1582

Dear Ms Woodley,

I write this letter to inquire about the status of my last 2 letters of correspondence with your agency. These letters were dated February 22, 2005. these letters requested the status of the above file No., in which I requested information pursuant to Freedom of Information Act, (FOIA), 5 U.S.C. §552, and Privacy Act 5 U.S.C. §552a.

The first letter dated February 22, 2005, It was a general request in which I requested records I believed maintain by your agency. The records sought is specifically a "Lab Analysis Report" prepared by your agency in regards to Federal Criminal case No. 03-20452-CR, Arrest date 5/28/2003, Arresting agency is Immigration & Customs Enforcement (I.C.E.), by special agent Chinell Medina. This case was heard in the Southern District of Florida. Presiding under U.S. District Judge Ursula Ungaro-Benages.

The report was then refered to the Drug Enforcement Administration for analysis for seizure No. 2003520600070201, to be analyzed in the Southeast laboratory.

Regarding the second letter dated May 25, 2005, this letter was an inquiry of the status of my FOIA request. In addition it contained a completed "Request for Records" form provided by your agency. The letter sent by your agency was date March 24, 2005. This acknowledged receipt of my FOIA request.

My letter also requested notification upon it's delivery and receipt by you agency. As of the date of this letter I've not received any notice of my inquiry as to the receipt of the completed "Request for Records" form.

In conclusion, I humbly again request that your agency advise me if the "Request for Records" form was ever received by your agency and an updated regarding my F.O.I.A. request for records.

Also note that I'm aware of your agency heavy back load of request to process. This letter is not intented to request the neglect of these request presented before mine. It is only to inquire the status of the request.

Please be advised that I'm enclosing several copies of correspondence letters by your agency and myself regarding my prior attempts in seeking the status of my FOIA request for records.

Finally, I ask if their is any other information need to help process my request. Please feel free to contact me at the above mentioned address.

Respectfully Submitted,

*Shanell James*
Mr. Shanell James

Shanell James having appeared before me this 23 day of August 2006

*[Notary signature]*
Notary Public
No. 01
Qualified in Orange County
Commission [illegible] 2007

cc:
Director
Freedom Of Information Act/
Privacy Act Program
425 Eye Street N.W.
Ullico building
Washington, DC 20536