UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Shanell James,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Civil Action No. 06-0562 (RMC) |
| | ) |
| v. | ) |
| | ) |
| **U.S. Customs and Border Protection,** | ) |
| | ) |
| **Defendant.** | ) |

### DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO ANSWER, MOVE OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT

Defendant, the United States Customs and Border Protection, by and through its attorney, respectfully moves the Court, pursuant to Fed. R. Civ. P. 6, for an enlargement of time within which to answer the plaintiff's complaint, until, Wednesday, May 31, 2006. This is the first request by Defendant for an extension of time to file an answer. Because plaintiff is incarcerated, and is proceeding *pro se*, Local Rule 7(m) does not apply to this motion, and defendant has not obtained his position as to the relief requested. See Local Civil Rule 7(m). The answer is due on Monday, May 1, 2006.[1] Plaintiff has brought this action under the Freedom of Information Act.

Good cause exists to grant this motion. This extension will allow counsel for Defendant to properly confer with the Client Agency, to further investigate and review all of the facts and circumstances surrounding the allegations in the complaint, and to acquire a declaration and

---

[1] The Docket indicates that the answer is due on May 30, 2006; however, because this matter was brought pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552, federal defendant has thirty days to answer after service.

<u>Vaughn</u> index as necessary pertaining to the allegations as set forth therein.

This motion is not for purposes of delay but for good cause shown.

Respectfully submitted,

/s/
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

                                              /s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334

**CERTIFICATE OF SERVICE**

      I certify that the foregoing Motion for Extension of Time was served upon Plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

SHANELL JAMES
R69829-004
OTISVILLE FEDERAL CORRECTIONAL INSTITUTION
P.O. Box 1000
Unit F-B
Otisville, NY 10963


on this 1st day of May, 2006.

                                                                         _____

                                                                   Heather Graham-Oliver