**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Shanell James,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **Civil Action No. 06-0562 (RMC)** |
| | ) |
| **v.** | ) |
| | ) |
| **U.S. Customs and Border Protection,** | ) |
| | ) |
| **Defendant.** | ) |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME**
**TO ANSWER, MOVE OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Defendant, the United States Customs and Border Protection, by and through its attorney, respectfully moves the Court, pursuant to Fed. R. Civ. P. 6, for an enlargement of time within which to answer the plaintiff's complaint until Friday, June 30, 2006.  This is the second request by Defendant for an extension of time to file an answer.  The answer would otherwise be due on May 31, 2006.  Because plaintiff is incarcerated, and proceeding *pro se*, Local Rule 7(m) does not apply to this motion, and defendant has not obtained his position as to the relief requested. See Local Civil Rule 7(m).  Plaintiff has brought this action under the Freedom of Information Act.

Good cause exists to grant this motion.  Counsel for defendant has not yet received the litigation report from the agency involved, United States Customs and Border Protection.  Further, this extension will allow counsel for defendant to confer with the client agency, to further investigate and review all of the facts and circumstances surrounding the allegations in

 the complaint, and to determine whether a dispositive motion is appropriate with respect to

plaintiff's claims.  This motion is not for purposes of delay but for good cause shown.


Respectfully submitted,


/s/

KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


/s/

RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


/s/

HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334

**CERTIFICATE OF SERVICE**

I certify that the foregoing Second Motion for Extension of Time was served upon

Plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

SHANELL JAMES
R69829-004
OTISVILLE FEDERAL CORRECTIONAL INSTITUTION
P.O. Box 1000
Unit F-B
Otisville, NY 10963

on this 30th day of May, 2006.

_____
Heather Graham-Oliver