**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Shanell James,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **Civil Action No. 06-0562 (RMC)** |
| | ) |
| **v.** | ) |
| | ) |
| **U.S. Customs and Border Protection,** | ) |
| | ) |
| **Defendant.** | ) |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME**
**TO ANSWER, MOVE OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Defendant, the United States Customs and Border Protection, a subcomponent of the Department of Homeland Security, by and through its attorney, respectfully moves the Court, pursuant to Fed. R. Civ. P. 6, for an additional enlargement of time within which to answer the plaintiff's complaint until Monday, August 25, 2006. The answer would otherwise be due on Friday, June 30, 2006. Because plaintiff is incarcerated, and proceeding *pro se*, Local Rule 7(m) does not apply to this motion, and defendant has not obtained his position as to the relief requested. See Local Civil Rule 7(m). Plaintiff has brought this action under the Freedom of Information Act (FOIA).

Good cause exists to grant this motion. It has only recently been determined that the United States Customs and Border Protection has documents that may be responsive to Plaintiff's FOIA request. To give the Agency time to review the documents and appropriately respond to the Plaintiff's FOIA request, an extension of time is necessary. Additionally, the response time is further complicated by the travel schedules, including family vacation schedules, of the people whose input is necessary for the preparation of a response. A representative, non-

exclusive sample of defense counsel's responsibilities include, but are not limited to:

- Responding to discovery requests on behalf of the United States in <u>Kalil v. USDA</u>, Civ. Act. No. 01-2194 (RJL).

- Continuing efforts to negotiate a settlement in <u>Schmidt v. Dep't of Labor</u>, D.C. Cir. Case No. 04-5405 (mediation on-going).

- Continuing efforts to negotiate a settlement in <u>Rountree v. USDA,</u> D.C. Cir. Case No. 06-5056.

- Continuing to Investigate and Respond to the complaint in <u>Legnini v. U.S.A</u>, Civ. No. 06-0012 (RJL).

- Continuing to Investigate and Respond to the complaint in <u>Ball v. U.S.A.</u>, Civ. Act. No. 06-0059 (RMU)

- Preparing for Trial scheduled on July 27, 2006, in <u>David v. Billington, Library of Congress</u>, Civ. Act. No. 04-0985 (JR)

Accordingly, this motion is not for purposes of delay but for good cause shown.

Respectfully submitted,


/s/
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


/s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____/s/
                        _____
                        HEATHER D. GRAHAM-OLIVER
                        Assistant United States Attorney
                        Judiciary Center Building
                        555 4th St., N.W.
                        Washington, D.C.  20530
                        (202) 305-1334

## <u>CERTIFICATE OF SERVICE</u>

I certify that the foregoing third Motion for Extension of Time was served upon Plaintiff

by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

SHANELL JAMES
R69829-004
OTISVILLE FEDERAL CORRECTIONAL INSTITUTION
P.O. Box 1000
Unit F-B
Otisville, NY 10963

on this ___ day of June, 2006.

_____
Heather Graham-Oliver