United States District Court
For The District of Columbia

Shanell James
Reg No. 69829-004

Civil Action No.
06 0562
RMC

Plaintiff

v.

U.S. Customs and Border Protection

Defendant

RECEIVED
JUN 2 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Petition For A Writ of Mandamus

I Shanell James, plaintiff/petitioner, proceeding pro se, submitt this petition to humbly seek the Honorable Court's discretion. To order the US Customs and Border Protection to provide documents requested pursuant to Freedom of Information/Private Act. 5 U.S.C § 552

It has been over 18 months since petitioner has written Defendant seeking records maintained by the Defendant. Over this period of time the U.S. Customs and Border Protection Service has not provided and explaination regarding the request or the reason for it's delay.

The Defendant is the arresting agency in Plaintiff criminal case 03-20452 heard in the Southern Distric of Flordia. There is no doubt that Defendant has the above requested information.

Since the initiation of this Civil Action, Petitioner has submitted various photo copies of corresponding request letters to this Honorable Court. Collaborating plaintiff (woes) claims of non-production of records maintain.

Furthermore, Defendant was granted extension of time to Answer (from May 30, 2006 to May 31, 2006). As of the under signed date the Plaintiff has not receive any correspondence from defendant or this Honorable Court.

In conclusion Plaintiff humbly and respectfully petitions this Honorable court to possible order the Defendant to provide materials requested, Also to re-imburst Plaintiff for the cost incurred due to the filing of this Civil Action.

Humbly and Gratefully Submitted,

Shanell James
June 26, 2006

JUN 2 9 2006