Shanell James
Register No. 69829-004
F.C.I Fort Dix
P.O. Box 1000
Fort Dix, New Jersey 08640
Westside Compound
July 19, 2006

United States District Court for the District of Columbia
U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001
c/o Nancy Mayer Whittington - Clerk of Court

Dear Honorable Court,
    I Shanell James, plaintiff/petitioner regarding Civil Action 06 0562 RMC humbly write this Honorable Court advising that I've been transfered. I am no longer at F.C.I. Otisville, I've been relocated to the Federal Correctional Institution at Fort Dix. Please change the record so that it shows the following address:

Shanell James 69829-004
Federal Correctional Institution - Fort Dix
P.O. Box 7000
Fort Dix, New Jersey 08640
Westside Compound

RECEIVED
JUL 2 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In June/2006 I wrote this Honorable Court

and file a petition for a <u>Writ of Mandamus</u> After submitting it to be mailed by the facility (Otisville). I was transfered to the Metropolitan Detention Center at Brooklyn (Brooklyn-MDC). This is also a transfer facility in which I was commited to for 13 day, before being transfered here to Fort Dix-FCI.

As of the date of this correspondence I have not recieve any responce regarding the status of my last petition.

In conclusion I humbly request that the record reflect the new location, and that any future correspondence be sent to this new address. Also, I would humbly like to request that this Honorable Court advise me of any changes regarding the above Civil Action.

Respectfully and Humbly Submitted,

Shanell James.

P.S. In the event that the above information was already updated Please disregard.