**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Shanell James,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **Civil Action No. 06-0562 (RMC)** |
| | ) |
| **v.** | ) |
| | ) |
| **U.S. Customs and Border Protection,** | ) |
| | ) |
| **Defendant.** | ) |

**ANSWER OF DEFENDANT DEPARTMENT OF HOMELAND SECURITY TO PLAINTIFF'S COMPLAINT**

Defendant, United States Department of Homeland Security (DHS), Customs and Border Protection (CBP), hereby responds to *pro se* Plaintiff's, Shannell James' Complaint for Declaratory Relief as follows:

**AFFIRMATIVE DEFENSES**

**First Defense**

Plaintiff has failed to state a claim upon which relief may be granted.

**Second Defense**

______The Court lacks subject matter jurisdiction.

**Third Defense**

______Plaintiff has failed to exhaust administrative remedies.

**Fourth Defense**

Answering specifically the numbered paragraphs of plaintiff's complaint, defendant admits, denies, or otherwise avers as follows:

1. The allegations contained in paragraph 1 of the plaintiff's complaint constitutes its characterization of the legal basis for this action to which no answer is required. To the extent that an answer is required, admit only that Plaintiff requested information on February 22, 2005 from the U.S. Customs Service (now CBP) pursuant to FOIA, 5 U.S.C. § 552.

2. The allegations contained in paragraph 2 of the plaintiff's complaint constitutes his characterization of the legal basis for this action to which no answer is required.

3. Defendant is without knowledge to admit or deny plaintiff's location of incarceration.

4. Defendant admits that the U.S. Customs Service (now CBP) pursuant to FOIA, 5 U.S.C. § 552 is an agency of the United States Department of Homeland Security.

5. The allegations contained in paragraph 5 of the plaintiff's complaint constitutes his characterization of the legal basis for this action to which no answer is required. To the extent that an answer is required, denied.

6. Defendant admits only that Plaintiff requested information on February 22, 2005 from the U.S. Customs Service (now CBP) pursuant to FOIA, 5 U.S.C. § 552.

7. Defendant admits that on March 14, 2005, CBP's Disclosure Law Branch acknowledged the receipt of Plaintiff's FOIA request and forwarded it to the FOIA/Customer Satisfaction Unit.

8. Defendant admits only that the FOIA/Customer Satisfaction Unit sent Plaintiff a letter dated March 24, 2005, requesting Plaintiff to complete an enclosed Request for Records form and that CBP has no record that Plaintiff ever returned the Request for Records. Defendant is without knowledge to admit or deny the remaining allegations contained in paragraph 8.

9. Defendant is without knowledge to admit or deny the remaining allegations contained in paragraph 9.

10. Defendant is without knowledge to admit or deny the remaining allegations contained in paragraph 10 referencing a letter dated August 2005. Defendant admits that records have been released to plaintiff subject to the following FOIA exemptions: 5 U.S.C. §§ 552(b)(2) and (b)(7)(C).

11. The allegations contained in paragraph 11 of the plaintiff's complaint constitutes his characterization of the legal basis for this action to which no answer is required

12. The allegations contained in paragraph 12,13, 14, 15, 16, 17, 18,19 of the plaintiff's complaint constitutes his characterization of the legal basis for this action to which no answer is required.

13. The allegations in paragraph 13 are denied.

14. The allegations in paragraph 14 are denied.

15. The allegations in paragraph 15 are denied.

16. The allegations in paragraph 16 are denied.

17. The allegations in paragraph 17 are denied.

18. The allegations in paragraph 18 are denied.

19. The allegations in paragraph 19 are denied.

The remainder of the Complaint is plaintiff's prayer for relief and requires no response. To the extent that an answer is required, it is denied.

All allegations not expressly admitted are denied.

WHEREFORE, having fully answered the complaint, defendant requests the Court to enter judgment in its favor and grant such other relief as may be appropriate.

Respectfully submitted,

/s/

KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/

RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/

HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530
(202) 305-1334

Date: August 24, 2006

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Shanell James,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **Civil Action No. 06-0562 (RMC)** |
| | ) |
| **v.** | ) |
| | ) |
| **U.S. Customs and Border Protection,** | ) |
| | ) |
| **Defendant.** | ) |

**Defendant's Proposed Briefing Schedule**

Plaintiff pro se filed the aforementioned action pursuant to the Freedom of Information and Privacy Acts, 5 U.S.C. § 552 and 5 U.S.C. § 552a, *et seq*., respectively. Defendant has released the documents requested and asserted exemptions on portions of them. Defendant desires to file a motion for summary judgment and proposes the following briefing schedule:

| | |
|---|---|
| Defendant's Motion for Summary Judgment | September 8, 2006; |
| Plaintiff's Opposition | October 23, 2006; and |
| Defendant's Reply | November 7, 2006. |

Plaintiff is *pro se* prisoner, therefore undersigned counsel has no means to contact him to ascertain his position on the proposed dates as set forth above.

Dated: August 24, 2006.

Respectfully submitted,

/s/
______________________________
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/
______________________________
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
______________________________
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530
(202) 305-1334

**CERTIFICATE OF SERVICE**

I certify that the foregoing Answer and Proposed Briefing Schedule were served upon Plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

SHANELL JAMES
R69829-004
FORT DIX F.C. I.
P.O. Box 7000
Westside Compound
Fort Dix, NJ 08640
PRO SE

on this ______ day of August, 2006.

______________________________
HEATHER GRAHAM-OLIVER
Assistant United States Attorney