*Let this be filed*
*RM Collyer*
*8/30/06*

Shanell James
Reg No. 69829-004
F.C.I. Fort Dix
P.O. Box 7000
Fort Dix, N.J. 08640
August 21, 2006

℅ <u>Nancy Mayer-Whittington</u> - Clerk of Distric Court
to the Honorable Distric Judge Rosemary M. Collyer
United States District Court of the District of Columbia
U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: Civil Action #: 060562 RMC

Dear Clerk,

I Shanell James plaintiff in the above reference civil case. Write to advise this Honorable Court of my change of address. I'm also inquiring about the status of the above mentioned matter. In addition I humbly request copies of the documents filed to this Honorable Court regarding the civil case mentioned above.

This is my second correspondence since my transfer here at F.C.I. Fort Dix, P.O. Box 7000, Fort Dix, N.J. 08640. In my prior letter advising this Honorable Court of my transfer from F.C.I Otisville, P.O. Box 1000, Otisville, N.Y.

10963, to F.C.I Fort Dix.

Several weeks haved past since my inquiry. To date I have yet to have any responce as to the status of my petition. I've recieve no notice advising me of the default judgement I seek against the Defendant (U.S. Customs and Border Protection. To date I still have not receive my freedom of Information request, and/or the records sought.

In conclusion, I humbly ask this Honorable Court to advise me of the status of my claim, or please provide me a letter letting me know that my case is still in litigation.

Humbly Submitted, but Un-informed,

Shanell James