*Let this be filed*
*RMColly*
*9/6/06*

Shanell James
Register No. 69829-004
F.C.I. Fort Dix
P.O. Box 7000
Fort Dix, N.J. 08640
August 29, 2006

Honorable U.S. District Judge
Rosemary M. Collyer
U.S. District Court for The District of Columbia
U.S. Courthouse
333 Constitution Avenue N.W.
Washington, D.C. 20001

Dear Honorable Judge;

I Shanell James plaintiff petitioner for Civil Action 06-05__ write to submit the enclosed letter be made part of the record regarding the afore mentioned matter.

Please be advised that the documents and or records referred to in it, are records that already exist within the case before this Honorable Court.

In Conclusion please file this letter into the record. Thank you

Gratefully Submitted,
Shanell James

                                        Shanell James
                                        Reg. No. 69829-004
                                        FCI Fort Dix
                                        P.O. Box 7000 West
                                        Fort Dix, New Jersey
                                                  08640

Thomas McLaughlin
Assistant Inspector General
Investigations Division
Office of Inspector General
U.S. Department of Justice
950 Pennsylvania Ave, N.W.[Rm.4706]
Washington, D.C.         20530

Dear Inspector General:

    1) I Shanell James am currently committed to the above mentioned facility. I write to humbly seek this Honorable Office's attention to an on going problem, regarding the obtaining of records that are maintained by the Executive Office of U.S. Attorneys, and the U.S. Customs and Immigration Enforcement(E.O.U.S.A.,I.C.E.). I.C.E. is also the leading agency in regards to Federal criminal case no. 03-20452-cr, which is also the arresting agency. This case was heard in the Southern District of Florida.(See enclosed "Referral/Action Slip" dated 1/03/05).

    2) Since, November 10, 2004 I have requested records pursuant to Freedom of Information/Privacy Act 5 U.S.C. Sec. 552, (a). This request was filed to the Freedom of Information referral unit of the Departmnet of Justice. It was then further processed by the mail referral unit. Accordingly, it was sent to the Drug Enforcement Administration, Executive Office of U.S. Attorneys, and the Federal Bureau of Investigation. Under request no. 05-102 which was issued by the E.O.U.S.A. upon the receipt of my request. (see Executive Office of U.S. Attorneys letters dated 1/18/05).

3) Enclosed in one letter is a statement given by the EOUSA that says it is "the Official Record Keeper for all records located in this Office, and the various U.S. Attorney's Offices." It also stated that I seek "information which is not maintained by the EOUSA or by any individual U.S. Attorneys Offices". (see enclosed letters mentioned above).

4) In response to this statement, on March 8, 2005 I filed a FOIA/PA Appeal to the Office of Information and Privacy pursuant to 28 C.F.R. 16.9. (see enclosed hand-written letter to Office of Information/ Privacy Co-Director dated March 8, 2005), until now I have yet to get any reply.

5) There are several relevant reasons why the records I seek should have been released to me. First, it pertains to my Federal criminal case. Secondly, it is maintained by both the EOUSA, and the Southern District of Miami. Thirdly, the information contained in the records, does not comprise any of the agency's security or operational practices.

6) It is my belief in which I theorized that several documents were fabricated , and, or altered by the U.S. Attorneys Office of the Southern District of Florida. This theory makes the most sense. For if the records sought was sound, it should have been filed with the EOUSA, D.E.A. and I.C.E., for all these agencies plays a part in criminal case no. 03-20452-cr, and its prosecution.

7) I also have evidence that further corroborates my theory that the U.S. Attorneys Offices in the Southern District of Florida has committed prosecutorial misconduct and/or fraud in its prosecution of Federal criminal case no. 03-20452-cr. This is further

supported by a statement given by the Drug Enforcement Administration. In response to my FOIA/PA request. (see enclosed "DEA" letter dated 03/01/05). This was also an appeal to the Co-Director, Office of Information and Privacy, plus Office of Information and Privacy response to appeal filed and dated 06/06/05.

    8) The request filed to the Immigration and Custom Enforcement is currently in litigation in the U.S. District of Columbia under Civil Action No. 06-0562(RMC). This litigation was initiated because (I.C.E.) has yet to respond to my request.

    9) Finally, I have sought these records patiently and diligently. I've also shown the same temperment towards all the above mentioned agencies to provide the records requested. For legally it is my right to have these records provided to me.

    I conclusion, I humbly seek the services of this Honorable Office to thoroughly review the records of the EOUSA, and U.S. Customs, Immigration Enforcement to possibly provide me with an official copy of the records obtained by your office. Also enclosed is various documents of correspondence during my quest in search of information. I would like this matter investigated to the fullest extent of your Office's authority. Please be advised that I'm available to provide further documentation if needed.

Date _August, 06_

Respectfully Submitted,

_Shanell James_
[Signature]

cc: Honorable U.S. District Judge
    Rosemary M. Collyer
    U.S. Dist. Court For Dist. of Columbia
    U.S. Courthouse
    333 Constitution Ave. N.W.
    Washington, D.C.   20001

cc
    H. Marshall Jarrett.Counsel
    Office of Professional Responsibility
    Department of Justice
    950 Pennsylvania Avenue, N.W. [Rm.3529]
    Washington, D.C.   20530