

U.S. Department of Homeland Security
Washington, DC 20229

**U.S. Customs and Border Protection**

MAR 24 2005

DIS-6-OFO:FP JM
2005F1582

Ms. Shanell James
Reg. No. #69829-004
FCI Otisville
Post Office Box 1000
Unit F-B
Otisville, New York 10963

Dear Ms. James:

This is to acknowledge receipt of your letter requesting access to records, pursuant to the Freedom of Information Act (FOIA) and/or Privacy Act.

The U.S. Customs and Border Protection (CBP) process requests in order of their receipt. Accordingly, we must first process requests previously received from other persons and organizations. We currently have a tremendous backlog and will act with all due diligence by allocating the resources available within this office to process your request as soon as possible.

Before we can release any personal records, it is a requirement that the claimant submit the enclosed Request for Records form. This statement will declare your identity, address, date of birth, and will stipulate your understanding that knowingly or willfully seeking or obtaining access to records about another person under false pretenses is punishable by a fine of up to $5,000.

For your convenience, we have enclosed the proper form for you to complete and return to this office. Once we receive the properly completed form, we will be able to process your request. In order to expedite your request, you may fax the completed form to the Customer Satisfaction Unit – FOIA Desk at (202) 344-2791. Please include file number **2005F1582**.

Thank you.

Enclosure

**Exhibit B**

06 0562
**FILED**

MAR 2 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT