

U.S. Department of Homeland Security
Washington, DC 20229

U.S. Customs and
Border Protection

MAR 14 2005

Dear Sir or Madam:

We have received your letter concerning a Freedom of Information Request (FOIA) and/or Privacy Act request for records. Unfortunately this office does not maintain the records you requested. As such, we have taken the liberty of directing your request to:

U.S. Customs and Border Protection
Freedom of Information Act/Customer Satisfaction Unit
1300 Pennsylvania Ave, NW Room 5.5 C
Washington DC 20229
(202) 354-1000
ATTN: MICHELLE WOODLEY

Once the above office has received your forwarded request they will process the request and respond accordingly. For any further assistance in this matter, please direct your communication to the above referenced point of contact.

Please note that all FOIA requests concerning enforcement actions taken by Customs or Immigration officers should be directed to the CBP Office that maintains the records sought, if known, or to the office nearest your geographic location. Such geographical locations and the subject matter of various offices can be found on our website www.cbp.gov. Thank you.

Sincerely,

Mary E. M. Hess

Joanne Stump, Chief
Disclosure Law Branch

Exhibit C

06 0562
FILED

MAR 24 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT