(b)(2)

```
                                              ENTRY 050503  UPDATE 050503
NAME- LAST JAMES                              PHYSICAL IDENTIFIERS
FIRST SHANELL           MID A        HISPANIC U RACE U SEX M HAIR      EYES
        IMAGE           ALIAS M NICKNAME    STC   HT 000 000 WT 000 000 ENGLSH
PERSONAL-                                         S/M/T                MORE
  DOB 05181975  POB- CNTRY    ST    CITY                      CTZN     MORE M
  SSN 116601557 MORE    AFN           MORE    RES       EXC/SITE       MORE
  PPN 096122881              TYPE I CNTRY US ISSDT       EXPDT         MORE
ADDRESS- DATE 050503    STREET 713 EAST 32ND STREET
  CITY BROOKLYN                    STATE NY CNTRY US ZIP      APT      MORE
CONTACT- CBP FIELD OPS - MIAMI FL          CASE NBR  PHONE    TYPE     MORE (b)(7)(c)
  OWNER                             (b)(7)(c)
                                     · START 05052003 STOP 11052003 QRY NTFY 1
                                                             (b)(2)     MORE
                    (b)(2)                                              (b)(2)
REMARKS- DATE 050503
                                                                       (b)(2)
```

(b)(2)

**Exhibit E**