```
TECS II PERSON          (b)(2)              ENTRY 052603 UPDATE 052903
                                            PHYSICAL IDENTIFIERS
NAME- LAST JAMES                    HISPANIC U RACE U SEX M HAIR BK EYES BR
FIRST SHANELL    MID A              STC      HT 507 000 WT 150 000 ENGLSH
     IMAGE       ALIAS    NICKNAME                                    MORE
                                                            S/M/T
PERSONAL-                                                   CTZN US MORE M
 DOB 05181975  POB- CNTRY US ST NJ CITY TRENTON                      MORE
 SSN 116601557 MORE  AFN              MORE RES     EXC/SITE          MORE
 PPN 096122881          TYPE I CNTRY US ISSDT 03182003 EXPDT 03172013
ADDRESS- DATE 052603  STREET 117PLEASANT RIDGE          APT
 CITY TRENTON                 STATE NJ CNTRY US ZIP 08611 TYPE       MORE
CONTACT- CBP FIELD OPS - MIAMI FL          PHONE                     MORE
 OWNER                                  CASE NBR
                              START 05262003 STOP 05282004 QRY NTFY 1
                                           (b)(2) CAT DR DRUGS       MORE
REMARKS- DATE 052903
PAX ARRESTED SMUGGLING 2.38 PD HEROIN INTERNALLY. PAX AND CONTRABAND
```

**Exhibit F**