UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Shanell James,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 06-0562 (RMC) |
| v. | ) |
| | ) |
| **U.S. Customs and Border Protection,** | ) |
| | ) |
| Defendant. | ) |

NOTICE OF FILING

Defendant hereby gives notice of the filing of the Supplemental Declaration of Dorothy Pullo, identified as Exhibit D of Defendant's Motion For Summary Judgement, PACER Court Docket ("R.") 19, which was inadvertently omitted.

Respectfully submitted

_____/s/_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____/s/_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
555 4th St., N.W.
Washington, DC 20530
202/515-1334

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing Notice of Filing has been served by U.S. mail, postage prepaid, this 13th day of September 2006, on:

SHANELL JAMES
PRO SE
R69829-004
FORT DIX F.C. I.
P.O. Box 7000
Westside Compound
Fort Dix, NJ 08640


_____/s/_____
HEATHER D. GRAHAM-OLIVER