IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA


Shanell James,                      )
                                    )
            Plaintiff,              )
                                    )
     v.                             )    Civil No. 1:06CV00562
                                    )
U.S. Customs & Border Protection    )
                                    )
                                    )
            Defendant.              )


SUPPLEMENTAL DECLARATION OF DOROTHY PULLO

I, DOROTHY PULLO, pursuant to 28 U.S.C. § 1746, declare as
follows:


1.    I am the Supervisory Program Analyst, Treasury Enforcement
Communications System (TECS) and Freedom of Information Act
(FOIA) Customer Satisfaction Unit, Office of Field Operations,
United States Customs and Border Protection (CBP), formerly known
as the U.S. Customs Service.  As such, I am the official
responsible for the overall supervision and management of the
processing of FOIA requests for information in CBP record
systems, including CBP's database of information on the
inspection of individuals at the border recorded in the Treasury
Enforcement Communications System (TECS).  All information
contained herein is based upon information furnished to me in my
official capacity and my review of the records systems kept in
the ordinary course of business by CBP.

2.    On September 6, 2006, CBP mailed a copy of the June 30, 2006 letter with the attached TECS records through the U.S. Postal Service to Shanell James' new address at FCI Fort Dix, Federal Correctional Institution, P.O. Box 7000, Westside Compound, Fort Dix, New Jersey 08640.

CERTIFICATION

3.   The matters set forth in this Declaration were at times relevant to response to this complaint within my official purview and set forth in my official capacity, to the best of my information, knowledge and belief.  I declare under penalty of perjury that the foregoing is true and correct.

    Executed this 12th day of September, 2006.


    /s/_____


    Dorothy Pullo
    Supervisory Program Analyst
    TECS/FOIA Customer Satisfaction Unit
    Office of Field Operations
    United States Customs and Border Protection
    Washington, D.C.

3