Shanell James
Register No. 69829-004
F.C.I. Fort Dix
P.O. Box 7000 West
Fort Dix, N.J. 08640
September 7, 2006

United States District Court
for the District of Columbia
U.S. District Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001
%: Clerk of Court

RECEIVED
SEP 1 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RE: Appointment of Counsel in Civil Action No. 06-0562 (RMC). Plus, the release of "Defendant's Answer to Complaint 08/24/2006

Dear Clerk;

I Shanell James, plaintiff in the above mentioned civil action! I write to advise this Honorable Court that I did not recieve any copies (official) of "Defendant's Answer to Complaint and Proposed Briefing Schedule" by United States Customs and Border Protection. This was entry No.#15 of Case docket sheet dated 08/24/2006 (entered).

In addition, Plaintiff humbly seeks the

Appointment of Counsel to further help prepare and construct Plaintiff claims. For the plaintiff is economically challenged, and is limited in resources to express the complexity of issues.

Futhermore, the plaintiff also humbly request that he be present at any future court proceeding for hearings, deadlines, and judgments.

In conclusion, Plaintiff respectfully and humbly prays that this Honorable Court Appointment of Counsel to help prepare, and construct claims. The plaintiff also seek a writ from this Honorable Court to have him produce for any court proceeding on hearings, deadlines, and judgments plus, a copy of "Defendant's Answer to Complaint..." 8/24/06

Gratefully Submitted,
Shanell James