Shanell James
Register No. 69829-004
F.C.I. Fort Dix
P.O. Box 7000 west
Fort Dix, N.J. 08640
October 11, 2006

United States District Court
for the District of Columbia
U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001
C/O: Clerk of District Court

RECEIVED
OCT 16 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

06-562 (RMC)

Dear Clerk;

I Shanell James, pro-se/plaintiff committed to the above mentioned facility. Humbly write this Honorable Court to inquire the status of my previous correspondences, seeking appointment of counsel, and also a motion to be produced for the proceeding relating to Civil Action No. 06-0562 (RMC).

I've written this Honorable Court on several occassions seeking the above reference request. A recent request (correspondence) was filed directly to the Honorable Judge Rosemary M. Collyer detailing my

dilemma with your office. To date, I still havn't recieve any responce to the above requested motions. I understand that I can not correspond directly with the Judge.

In conclusion I would humbly again like to request the appointment of counsel to help present my claims and preserve my rights. I am currently economically challenged, and have no community support. In addition I also requested a copy of all the documents submitted. Furthermore, I again humbly and respectfully request to be produce for any proceeding, hearing regarding the above Civil Case No. 06-0562.

Gratefully Submitted,

Sharell James