UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHANELL JAMES,                             )<br>                                                     )<br>        Plaintiff,                          )<br>                                                     )<br>        v.                                       )<br>                                                     )<br>UNITED STATES CUSTOMS AND      )<br>BORDER PROTECTION,                  )<br>                                                     )<br>        Defendant.                          )<br>                                                     ) | Civil Action No. 06-0562 (RMC) |

## ORDER

Plaintiff has filed motions for the appointment of counsel and a "Motion to be Produced for Proceedings Related to this Action." Because Plaintiff has been granted leave to proceed *in forma pauperis*, the Court may ask an attorney to represent him. 28 U.S.C. §1915(e)(1). Pursuant to Local Rule 83.11, in making such a determination, the Court takes into account:

(i)   the nature and complexity of the action;
(ii)  the potential merit of the *pro se* party's claims;
(iii) the demonstrated inability of the *pro se* party to retain counsel by other means; and
(iv)  the degree to which the interests of justice will be served by appointment of counsel, including the benefit the Court may derive from the assistance of the appointed counsel.

LCvR 83.11(b)(3).

Applying these factors, the Court finds that the appointment of counsel is not merited at this time. It is too early in the litigation to determine whether counsel should be appointed. This is action brought pursuant to the Freedom of Information Act. Defendant has filed a motion for

summary judgment, which may resolve the case. Plaintiff's response to the motion has not yet been filed. Moreover, Plaintiff is not entitled as of right to counsel in a civil case. There are not enough members of the Civil Pro Bono Panel to appoint counsel in each case. For these reasons, the Court will not appoint counsel.

In the event that Defendant's motion for summary judgment is not granted, the Court may schedule further proceedings. Since Plaintiff is incarcerated, he will appear at such hearings telephonically. Accordingly, it is hereby

**ORDERED** that Plaintiff's motion for the appointment of counsel [21] is **DENIED without prejudice**; and it is

**FURTHER ORDERED** that Plaintiff's motion to be produced for court proceedings [23] is **DENIED**.

```
            /s/
ROSEMARY M. COLLYER
United States District Court
```

DATE: October 19, 2006