Exhibit    A

**U.S. Department of Justice**
Justice Management Division

**Freedom of Information Act/Privacy Act Referral/Action Slip**

Clerk:  Barnes

Organization: JMD/FASS

Building & Room:  LOC, 113

Date:

JAN 0 3 2005

| To | From | | To | From |
|----|------|---|----|------|
| ☐ | ☐ Office of Information & Privacy | | ☐ | ☐ Immigration Review, Executive Office for |
| | _____ | | ☐ | ☐ Inspector General, Office of |
| | _____ | | ☐ | ☐ Intelligence Policy and Review, Office of |
| | _____ | | ☐ | ☐ INTERPOL, U.S. National Central Bureau |
| | _____ | | ☐ | ☐ Justice Management Division |
| ☐ | ☐ Antitrust Division | | | Staff: _____ |
| ☐ | ☐ Bureau of Alcohol, Tobacco, Firearms | | ☐ | ☐ Justice Programs, Office of |
| | and Explosives | | ☐ | ☐ Legal Counsel, Office of |
| ☐ | ☐ Civil Division | | ☐ | ☐ National Drug Intelligence Center |
| ☐ | ☐ Civil Rights Division | | ☐ | ☐ Pardon Attorney, Office of |
| ☐ | ☐ Community Relations Service | | ☐ | ☐ Professional Responsibility Advisory Office |
| ☐ | ☐ Community Oriented Policing Services | | ☐ | ☐ Professional Responsibility, Office of |
| ☐ | ☐ Criminal Division | | ☐ | ☐ Solicitor General, Office of |
| ☐ | ☐ Dispute Resolution, Office of | | ☐ | ☐ Tax Division |
| ☑ | ☐ Drug Enforcement Administration | | ☑ | ☐ U.S. Attorneys, Executive Office for |
| ☐ | ☐ Environment & Natural Resources Division | | ☐ | ☐ U.S. Marshals Service |
| ☐ | ☐ Federal Bureau of Prisons | | ☐ | ☐ U.S. Parole Commission |
| ☑ | ☐ Federal Bureau of Investigation | | ☐ | ☐ U.S. Trustees, Executive Office for |
| ☐ | ☐ Federal Detention Trustee, Office of | | ☐ | ☐ _____ |
| ☐ | ☐ Foreign Claims Settlement Commission | | | |

Requester:  Shanell A. James

Ref:  Case No. 03-20452-CR

Date of Request:  November 10, 2004

Received By:  FOIA/PA Mail Referral Unit          Type of Request:  FOI/PA

Remarks:  Requester advised of this referral.

FORM JMD-481
Rev. Mar. 2004



**U.S. Department of Justice**

_Washington, D.C. 20530_

JAN 0 3 2005

Shanell A. James                                    Re:  Case No. 03-20452-CR
Reg. No. 69829-004
Unit:  F-B
F.C. I. - Otisville
P.O. Box 1000
Otisville, NY  10963

Dear Ms. James:

Your Freedom of Information Act and/or Privacy Act (FOIA/PA) request was received by this office which serves as the receipt and referral unit for FOIA/PA requests addressed to the Department of Justice (DOJ).   Federal agencies are required to respond to a FOIA request within twenty business days.   This period does not begin until the request is actually received by the component within the DOJ that maintains the records sought.

We have referred your request to the DOJ component(s) you have designated or, based on descriptive information you have provided, to the component(s) most likely to have the records. The component(s) to which your request has been forwarded are indicated on the enclosed FOIA/PA Referral/Action Slip.   All future inquiries concerning the status of your request should be addressed to the office(s) listed below:

> FOIA/PA
> Drug Enforcement Administration
> Department of Justice
> 700 Army Navy Drive
> Arlington, VA  22202
> (202) 307-7596
>
> FOIA/PA
> Executive Office for U.S. Attorneys
> Department of Justice
> Room 7300, 600 E Street, NW
> Washington, DC  20530
> (202) 616-6757

James                                                                        Page 2


> FOIA/PA
> Federal Bureau of Investigation
> Department of Justice
> 935 Pennsylvania Avenue, NW
> Washington, DC  20535
> (202) 324-5520

Your request also designated organizations outside of the Department of Justice as indicated below and will have to be resubmitted by you directly to them.*

Sincerely,

Ronald L. Deacon, Director
Facilities and Administrative
    Service Staff
Justice Management Division

Enclosure
Freedom of Information Act/Privacy Act
    Referral/Action Slip

*Bureau of Customs and Border Protection, Washington, DC   20229



**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Unit*
*600 E Street, N.W., Room 7300*
*Washington, D.C. 20530*
*202-616-6757  Fax 202-616-6478*

Request Number: 05-102

Subject: Self (all records)

Requester: Shanell James

Dear Requester:

The Executive Office for United States Attorneys (EOUSA) has received your Freedom of Information Act/Privacy Act (FOIA/PA) request. It has been assigned the above number. Please give us this number if you write about your request. If we need additional information, we will contact you within two weeks.

Your request will be placed in the order in which it was received for processing, unless it is a very large request (Project Request). Then, it will be placed in a separate group of Project Requests, which are also processed in the order received.

EOUSA makes every effort to process most requests within a month (20 working days). There are some exceptions, for example, Project Requests take approximately nine months to process. Requests for "all information about myself in criminal case files" are usually Project Requests. If you have made such a request, you may either write us and narrow your request for specific items, or you may expect that the processing of your request may take nine months from the date of this letter.

By making a FOIA/PA request, you have agreed to pay fees up to $25, as stated in 28 CFR §16.3(c), unless you have requested a fee waiver. Please note that pursuant to 28 C.F.R. 16.11, we are required to charge fees for time used to search for the documents you have requested and for duplication of all pages released to you. Normally, search time is charged at a rate of $28 per hour after the first two hours which are free, and duplication fees are $0.10 per page after the first 100 pages which are free. Please do not send any payment at this time! If we anticipate that fees will exceed $25 or the amount you have stated in your letter (if greater than $25), we will normally notify you of our estimate of fees. After we have received your agreement to pay for the expected fees (or you have narrowed your request to reduce fees) and we have processed your request, we will require payment for the accumulated charges before we release documents to you. Without such payment, your request file will be closed without further action.

Sincerely,

Marie A. O'Rourke
Assistant Director

Form No. 001 - 9/03



**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Unit*
*600 E Street, N.W., Room 7300*    JAN **1 8 2005**
*Washington, D.C. 20530*
*202-616-6757  Fax 202-616-6478*

Requester: Shanell James          Request Number: 05-102

Subject: Self (all records)

Dear Requester:

     The Executive Office for United States Attorneys (EOUSA) has received your Freedom of Information Act and/or Privacy Act request.  The EOUSA is the official record keeper for all records located in this office and the various United States Attorney's offices.

     You requested information which is not information maintained by the EOUSA or by the individual United States Attorney's Offices, but is maintained by the Drug Enforcement Administration (DEA) and Bureau of Customs and Border Protection (ICE).  Please contact the DEA & ICE directly at the following address:

                    Drug Enforcement Administration
                 Freedom of Information Operations Unit
                       Department of Justice
                        700 Army Navy Drive
                        Arlington, VA 22202

                Bureau of Customs and Border Protection
                       Disclosure Law Branch
                           (Mint Annex)
                  1300 Pennsylvania Avenue, N.W.
                        Washington, DC 20229

     This office is continuing its work on the other subject/districts mentioned in your request.

                              Sincerely,


                              Marie A. O'Rourke
                              Assistant Director



                                   Form No. 042 - 6/02



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

*January 21, 2005*

MR SHANELL ANTONIE JAMES
**69829-004
UNIT F-B
POST OFFICE BOX 1000
OTISVILLE, NY 10963

Request No.: 1012051- 000
Subject: JAMES, SHANELL  ANTONIE

Dear Mr. James:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

A search of the automated indices to our central records system files located no records at FBI Headquarters responsive to your FOIPA request.

Although no records responsive to your FOIPA request were located in our automated indices, we are required to inform you that you are entitled to file an administrative appeal if you so desire. Appeals should be directed in writing to the Co-Director, Office of Information and Privacy, U. S. Department of Justice, Suite 570, Flag Building, Washington, D.C. 20530, within 60 days from the date of this letter.  The envelope and the letter should be clearly marked "Information Appeal."  Please cite the FOIPA request number assigned to your request so that it may easily be identified.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
   Dissemination Section
Records Management Division

Exhibit B

**U.S. Department of Justice**

Drug Enforcement Administration

---

February 15, 2005

Request Number:     05-0524-P

Subject of Request:    JAMES, SHANELL ANTONIE

FCI OTISVILLE
P.O. BOX 1000
OTISVILLE, NY 10963

DEAR SHANELL A. JAMES:

The Drug Enforcement Administration (DEA) has received your Freedom of Information/Privacy Act (FOI/PA) request and placed it on a list of requests awaiting processing. In order to expedite all requests that require retrieval, processing and duplication of documents, your request will be handled in chronological order based on the date of this letter.

Your request has been assigned the above number. Please include this number in any future correspondence to this office regarding this request.

This letter confirms your obligation that by filing your request, you have implicitly agreed to pay all applicable fees charged under 28 C.F.R. 16.11, up to $25.00, unless you seek a waiver of fees (28 C.F.R. 16.3 (c)).

Please be assured that your request is being handled as equitably as possible. Upon completion of the processing, you will be notified of all applicable fees, and payment will be required prior to release of any records. If there are not fees associated with the processing of your request, all documents that can be released will be made available to you at the earliest possible date.

Sincerely,

Katherine L. Myrick
Chief, Operations Unit
FOI/Records Management Section

Shanell James
Reg. No. #69829-004
FCI Otisville
P.O. Box 1000
Otisville, NY 10963
Unit F-B
February 22,2005

Drug Enforcement Administration
Freedom of Information Operations Unit
   Department of Justice
700 Army Navy Drive
Arlington, V.A. 22202

RE:     Freedom of Information Act request number 05-102

Dear F.O.I.O.U.

     I Shanell James am currently committed to the above mention Federal Facility. I write to request case records in reference to Case No. 03-20452-CR, heard in the Southern District of Florida. This request is the pursuant to Freedom of Information Act (FOIA), 5 U.S.C. sec. 552, and Privacy Act 5 U.S.C. § 552a.

     I specifically request Lab Analysis Report prepared by your agency. This in reference to the above mentioned Federal Criminal Case No. 03-20452-CR. Also, any additional records or documents in relation to case. Including any audio, Video, or Photographs of Surveillance in the above case. Date of Arrest 05/28/03, Arresting Agency (I.C.E.).

     As you know, the Freedom of Information Act provides that if portions of a Document are exempt from release, the remainder must be segregated and disclosed. Therefore, I will expect you to send Me all nonexempt portions of the records which I have requested, and humbly ask that you justify any deletions with reference to specific exemptions of FOIA.

     The information requested is not to be used for commercial benefit, so I do not expect to be charged fees for your review of the Material to see if it fall within one of FOIA's exemptions.

     As you know the FOIA provides for the wavier or reduction of search and duplication fees where the disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester.

     In conclusion, I request the above document(s) as I research the above criminal case in which I have no record. Please be advised that I'm currently

economically challenge, and have no community support. So I humbly request that any fees associated with this request be waived. Thank You.

Respectfully Submitted,

Shanell James

Shanell James

Note:  When responding to this request/correspondence. Please label sending envelope, or package Legal Mail/ Open in the presence of Inmate. This is to protect my confidence.

Exhibit C



**U.S. Department of Justice**

Drug Enforcement Administration

MAR 0 1 2005

_____

*Washington, D.C. 20537*

March 1, 2005

Request Number:          05-0524-P

Subject of Request:      JAMES, SHANELL ANTONIE

FCI OTISVILLE
P.O. BOX 1000
OTISVILLE, NY  10963

DEAR SHANELL A. JAMES:

      Your Freedom of Information/Privacy Act request to the Drug Enforcement Administration (DEA) has been reviewed.  The paragraph below applies:

      A review of DEA indices indicates that based on the information you provided as search criteria, the DEA has located  no records which are responsive to your request.

      If you wish to appeal any denial of your request, you may do so within 60 days pursuant to 28 C.F.R. 16.9.  The appeal should be sent to the following address, with the envelope marked "FOIPA" Appeal".

      Co-Director
      Office of Information and Privacy
      FLAG Building, Suite 570
      Washington, D.C.  20530

      Sincerely,

      Katherine Myrick

      Katherine L. Myrick
      Chief, Operations Unit
      FOI/Records Management Section

Shanell James
Register No.#69829-0i
F.C.I. Otisville
P.O. Box 1000
Otisville, N.Y. 10963
Unit F-B
March 8, 2005

Office of Information and Privacy
Co-Director
FLAG Building Suite 570
Washington, D.C. 20530

RE: FOIA/PA Appeal request no.(s)  1012051-00i
25-102, 05-524

Dear Co-Director;
                    I Shanell James am cur-
ently committed to the above Federal facility
write to appeal the above reference request
umbers regarding Freedom of Information
nd Privacy Act. This appeal is pursuant
o 28 C.F.R. 16.9.

The original request was an effort to
otain documents relation to Federal criminal
ase no. 03-20452-CR. This case was
eard in the Southern Distric of Flordia
Miami). Presiding under the Honorable Distric
udge Ursula Ungaro-Benages. The arresting
gency is I.C.E, arrest date 05/28/03

The record document(s) I seek is a Lab Analysis Report prepared by I C E in which alleged seized narcotics was analyzed by the Drug Enforcement Admini-stration I've also requested any audio video or photographs of surveillance in relation to the above mentioned case.

The initial FOIA/PA request was filed with the U.S. Department of Justice, Free-dom of Information and Privacy Act referral Unit. Who then forwarded it to the following agencies:

1) Executive Office for United States Attorneys
   FOIA/PA
Department of Justice
600 E Street, N.W. Room 7300
Washington, D.C. 20530

2) Federal Bureau of Investigation
   FOIA/PA
Department of Justice
935 Pennsylvania Avenue, N.W.
Washington, D.C. 20535

) Drug Enforcement Administration
   FOIA/PA
Department of Justice
700 Army Navy Drive
Arlington, V.A. 22202



It was in one correspondence that I received from DOJ FOIA/PA referral unit that noted that the Bureau of Customs and Border Protection (newly know as ICE) it stated that I would have to re-submit a request directly. Because that agency is outside of the DOJ

Presently I written these agencies and have been unsuccessful in getting the information I seek

In conclusion I appeal to your office to request the above mention records and document(s) and/or to re confirm that they don't exist. Enclosed within this appeal is various letter detailing the response I've received from the agencies involved. (Excluding the Bureau of Customs and Border Protection, to which I expect a reply shortly). Please be advised that I'm currently economically challenge and have no community support. I humbly request that any fees associated with this appeal and request be waived. Thank you

Subscribed and sworn to before me
this 8 day of MAR 2005
JULIE A. TIMINS
Notary Public, State of New York
No. 01TI6100268
Qualified in Orange County
Commission Expires Oct. 14, 2007

Respectfully Submitted,
Shanell James
Shanell James



**U.S. Department of Homeland Security**
Washington, DC 20229

**U.S. Customs and
Border Protection**

MAR 1 4 2005

Dear Sir or Madam:

We have received your letter concerning a Freedom of Information Request (FOIA) and/or
Privacy Act request for records. Unfortunately this office does not maintain the records you
requested. As such, we have taken the liberty of directing your request to:

U.S. Customs and Border Protection
Freedom of Information Act/Customer Satisfaction Unit
1300 Pennsylvania Ave, NW Room 5.5 C
Washington DC 20229
(202) 354-1000
ATTN: MICHELLE WOODLEY

Once the above office has received your forwarded request they will process the request and
respond accordingly. For any further assistance in this matter, please direct your communication
to the above referenced point of contact.

Please note that all FOIA requests concerning enforcement actions taken by Customs or
Immigration officers should be directed to the CBP Office that maintains the records sought, if
known, or to the office nearest your geographic location. Such geographical locations and the
subject matter of various offices can be found on our website www.cbp.gov. Thank you.

Sincerely,

Mary E. M. Hess

Joanne Stump, Chief
Disclosure Law Branch

**U.S. Department of Homeland Security**
Washington, DC 20229



**U.S. Customs and Border Protection**

MAR 2 4 2005

DIS-6-OFO:FP JM
2005F1582

Ms. Shanell James
Reg. No. #69829-004
FCI Otisville
Post Office Box 1000
Unit F-B
Otisville, New York 10963

Dear Ms. James:

This is to acknowledge receipt of your letter requesting access to records, pursuant to the Freedom of Information Act (FOIA) and/or Privacy Act.

The U.S. Customs and Border Protection (CBP) process requests in order of their receipt. Accordingly, we must first process requests previously received from other persons and organizations. We currently have a tremendous backlog and will act with all due diligence by allocating the resources available within this office to process your request as soon as possible.

Before we can release any personal records, it is a requirement that the claimant submit the enclosed Request for Records form. This statement will declare your identity, address, date of birth, and will stipulate your understanding that knowingly or willfully seeking or obtaining access to records about another person under false pretenses is punishable by a fine of up to $5,000.

For your convenience, we have enclosed the proper form for you to complete and return to this office. Once we receive the properly completed form, we will be able to process your request. In order to expedite your request, you may fax the completed form to the Customer Satisfaction Unit – FOIA Desk at (202) 344-2791. Please include file number **2005F1582.**

Thank you.

Enclosure

**U.S. Department of Justice**

Office of Information and Privacy

_____

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

**MAR 2 4 2005**

Mr. Shanell James
Register No. 69829-004, Unit F-B
Federal Correctional Institution
P.O. Box 1000
Otisville, NY 10963

      Re:  Request No. 1012051-000

Dear Mr. James:

      This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation on your request for information from the files of the Department of Justice was received by this Office on March 17, 2005.

      The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours.  In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned number **05-1296**.  Please mention this number in any future correspondence to this Office regarding this matter.

      We will notify you of the decision on your appeal as soon as we can.  The necessity of this delay is regretted and your continuing courtesy is appreciated.

                     Sincerely,

                     Priscilla Jones
                     Chief, Administrative Staff

**U.S. Department of Justice**

Office of Information and Privacy

_Telephone: (202) 514-3642_                    _Washington, D.C. 20530_

**MAR 2 4 2005**

Mr. Shanell James
Register No. 69829-004, Unit F-B
Federal Correctional Institution
P.O. Box 1000
Otisville, NY 10963

      Re:  Request No. 05-524

Dear Mr. James:

      This is to advise you that your administrative appeal from the action of the Drug Enforcement Administration on your request for information from the files of the Department of Justice was received by this Office on March 17, 2005.

      The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours.  In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned number **05-1298**.  Please mention this number in any future correspondence to this Office regarding this matter.

      We will notify you of the decision on your appeal as soon as we can.  The necessity of this delay is regretted and your continuing courtesy is appreciated.

                    Sincerely,

                    Priscilla Jones
                    Chief, Administrative Staff

**U.S. Department of Justice**

Office of Information and Privacy

*Telephone: (202) 514-3642*                     *Washington, D.C. 20530*

**MAR 2 4 2005**

Mr. Shanell James
Register No. 69829-004, Unit F-B
Federal Correctional Institution
P.O. Box 1000
Otisville, NY 10963

      Re: Request No. 05-102

Dear Mr. James:

      This is to advise you that your administrative appeal from the action of the Executive Office for United States Attorneys on your request for information from the files of the Department of Justice was received by this Office on March 17, 2005.

      The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **05-1297**. Please mention this number in any future correspondence to this Office regarding this matter.

      We will notify you of the decision on your appeal as soon as we can. The necessity of this delay is regretted and your continuing courtesy is appreciated.

                  · Sincerely,

                  Priscilla Jones
                  Chief, Administrative Staff