Exhibit D

Shanell James
Register No. #69829-00
F.C.I. Otisville
P.O. Box 1000
Otisville N.Y. 10963-100
May 25, 2005

U.S. Customs and Border Protection
Freedom of Information Act/Customer Satisfaction Unit
300 Pennsylvania Avenue, NW Room 5.5C
Washington, DC 20229
c/o Michelle Woodley

RE: File No. 2005F1582

Dear Ms. Woodley,
      I write this letter to inquire about the status of my last correspondence with your agency. This correspondence contained a "Request for Records" form provided by your agency. I did as instructed and immediately filled out the form, and returned it along with a copy of my initial letter requesting records maintained by your agency and/or office. Since then (March 2005) I havn't recieved any confirmation of the receipt of that correspondence.

   In conclusion, I ask for just a little notice or letter confirming that the above mention information was recieved by your

agency. I understand that your agency has a heavy load of requests to process. This letter is not meant to request the neglect of those requests before me. I only want notification that my last correspondence was recieved by your agency. Please be advised that if their is any other information needed to help process my request by your organization, feel free to contact me at the above address. Thank you for your time and consideration regarding this matter.

Respectfully and Humbly Submitted,

Shanell James

Exhibit E

**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*　　　　　　　　*Washington, D.C. 20530*

JUN 0 6 2005

Mr. Shanell James
Register No. 69829-004, Unit F-B
Federal Correctional Institution　　Re:　Appeal No. 05-1298
Post Office Box 1000　　　　　　　　　　Request No. 05-524
Otisville, NY  10963　　　　　　　　　　RLH:ADW:JTR

Dear Mr. James:

　　You appealed from the action of the Drug Enforcement Administration on your request for access to records concerning you, specifically including a "lab analysis report" you believe was prepared by the DEA for use in your criminal case, No. 03-20452.

　　After carefully considering your appeal, I have decided to affirm the DEA's action on your request.

　　The DEA informed you that it could locate no records responsive to your request. It has been determined that the DEA's response is correct.

　　You mentioned both U.S. Customs and Border Protection and U.S. Immigration and Customs Enforcement (ICE) in your correspondence with the DEA and this Office. If you have not done so already, you may wish to submit separate FOIA requests for the information you seek to these components of the Department of Homeland Security. The addresses for U.S. Customs and Border Protection and ICE, respectively, are:

　　　　　　　　Freedom of Information Act Request
　　　　　　　　U.S. Customs Service
　　　　　　　　1300 Pennsylvania Avenue NW.
　　　　　　　　Washington, D.C.  20229

　　　　　　　　Director
　　　　　　　　Freedom of Information Act/Privacy Act Program
　　　　　　　　425 Eye Street NW., 2nd Floor
　　　　　　　　ULLICO Building
　　　　　　　　Washington, D.C.  20536

-2-

If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Richard L. Huff
Co-Director