Exhibit F





**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bureau of Customs and
Border Protection
Disclosure Law Branch
(Mint Annex)
1300 Pennsylvania Avenue
Washington, D.C. 20229

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Melvin McCaster_ ☐ Agent ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
Melvin McCaster   3/1/05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7003 3110 0004 3740 3293

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

**U.S. Department of Justice**

Office of Information and Privacy

_____

_Telephone: (202) 514-3642_                _Washington, D.C. 20530_

**AUG 0 8 2005**

Mr. Shanell James
Register No. 69829-004, Unit F-B
Federal Correctional Institution    Re:  Appeal No. 05-1296
Post Office Box 1000                     Request No. 1012051
Otisville, NY  10963                     RLH:ADW:JTR

Dear Mr. James:

     You appealed from the action of the Headquarters Office of the
Federal Bureau of Investigation on your request for access to records
concerning you.

     After carefully considering your appeal, I have decided to
affirm the FBI's action on your request.

     The FBI informed you that it could locate no records responsive
to your request in its automated indices.  Subsequent to your appeal,
the FBI conducted another search of its automated indices for records
responsive to your request.  No responsive records were located as a
result of this second search.  It has been determined that the FBI's
response is correct.

     If you are dissatisfied with my action on your appeal, you may
seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

                              Sincerely,

                              Richard L. Huff
                              Co-Director

MR. SHANELL JAMES # 69829-004
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
OTISVILLE, NY 10963


Date: 8/20/2005


U.S. Customs and Border Protection
Freedom of Information Act/
Customer satisfaction unit
1300 Pennsylvanai Avenue, N.W.
Washington, DC 20229
Joom 5.5C
c/. michelle Woodley

    Re: File No. 2005F1582

Dear Ms Woodley,

    I write this letter to inquire about the status of my last 2
letters of correspondence with your agency. These letters were
dated February 22, 2005. these letters requested the status of
the above file No., in which I requested information pursuant to
Freedom of Information Act, (FOIA), 5 U.S.C. §552, and Privacy
Act 5 U.S.C. §552a.


    The first letter dated February 22, 2005, It was a general
request in which I requested records I believed maintain by your
agency. The records sought is specifically a "Lab Analysis
Report" prepared by your agency in regards to Federal Criminal
case No. 03-20452-CR, Arrest date 5/28/2003, Arresting agency is
Immigration & Customs Enforcement (I.C.E.), by special agent
Chinell Medina. This case was heard in the Southern District of
Florida. Presiding under U.S. District Judge Ursula Ungaro-
Benages.


    The report was then refered to the Drug Enforcement
Administration for analysis for seizure No. 2003520600070201, to
be analyzed in the Southeast laboratory.

Regarding the second letter dated May 25, 2005, this letter was an inquiry of the status of my FOIA request. In addition it contained a completed 'Request for Records" form provided by your agency. The letter sent by your agency was date March 24, 2005. This acknowledged receipt of my FOIA request.

My letter also requested notification upon it's delivery and receipt by your agency. As of the date of this letter I've not received any notice of my inquiry as to the receipt of the completed "Request for Records" form.

In conclusion, I humbly again request that your agency advise me if the "Request for Records" form was ever received by your agency and an updated regarding my F.O.I.A. request for records.

Also note that I'm aware of your agency heavy back load of request to process. This letter is not intented to request the neglect of these request presented before mine. It is only to inquire the status of the request.

Please be advised that I'm enclosing several copies of correspondence letters by your agency and myself regarding my prior attempts in seeking the status of my FOIA request for records.

Finally, I ask if their is any other information need to help process my request. Please feel free to contact me at the above mentioned address.

Respectfully Submitted,

_Shanell James_
Mr. Shanell James

Shanell James having appeared before me this 23 day of August 2005.

_Julie Timins_

JULIE A. TIMINS
Notary Public, State of New York
No. 01TI6100268
Qualified in Orange County
Commission Expires Oct. 14, 2007

cc:
Director
Freedom Of Information Act/
Privacy Act Program
425 Eye Street N.w.
Ullico building
Washingto, DC 20536
2nd Floor.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

CASE NO.  1:99CV00159 JGP

UNITED STATES OF AMERICA,    )
         Plaintiff,    )
         v.    )
Tyrone Chappelle    )
        Defendant(s),    )
        and    )
Wachovia Bank    )
        Garnishee    )

WACHOVIA BANK, N.A.
A SEARCH OF OUR RECORDS INDICATES
THE FOLLOWING:
( ✓ ) NO ACCOUNTS  ( ) NO FUNDS
( ) ACCT. CLOSED  ( ) FUNDS HELD
WB LEGAL ORDER PROCESSING UNIT

_May E. Montano_
AUTHORIZED SIGNER
DATE_____ OCT 1 3 2006 _____

ANSWER OF THE GARNISHEE

_____, BEING DULY SWORN DEPOSES AND SAYS:
   (Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

     That he/she is Garnishee herein doing business in the name

of                                                   .

     Wachovia Bank
     Legal Order Processing Pa 4418
     P.O. Box 8667
     Philadelphia, PA  19101

IF GARNISHEE IS A PARTNERSHIP:

     That he/she is a member _____ of a

partnership composed of which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

     That he/she is the (State Official Title) _____

of Garnishee, _____ a corporation, organized under

the laws of the State of  _____.

On _____, 200__, Garnishee was Served with the Writ of

Continuing Garnishment.  For the pay period in effect on the date

of Service (shown above)

Yes    No

____    ____    1.    Defendant was in my/our employ.

2.    Pay period is _____ weekly, _____ bi-weekly

_____ Semi-monthly, _____ monthly.

Enter date present pay period began.

(Present means the pay period in which

this order and notice of garnishment were

Served)

Enter date above pay period ends.

3.    Enter amount of net wages.  Calculate below:

(a) Gross Pay                    $_____

(b) Federal income tax           _____

(c) F.I.C.A. income tax          _____

(d) State income tax             _____

Total of tax withholdings        $_____

Net Wages                        $_____
(a less total of b,c,d)

____    ____    4.    Have there been previous garnishments in effect.

If the answer is yes, describe below.

_____

_____

_____

5.    The Garnishee has custody, control or possession of

the following property (non-earnings), in which the

Debtor maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. _____ | _____ | _____ |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |
| 4. _____ | _____ | _____ |

Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. $_____ | _____ |
| 2. $_____ | _____ |
| 3. $_____ | _____ |
| 4. $_____ | _____ |

(Check the applicable line below if you **deny** that you hold property subject to this order of garnishment.)

_____ [The Garnishee makes the following claim of exemption on

the part of Defendant:]


_____ [Or has the following objections, defenses, or Set-offs to

Plaintiff's right to apply Garnishee's indebtedness to

Defendant upon Plaintiff's claim:]

_____ [The Garnishee was then in no manner and upon no account

indebted or under liability to the Defendant, Tyrone

Chappelle and that the Garnishee did not have in his/her

possession or control any property belonging to the

Defendant, or in which the Garnishee has an interest; and

is in no manner liable as Garnishee in this action.]

The Garnishee mailed a copy of this answer by first-class

mail to (1) the Debtor, Tyrone Chappelle, 2925 Knox Place S.E.

#202 Washington, DC  20020 , and (2) the attorney for the United

States, Thomas A. Mauro, 1020--19TH STREET, NW, #400, WASHINGTON,

DC 20036

I affirm, under the federal penalties of perjury, that the

foregoing answers to the questions above are true and correct to

the best of my knowledge and belief.


DATE:_____          _____
                                    Garnishee

                                    _____
                                    Printed Name and Title

                                    _____


                                    _____
                                    Address for further communications

                                    _____
                                    Telephone

                                    _____
                                    Fax Number

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

CASE NO.  1:98CV01498 JGP

UNITED STATES OF AMERICA,        )
      Plaintiff,        )
        v.        )
Jesse L. Colbert        )
    Defendant(s),        )
        and        )
Wachovia Bank        )
     Garnishee        )

ANSWER OF THE GARNISHEE


_____, BEING DULY SWORN DEPOSES AND SAYS:
   (Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

    That he/she is Garnishee herein doing business in the name

of

    Wachovia Bank
    Legal Order Processing Pa 4418
    P.O. Box 8667
    Philadelphia, PA   19101

WACHOVIA BANK, N.A.
A SEARCH OF OUR RECORDS INDICATES THE FOLLOWING:
(✓) NO ACCOUNTS  ( ) NO FUNDS
( ) ACCT. CLOSED  ( ) FUNDS HELD
WB LEGAL ORDER PROCESSING UNIT
_Way C. Montana_
AUTHORIZED SIGNER
DATE_____OCT 1 3 2006_____

IF GARNISHEE IS A PARTNERSHIP:

    That he/she is a member _____ of a

partnership composed of which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

    That he/she is the (State Official Title) _____

of Garnishee, _____ a corporation, organized under

the laws of the State of  _____.

On _____, 200__, Garnishee was served with the Writ of

Continuing Garnishment.  For the pay period in effect on the date

of service (shown above)

Yes    No

___    ___    1.    Defendant was in my/our employ.

2.    Pay period is _____ weekly, _____ bi-weekly

_____ semi-monthly, _____ monthly.

Enter date present pay period began.

(Present means the pay period in which

this order and notice of garnishment were

served)

Enter date above pay period ends.

3.    Enter amount of net wages.  Calculate below:

(a) Gross Pay                    $_____

(b) Federal income tax           _____

(c) F.I.C.A. income tax          _____

(d) State income tax             _____

Total of tax withholdings        $_____

Net Wages                        $_____
(a less total of b,c,d)

___    ___    4.    Have there been previous garnishments in effect.

If the answer is yes, describe below.

_____

_____

_____

5.    The Garnishee has custody, control or possession of

the following property (non-earnings), in which the

Debtor maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. _____ | _____ | _____ |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |
| 4. _____ | _____ | _____ |

Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. $_____ | _____ |
| 2. $_____ | _____ |
| 3. $_____ | _____ |
| 4. $_____ | _____ |

(Check the applicable line below if you **deny** that you hold property subject to this order of garnishment.)

_____ [The Garnishee makes the following claim of exemption on

the part of Defendant:]


_____ [Or has the following objections, defenses, or set-offs to

Plaintiff's right to apply Garnishee's indebtedness to

Defendant upon Plaintiff's claim:]

_____ [The Garnishee was then in no manner and upon no account

indebted or under liability to the Defendant, Jesse L.

Colbert and that the Garnishee did not have in his/her

possession or control any property belonging to the

Defendant, or in which the Garnishee has an interest; and
is in no manner liable as Garnishee in this action.]

The Garnishee mailed a copy of this answer by first-class
mail to (1) the Debtor, Jesse L. Colbert,    6908 Flagstaff
Street Hyattsville, MD  20785 , and (2) the attorney for the
United States, Thomas A. Mauro, 1020--19TH STREET, NW, #400,
WASHINGTON, DC 20036

I affirm, under the federal penalties of perjury, that the
foregoing answers to the questions above are true and correct to
the best of my knowledge and belief.

DATE:_____    _____
                              Garnishee

                              _____
                              Printed Name and Title

                              _____

                              _____
                              Address for further communications

                              _____
                              Telephone

                              _____
                              Fax Number

**GARNISHEE'S COPY**

## ADDITIONAL INSTRUCTIONS TO THE GARNISHEE

The Original Answer must be mailed to:

> Clerk, United States District Court
> 333 Constitution Avenue, NW
> Washington, DC 20001

and a copy of this Answer to:

> Thomas A. Mauro, Esq.
> 1020--19TH STREET, NW, #400
> Washington, DC 20036-6101

and a copy of this answer to the defendant:

> Jesse L. Colbert
> 6908 Flagstaff Street

Hyattsville, MD  20785  or at the address shown in your records.

PLEASE NOTE THAT ALL PAYMENTS UNDER THIS WRIT OF CONTINUING GARNISHMENT MUST BE MADE BY CHECK PAYABLE TO THE "DEPARTMENT OF JUSTICE" AND MAILED TO: THE UNITED STATES DEPARTMENT OF JUSTICE, NATIONWIDE CENTRAL INTAKE FACILITY, P.O. BOX 70940, CHARLOTTE, NC 28272-0940.

PLEASE MAKE SURE THAT THE DEBTOR'S ACCOUNT NUMBER -- C-55510 -- AND SOCIAL SECURITY NUMBER -- 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 -- ARE WRITTEN ON EVERY CHECK OR COVER LETTER SENT TO THE CENTRAL INTAKE FACILITY.

CALL Thomas A. Mauro FOR BALANCES.  INTEREST CONTINUES TO RUN SO DO NOT CEASE WITHHOLDING UNDER A WAGE GARNISHMENT WITHOUT CHECKING WITH COUNSEL FOR THE UNITED STATES.


YOU MUST REMIT THE WITHHELD FUNDS AT LEAST ONCE PER MONTH BUT IT CAN BE MORE OFTEN IF YOU DESIRE.  PLEASE CALL THE GOVERNMENT'S ATTORNEY IF YOU NEED ASSISTANCE.

THE PURPOSE OF THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT BY A DEBT COLLECTOR.  ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

CASE NO.  1:98CV02743 JGP

UNITED STATES OF AMERICA,　　　　　)
　　　　　Plaintiff,　　　　　　　　　)
　　　　　　　　　v.　　　　　　　　　)
Damaris M. Chong　　　　　　　　　　)
　　　Defendant(s),　　　　　　　　　)
　　　　　　　　and　　　　　　　　　)
Wachovia Bank　　　　　　　　　　　　)
　　　　　Garnishee　　　　　　　　　)

ANSWER OF THE GARNISHEE

_May E. Montano_____, BEING DULY SWORN DEPOSES AND SAYS:
　　　(Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

That he/she is Garnishee herein doing business in the name
of

Wachovia Bank
Legal Order Processing Pa 4418
P.O. Box 8667
Philadelphia, PA  19101

IF GARNISHEE IS A PARTNERSHIP:

That he/she is a member _____ of a

partnership composed of which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

That he/she is the (State Official Title) _Legal Processor_
of Garnishee, _Wachovia_ a corporation, organized under

the laws of the State of _DC_.

On _Oct 4_, 200_6_, Garnishee was served with the Writ of

Continuing Garnishment.  For the pay period in effect on the date

of service (shown above)

Yes    No

____    ✓    1.    Defendant was in my/our employ.

2.    Pay period is _____ weekly, _____ bi-weekly

_____ semi-monthly, _____ monthly.

Enter date present pay period began.

(Present means the pay period in which

this order and notice of garnishment were

served)

Enter date above pay period ends.

3.    Enter amount of net wages.    Calculate below:

(a) Gross Pay                    $_____

(b) Federal income tax          _____

(c) F.I.C.A. income tax         _____

(d) State income tax            _____

Total of tax withholdings       $_____

Net Wages                       $_____
(a less total of b,c,d)

____    ✓    4.    Have there been previous garnishments in effect.

If the answer is yes, describe below.

_____

_____

_____

5.    The Garnishee has custody, control or possession of

the following property (non-earnings), in which the

Debtor maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. *Checking* | *0.00* | *Joint Account holder* |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |
| 4. _____ | _____ | _____ |

Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. $_____ | _____ |
| 2. $_____ | _____ |
| 3. $_____ | _____ |
| 4. $_____ | _____ |

(Check the applicable line below if you **deny** that you hold property subject to this order of garnishment.)

_____  [The Garnishee makes the following claim of exemption on

the part of Defendant:]

_____  [Or has the following objections, defenses, or set-offs to

Plaintiff's right to apply Garnishee's indebtedness to

Defendant upon Plaintiff's claim:]

_____  [The Garnishee was then in no manner and upon no account

indebted or under liability to the Defendant, Damaris M.

Chong and that the Garnishee did not have in his/her

possession or control any property belonging to the

Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.]

The Garnishee mailed a copy of this answer by first-class mail to (1) the Debtor, Damaris M. Chong,    4216 12th Place N.E. Washington, D.C.  20017 , and (2) the attorney for the United States, Thomas A. Mauro, 1020--19TH STREET, NW, #400, WASHINGTON, D.C. 20036

I affirm, under the federal penalties of perjury, that the foregoing answers to the questions above are true and correct to the best of my knowledge and belief.


DATE: _____OCT 1 3 2006,_____   _____Wachovia_____
                                Garnishee

                                _MARY MONTERASSO Legal Processor_
                                Printed Name and Title

                                _May E. Montirass_
                                _____

                                WACHOVIA
                                PA4418
                                Legal Order Processing
                                Addre:  Post Office Box 8667        ons
                                Phila, PA 19101-8667

                                _267-321-3581_
                                Telephone

                                _704-4273684_
                                Fax Number

GARNISHEE'S COPY

## ADDITIONAL INSTRUCTIONS TO THE GARNISHEE

The Original Answer must be mailed to:

> Clerk, United States District Court
> 333 Constitution Avenue, NW
> Washington, D.C. 20001

and a copy of this Answer to:

> Thomas A. Mauro, Esq.
> 1020--19TH STREET, NW, #400
> Washington, D.C. 20036-6101

and a copy of this answer to the defendant:

> Damaris M. Chong
> 4216 12th Place N.E.
> Washington, D.C.  20017  or at the address shown in
> your records.

PLEASE NOTE THAT ALL PAYMENTS UNDER THIS WRIT OF CONTINUING GARNISHMENT MUST BE MADE BY CHECK PAYABLE TO THE "DEPARTMENT OF JUSTICE" AND MAILED TO: THE UNITED STATES DEPARTMENT OF JUSTICE, NATIONWIDE CENTRAL INTAKE FACILITY, P.O. BOX 70940, CHARLOTTE, NC 28272-0940.

PLEASE MAKE SURE THAT THE DEBTOR'S ACCOUNT NUMBER -- C-84895 -- AND SOCIAL SECURITY NUMBER -- 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 -- ARE WRITTEN ON EVERY CHECK OR COVER LETTER SENT TO THE CENTRAL INTAKE FACILITY.

CALL Thomas A. Mauro FOR BALANCES.  INTEREST CONTINUES TO RUN SO DO NOT CEASE WITHHOLDING UNDER A WAGE GARNISHMENT WITHOUT CHECKING WITH COUNSEL FOR THE UNITED STATES.

YOU MUST REMIT THE WITHHELD FUNDS AT LEAST ONCE PER MONTH BUT IT CAN BE MORE OFTEN IF YOU DESIRE.  PLEASE CALL THE GOVERNMENT'S ATTORNEY IF YOU NEED ASSISTANCE.

THE PURPOSE OF THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT BY A DEBT COLLECTOR.  ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Respectfully Submitted,
Shanell James
69829-004
Shanell James

H.W. pc:
Honorable Magistrate Judge - Stephen T. Brown
U.S. Distric Court Soothern Distric of Flordia
300 N.E. First Avenue - Room 111
Miami, Flordia 33101

Honorable Distric Judge - Ursula Ungaro - Benages
U.S. Distric Court Southern Distric of Flordia
301 N. Miami Avenue
Miami, Flordia 33128

Seth Eric Miles - Assistant U.S. A Horney
99 N.E. 4th Street - Suite 600
Miami, Flordia 33132-2111

Jason P. Grey Esg.
1571 N.W. 13th Ct.
Miami, Flordia 33125

Shanell James
Register No. 69829-004
F.C.I. Fort Dix
P.O. Box 7000 West
Fort Dix, N.J. 08640
October 16, 2006

United States District Court
for The District of Columbia
U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, D.C 20001
%: Clerk of U.S. District Court

Dear Clerk;
    I Shanell James, pro se/plaintiff
in Civil Action No. 06-0562 **submitt** the
enclosed documents titled;

1) "Plaintiff's Opposition to Defendant's Motion
    for Summary Judgement"

2) "Affidavit of Plaintiff

3) "Annexed Exhibits of Evidence
    w/ Cronological Order of Documents"

    I humbly write this Honorable Court to
submitt the above motion, and documents.
This is a timely effort. I would like
to advise this Court, that the enclosed
documents submitted are the originals.
I respectfully and humbly request that
theybe duplicated and serve to the
Defendant(s). In additional, I humbly

request that the entire copy of this filing be court certified, and copied for my retention.

In conclusion, I hope this Honorable court grants this request. As I'm economically challenged and have no community support. Thank You.

Gratefully Submitted,
Shanell James
x Shanell James

Shanell James 69829-004
Federal Detention Center
P.O. Box 019120
Miami, Flordia 33101
August 14, 2003

Re: Case No# 03-20452
Honorable Magistrate Judge-Stephen T. Brown
U.S. Distric Court Southern Distric of Flordia
300 N.E. First Avenue - Rm. 111
Miami, Flordia 33101

Hon. Judge Brown;
On 8/14/03 at approximately
2:50p.m. Mr. Jason Grey Esq. came to the
Federal Detention Center to visit with me.
As per your instructions on 8/13/04.

Mr. Grey and I sat down to review the
discovery contents. While I was reviewing
"custody of evidence forms" I asked Mr. Grey
a question regarding the documents. Mr. Grey
became highly agitated, and then stated
"I don't give a F__k, F__k You." I then
told Mr. Grey all this time he's been
my counsel, and I felt his unwillingness
to represent me. I never ever cursed
or disrespected him.

Thus because of his disregard for my
statements, seen in his facial expression.
I then stated "Don't F__k me, F__k
yourself." I then proceeded to exit the
conference room, when I knocked over

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT
OCT 18 2006
RECEIVED

Over the entire stack of the documents on the floor. I proceeded then ... officer's desk to request that, I be taken back to the housing Unit. (My knocking over of the documents was a result of my frustration.)

While being seated in the visiting area Mr. Grey picked up the documents from the floor, and placed them into the trash bin outside the conference room.

As Mr. Grey was leaving the conference room area. He looked in my direction, and stated "If you were so smar you wouldn't have swallowed heroin". This was said in the presence of the inmates, visitors, and officers. Afterward he spoke to a female inmate briefly. Mr. Grey was then escorted from the building by an Officer (I.D. unknown) who was also on duty with Officer Orteg

In conclusion, I respectfully request that Mr. Grey be excused as my attorney. Also that it be noted on record the above and following behavior of his actions. I also like to extend to this complaint. That he never advise me of the July 14, start of trial date As of this date, I haven't been afforded a full copy of the discovery, and the explaining of its contents.