Form 8

# United States District Court

**for the** DISTRICT OF **Columbia**

Shanell James, pro se
Plaintiff

v.

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

**RECEIVED**

CASE NUMBER: 

JAN 3 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, **Shanell James** declare that I am the (check appropriate box)

[✓] petitioner/plaintiff/movant   [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:   [✓] Yes   [ ] No   (If "No" go to Part 2)

   If "Yes" state the place of your incarceration **F.C.I - Fort Dix, P.O. Box 7000 west Fort Dix, N.J. 08640**

   Are you employed at the institution? **yes**   Do you receive any payment from the institution? **yes**

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   [ ] Yes   [ ] No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment    [ ] Yes   [✓] No
   b. Rent payments, interest or dividends             [ ] Yes   [✓] No
   c. Pensions, annuities or life insurance payments   [ ] Yes   [✓] No
   d. Disability or workers compensation payments      [ ] Yes   [✓] No
   e. Gifts or inheritances                            [ ] Yes   [✓] No
   f. Any other sources                                [ ] Yes   [✓] No

   If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.

AO 240 (1/94)

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   Have No community support, and is economically challenged.

I declare under penalty of perjury that the above information is true and correct.

_____          Shanell James
DATE                               SIGNATURE OF APPLICANT

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ __48.77__ on account to his/her credit at (name of institution) __FCI Fort Dix__. I further certify that the applicant has the following securities to his/her credit: __0__ _____. I further certify that during the past six months the applicant's average balance was $ __$39.61__.

12/27/06
DATE                               SIGNATURE OF AUTHORIZED OFFICER

## Deposits

**Inmate Reg #:** 69829004  
**Inmate Name:** JAMES, SHANELL  
**Report Date:** 12/05/2006  
**Report Time:** 4:45:10 PM  

**Current Institution:** Fort Dix FCI  
**Housing Unit:** UNIT 6  
**Living Quarters:** Z02-036UDS  

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 12/5/2006 2:36:14 PM | FTD1055 | Debt Encumbrance | ($14.12) | FOTVD076-614 | | |
| 12/5/2006 2:36:14 PM | FTD1055 | Payroll - UNICOR | $70.62 | IS002044 | | $75.62 |
| 12/2/2006 7:37:41 PM | amservice | Phone Withdrawal | ($3.00) | ITS1202 | | $5.00 |
| 12/1/2006 12:12:33 PM | FTD2523 | Inmate Co-pay | ($2.00) | GICP1206 | | $8.00 |
| 12/1/2006 12:10:36 AM | AMSERVICE | PLRA Payment | ($8.15) | FOTVD076 | 686 | $10.00 |
| 12/1/2006 12:10:36 AM | AMSERVICE | Debt Encumbrance - Released | $17.78 | FOTVD076-338 | | |
| 11/22/2006 1:29:30 PM | FTD1026 | PLRA Payment | $0.20 | 4349-V | | $18.15 |
| 11/8/2006 5:03:18 PM | amservice | Phone Withdrawal | ($3.00) | ITS1108 | | $17.95 |
| 11/7/2006 5:36:21 PM | FTD4002 | Sales | ($68.90) | 89 | | $20.95 |
| 11/7/2006 10:24:57 AM | FTD1055 | Debt Encumbrance | ($17.78) | FOTVD076-338 | | |
| 11/7/2006 10:24:57 AM | FTD1055 | Payroll - UNICOR | $88.90 | G002021 | | $89.85 |
| 11/5/2006 7:10:49 PM | amservice | Phone Withdrawal | ($1.00) | ITS1105 | | $0.95 |
| 11/1/2006 5:48:52 PM | amservice | Phone Withdrawal | ($3.00) | ITS1101 | | $1.95 |
| 11/1/2006 5:31:59 PM | amservice | Phone Withdrawal | ($3.00) | ITS1101 | | $4.95 |
| 11/1/2006 12:10:46 AM | AMSERVICE | Debt Encumbrance - Released | $7.33 | FOTVD076-46 | | |
| 10/10/2006 11:33:15 AM | FTD4004 | Sales | ($30.70) | 10 | | $7.95 |
| 10/9/2006 5:36:39 PM | amservice | Phone Withdrawal | ($3.00) | ITS1009 | | $38.65 |
| 10/6/2006 12:25:02 PM | FTD4004 | Sales | ($10.80) | 107 | | $41.65 |
| 10/5/2006 4:14:27 PM | FTD4004 | Sales | $7.25 | 40 | | $52.45 |
| 10/5/2006 8:14:30 AM | FTD1006 | Debt Encumbrance | ($7.33) | FOTVD076-46 | | |
| 10/5/2006 8:14:30 AM | FTD1006 | Payroll - UNICOR | $36.69 | GJV02002 | | $45.20 |
| 10/4/2006 1:39:15 PM | FTD4002 | Sales | ($7.25) | 96 | | $8.51 |
| 10/1/2006 12:10:37 AM | AMSERVICE | PLRA Payment | ($17.83) | FOTVD076 | 6 | $15.76 |
| 10/1/2006 12:10:37 AM | AMSERVICE | Debt Encumbrance - Released | $8.00 | FOTVD076-2938 | | |
| 10/1/2006 12:10:37 AM | AMSERVICE | Debt Encumbrance - Released | $3.16 | FOTVD076-2912 | | |
| 10/1/2006 12:10:37 AM | AMSERVICE | Debt Encumbrance - Released | $6.67 | FOTVD076-2806 | | |
| 9/21/2006 10:31:45 PM | amservice | Phone Withdrawal | ($1.00) | ITS0921 | | $33.59 |
| 9/20/2006 1:46:02 PM | FTD4002 | Sales | ($21.45) | 109 | | $34.59 |
| 9/15/2006 10:34:58 PM | amservice | Phone Withdrawal | ($2.00) | ITS0915 | | $56.04 |
| 9/15/2006 6:13:44 PM | AMSERVICE | Debt Encumbrance | ($8.00) | FOTVD076-2938 | | |
| 9/15/2006 6:13:44 PM | AMSERVICE | Western Union | $40.00 | 33325106 | | $58.04 |
| 9/12/2006 10:45:01 PM | AMService | Phone Withdrawal | ($5.00) | ITS0912 | | $18.04 |
| 9/12/2006 8:23:22 AM | FTD1006 | Debt Encumbrance | ($3.16) | FOTVD076-2912 | | |
| 9/12/2006 8:23:22 AM | FTD1006 | Payroll - IPP | $15.84 | FIPP0806 | | $23.04 |
| 9/9/2006 2:02:45 PM | AMService | Phone Withdrawal | ($2.00) | ITS0909 | | $7.20 |
| 9/7/2006 5:19:02 PM | FTD4018 | Sales | ($34.15) | 22 | | $9.20 |
| 9/6/2006 2:50:16 PM | FTD1006 | Debt Encumbrance | ($6.67) | FOTVD076-2806 | | |
| 9/6/2006 2:50:16 PM | FTD1006 | Payroll - UNICOR | $33.35 | 002325 | | $43.35 |
| 9/1/2006 2:07:51 AM | AMSERVICE | PLRA Payment | ($0.20) | FOTVD076 | 4349 | $10.00 |
| 9/1/2006 2:07:51 AM | AMSERVICE | Debt Encumbrance - Released | $10.00 | FOTVD076-2699 | | |
| 8/21/2006 11:53:26 AM | FTD3003 | Sales | ($29.95) | 25 | | $10.20 |
| 8/18/2006 7:26:56 PM | AMService | Phone Withdrawal | ($10.00) | ITS0818 | | $40.15 |
| 8/18/2006 2:12:42 PM | AMSERVICE | Debt Encumbrance | ($10.00) | FOTVD076-2699 | | |
| 8/18/2006 2:12:42 PM | AMSERVICE | Western Union | $50.00 | 33323106 | | $50.15 |
| 8/4/2006 12:05:06 PM | FTD3003 | Sales | ($3.90) | 60 | | $0.15 |
| 8/3/2006 6:45:38 PM | AMService | Phone Withdrawal | ($2.00) | ITS0803 | | $4.05 |
| 8/2/2006 6:35:10 PM | AMService | Phone Withdrawal | ($3.00) | ITS0802 | | $6.05 |
| 8/2/2006 9:12:08 AM | Sentry | Transfer - In from TRUFACS | $8.35 | TX080206 | | $9.05 |
| 7/16/2006 8:01:24 PM | AMService | Phone Withdrawal | ($1.00) | ITS0716 | | $0.70 |

## All Transactions

| | | | | |
|---|---|---|---|---|
| Inmate Reg #: | 69829004 | | Current Institution: | Fort Dix FCI |
| Inmate Name: | JAMES, SHANELL | | Housing Unit: | UNIT 6 |
| Report Date: | 12/05/2006 | | Living Quarters: | Z02-036UDS |
| Report Time: | 4:45:23 PM | | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 7/13/2006 1:25:18 PM | FTD3003 | Sales | ($44.51) | 62 | | $3.70 |
| 7/13/2006 12:46:32 PM | FTD4006 | Sales | ($31.85) | 79 | | $48.21 |
| 7/13/2006 10:29:11 AM | Sentry | Transfer - In from TRUFACS | $55.80 | TX071306 | | $80.06 |
| 7/12/2006 8:36:08 AM | SENTRY | Transfer - In from TRUFACS | $24.26 | TX071206 | | $24.26 |

1 2

*Last transaction as of this date*

```
Sales Invoice  ---S.B.U.---
Fort Dix FCI
WEST
Account No. 69829004      FTD4004
JAMES, SHANELL ANTOINE
12/20/2006, 12:36:35 PM TX#3642847    49
------------------------------------------
BEGINNING BALANCES:
Available Balance is $34.65
Spending Limit Balance is $322.30
Account Balance is $48.77
==========================================
Qty    Description              Price
==========================================
 1     CRACKERS NO SALT         $2.35
 1     RITZ CRACKER             $3.15
 1     TONE SOAP                $1.05
 1     AAA BATTERIES (DU        $2.20

              Total             $8.75

Charge 69829004                 $8.75
------------------------------------------
Items marked with * are Local Use Only

ENDING BALANCES:              Remaining
Available Balance is $25.90 ← Balance
Spending Limit Balance is $313.55
Account Balance is $40.02
------------------------------------------

Signature
ALL SALES ARE FINAL !
```