Shanell James
Register No. 69829-004
Federal Correctional Institution - Fort Dix
P.O. Box 7000 West
Fort Dix, New Jersey 08640
January 4, 2007

United States District Court
for The District of Columbia
  U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001
c/o Clerk of District Court
Nancy Mayer - Whittington

RECEIVED
JAN 8 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Clerk:

 I Shanell James plaintiff/prose write This Honorable Court to humbly petition for the appointment of counsel to assist in the filings, copying, and etc. In regards to Civil Action No. 06-0562(RMC)

 As the record shows, I've humbly requested that this Honorable Court appoint counsel on several occasions. On the above date, I've finally recieved the photo copies requested in regards to the filed titled motion "Plaintiff's Opposition to Defendant's Motion for Summary Judgement" along with affidavit, and Annexed Exhibit of Evidence "A" thru "F".

 However I also recieved 14 other documents that was not submitted by me. Upon closer inspection it became clear that these documents are

not related to my Action before this Honorable Court. However they bear My Case's Number and reflect the same date my motion was filed. Furthermore, my motion contained several pages which "mixed-up" in sequence. I believe that this might confuse this Honorable Court, thus not allowing my claims to be expressed in an unintentional way. I also understand that this Honorable Court is not suppose to assist in the copying of my motions. Thank you for the paitence thus far in all of my requests.

In conclusion, I would like to point out this to the Honorable Court. Thus proposing that counsel should be appointed which could assist in the filing of future motions, and insure that they are in accordence with Law, with respect to there filing. I believe this would benefit the Honorable Court in understanding the respected claims for relief presented before this Honorable Court in regards to Civil Action No. 06-0562 (RMC). Please find that I'm enclosing the 14 other documents mistakingly sent to me in your last correspondence. Additionly, I also hope that this Honorable Court recieved my request for all other additional filings submitted by Plaintiff and Defendant, which should arrive with another "Informa Pauperious" w/ account information (prison account) seeking that these documents be billed to me. Thank you for your time and consideration in this Matter. In addition to your continued paitence. & Gratefully Submitted,

Shanell James