UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

CASE NO. 1:99CV00159 JGP

UNITED STATES OF AMERICA, )
    Plaintiff, )
    v. )
Tyrone Chappelle )
    Defendant(s), )
    and )
Wachovia Bank )
    Garnishee )

[Stamp: WACHOVIA BANK, N.A. A SEARCH OF OUR RECORDS INDICATES THE FOLLOWING: (✓) NO ACCOUNTS ( ) NO FUNDS ( ) ACCT. CLOSED ( ) FUNDS HELD WB LEGAL ORDER PROCESSING UNIT — AUTHORIZED SIGNER — DATE OCT 1 3 2006]

ANSWER OF THE GARNISHEE

_____, BEING DULY SWORN DEPOSES AND SAYS:
   (Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

   That he/she is Garnishee herein doing business in the name of

   Wachovia Bank
   Legal Order Processing Pa 4418
   P.O. Box 8667
   Philadelphia, PA  19101

IF GARNISHEE IS A PARTNERSHIP:

   That he/she is a member _____ of a partnership composed of which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

   That he/she is the (State Official Title) _____ of Garnishee, _____ a corporation, organized under the laws of the State of _____.

On _____, 200__, Garnishee was Served with the Writ of Continuing Garnishment. For the pay period in effect on the date of Service (shown above)

Yes    No

___    ___    1.    Defendant was in my/our employ.

              2.    Pay period is _____ weekly, _____ bi-weekly

                  _____ Semi-monthly, _____ monthly.

              Enter date present pay period began.

              (Present means the pay period in which

              this order and notice of garnishment were

              Served)

              Enter date above pay period ends.

              3.    Enter amount of net wages.  Calculate below:

                  (a) Gross Pay                      $_____

                  (b) Federal income tax       _____

                  (c) F.I.C.A. income tax      _____

                  (d) State income tax         _____

                  Total of tax withholdings   $_____

                  Net Wages                      $_____
                  (a less total of b,c,d)

___    ___    4.    Have there been previous garnishments in effect.

                  If the answer is yes, describe below.

_____

_____

_____

              5.    The Garnishee has custody, control or possession of

                  the following property (non-earnings), in which the

                  Debtor maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. _____ | _____ | _____ |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |
| 4. _____ | _____ | _____ |

Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. $_____ | _____ |
| 2. $_____ | _____ |
| 3. $_____ | _____ |
| 4. $_____ | _____ |

(Check the applicable line below if you **deny** that you hold property subject to this order of garnishment.)

\_\_\_\_   [The Garnishee makes the following claim of exemption on the part of Defendant:]

\_\_\_\_   [Or has the following objections, defenses, or Set-offs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim:]

\_\_\_\_   [The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant, Tyrone Chappelle and that the Garnishee did not have in his/her possession or control any property belonging to the

Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.]

The Garnishee mailed a copy of this answer by first-class mail to (1) the Debtor, Tyrone Chappelle, 2925 Knox Place S.E. #202 Washington, DC 20020 , and (2) the attorney for the United States, Thomas A. Mauro, 1020--19TH STREET, NW, #400, WASHINGTON, DC 20036

I affirm, under the federal penalties of perjury, that the foregoing answers to the questions above are true and correct to the best of my knowledge and belief.

DATE:_____    _____
                         Garnishee

                         _____
                         Printed Name and Title

                         _____

                         _____
                         Address for further communications

                         _____
                         Telephone

                         _____
                         Fax Number

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

CASE NO. 1:98CV01498 JGP

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| Jesse L. Colbert | ) |
| Defendant(s), | ) |
| and | ) |
| Wachovia Bank | ) |
| Garnishee | ) |

ANSWER OF THE GARNISHEE

_____, BEING DULY SWORN DEPOSES AND SAYS:
(Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

That he/she is Garnishee herein doing business in the name of

Wachovia Bank
Legal Order Processing Pa 4418
P.O. Box 8667
Philadelphia, PA  19101

[Stamp: WACHOVIA BANK, N.A. A SEARCH OF OUR RECORDS INDICATES THE FOLLOWING: (✓) NO ACCOUNTS ( ) NO FUNDS ( ) ACCT. CLOSED ( ) FUNDS HELD WB LEGAL ORDER PROCESSING UNIT — AUTHORIZED SIGNER — DATE OCT 13 2006]

IF GARNISHEE IS A PARTNERSHIP:

That he/she is a member _____ of a partnership composed of which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

That he/she is the (State Official Title) _____ of Garnishee, _____ a corporation, organized under the laws of the State of _____.

On _____, 200\_\_, Garnishee was served with the Writ of Continuing Garnishment. For the pay period in effect on the date of service (shown above)

Yes   No

\_\_\_   \_\_\_   1.   Defendant was in my/our employ.

2.   Pay period is \_\_\_\_\_ weekly, \_\_\_\_\_ bi-weekly \_\_\_\_\_ semi-monthly, \_\_\_\_\_ monthly.

Enter date present pay period began.

(Present means the pay period in which this order and notice of garnishment were served)

Enter date above pay period ends.

3.   Enter amount of net wages.  Calculate below:

(a) Gross Pay                       $_____

(b) Federal income tax              _____

(c) F.I.C.A. income tax             _____

(d) State income tax                _____

Total of tax withholdings           $_____

Net Wages                           $_____
(a less total of b,c,d)

\_\_\_   \_\_\_   4.   Have there been previous garnishments in effect. If the answer is yes, describe below.

_____

_____

_____

5.   The Garnishee has custody, control or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. _____ | _____ | _____ |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |
| 4. _____ | _____ | _____ |

Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. $_____ | _____ |
| 2. $_____ | _____ |
| 3. $_____ | _____ |
| 4. $_____ | _____ |

(Check the applicable line below if you **deny** that you hold property subject to this order of garnishment.)

_____ [The Garnishee makes the following claim of exemption on the part of Defendant:]

_____ [Or has the following objections, defenses, or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim:]

_____ [The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant, Jesse L. Colbert and that the Garnishee did not have in his/her possession or control any property belonging to the

Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.]

The Garnishee mailed a copy of this answer by first-class mail to (1) the Debtor, Jesse L. Colbert,  6908 Flagstaff Street Hyattsville, MD  20785 , and (2) the attorney for the United States, Thomas A. Mauro, 1020--19TH STREET, NW, #400, WASHINGTON, DC 20036

I affirm, under the federal penalties of perjury, that the foregoing answers to the questions above are true and correct to the best of my knowledge and belief.

DATE:_____     _____
                                  Garnishee

                                 _____
                                  Printed Name and Title

                                 _____

                                 _____
                                  Address for further communications

                                 _____
                                  Telephone

                                 _____
                                  Fax Number

**GARNISHEE'S COPY**

## ADDITIONAL INSTRUCTIONS TO THE GARNISHEE

The Original Answer must be mailed to:

> Clerk, United States District Court
> 333 Constitution Avenue, NW
> Washington, DC 20001

and a copy of this Answer to:

> Thomas A. Mauro, Esq.
> 1020--19TH STREET, NW, #400
> Washington, DC 20036-6101

and a copy of this answer to the defendant:

> Jesse L. Colbert
> 6908 Flagstaff Street

Hyattsville, MD 20785 or at the address shown in your records.

PLEASE NOTE THAT ALL PAYMENTS UNDER THIS WRIT OF CONTINUING GARNISHMENT MUST BE MADE BY CHECK PAYABLE TO THE "DEPARTMENT OF JUSTICE" AND MAILED TO: THE UNITED STATES DEPARTMENT OF JUSTICE, NATIONWIDE CENTRAL INTAKE FACILITY, P.O. BOX 70940, CHARLOTTE, NC 28272-0940.

PLEASE MAKE SURE THAT THE DEBTOR'S ACCOUNT NUMBER -- C-55510 -- AND SOCIAL SECURITY NUMBER -- 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 -- ARE WRITTEN ON EVERY CHECK OR COVER LETTER SENT TO THE CENTRAL INTAKE FACILITY.

CALL Thomas A. Mauro FOR BALANCES. INTEREST CONTINUES TO RUN SO DO NOT CEASE WITHHOLDING UNDER A WAGE GARNISHMENT WITHOUT CHECKING WITH COUNSEL FOR THE UNITED STATES.

YOU MUST REMIT THE WITHHELD FUNDS AT LEAST ONCE PER MONTH BUT IT CAN BE MORE OFTEN IF YOU DESIRE. PLEASE CALL THE GOVERNMENT'S ATTORNEY IF YOU NEED ASSISTANCE.

THE PURPOSE OF THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT BY A DEBT COLLECTOR. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

CASE NO. 1:98CV02743 JGP

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| Damaris M. Chong | ) |
| Defendant(s), | ) |
| and | ) |
| Wachovia Bank | ) |
| Garnishee | ) |

ANSWER OF THE GARNISHEE

_____*May E. Montrose*_____, BEING DULY SWORN DEPOSES AND SAYS:
       (Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

That he/she is Garnishee herein doing business in the name of

Wachovia Bank
Legal Order Processing Pa 4418
P.O. Box 8667
Philadelphia, PA  19101

IF GARNISHEE IS A PARTNERSHIP:

That he/she is a member _____ of a partnership composed of which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

That he/she is the (State Official Title) *Legal Processor* of Garnishee, *Wachovia* a corporation, organized under the laws of the State of *DC*.

On *Oct 4*, 200*6*, Garnishee was served with the Writ of Continuing Garnishment. For the pay period in effect on the date of service (shown above)

Yes    No

___    _√_    1.    Defendant was in my/our employ.

2.    Pay period is _____ weekly, _____ bi-weekly _____ semi-monthly, _____ monthly.

Enter date present pay period began.

(Present means the pay period in which this order and notice of garnishment were served)

Enter date above pay period ends.

3.    Enter amount of net wages. Calculate below:

(a) Gross Pay                         $_____

(b) Federal income tax               _____

(c) F.I.C.A. income tax              _____

(d) State income tax                 _____

Total of tax withholdings            $_____

Net Wages                            $_____
(a less total of b,c,d)

___    _√_    4.    Have there been previous garnishments in effect. If the answer is yes, describe below.

_____

_____

_____

5.    The Garnishee has custody, control or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. *Checking* | 0.00 | *Joint Account holder* |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |
| 4. _____ | _____ | _____ |

Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. $_____ | _____ |
| 2. $_____ | _____ |
| 3. $_____ | _____ |
| 4. $_____ | _____ |

(Check the applicable line below if you **deny** that you hold property subject to this order of garnishment.)

____   [The Garnishee makes the following claim of exemption on

the part of Defendant:]


____   [Or has the following objections, defenses, or set-offs to

Plaintiff's right to apply Garnishee's indebtedness to

Defendant upon Plaintiff's claim:]

____   [The Garnishee was then in no manner and upon no account

indebted or under liability to the Defendant, Damaris M.

Chong and that the Garnishee did not have in his/her

possession or control any property belonging to the

Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.]

The Garnishee mailed a copy of this answer by first-class mail to (1) the Debtor, Damaris M. Chong,  4216 12th Place N.E. Washington, D.C. 20017 , and (2) the attorney for the United States, Thomas A. Mauro, 1020--19TH STREET, NW, #400, WASHINGTON, D.C. 20036

I affirm, under the federal penalties of perjury, that the foregoing answers to the questions above are true and correct to the best of my knowledge and belief.

DATE: OCT 1 3 2006.

_Wachovia_
Garnishee

MARY MONTERASSO Legal Processor
Printed Name and Title

_[signature]_

WACHOVIA
PA4418
Legal Order Processing
Address: Post Office Box 8667
Phila, PA 19101-8667

267-321-3581
Telephone

704-427-3684
Fax Number

**GARNISHEE'S COPY**

## ADDITIONAL INSTRUCTIONS TO THE GARNISHEE

The Original Answer must be mailed to:

      Clerk, United States District Court
      333 Constitution Avenue, NW
      Washington, D.C. 20001

and a copy of this Answer to:

      Thomas A. Mauro, Esq.
      1020--19TH STREET, NW, #400
      Washington, D.C. 20036-6101

and a copy of this answer to the defendant:

      Damaris M. Chong
      4216 12th Place N.E.
      Washington, D.C. 20017  or at the address shown in your records.

PLEASE NOTE THAT ALL PAYMENTS UNDER THIS WRIT OF CONTINUING GARNISHMENT MUST BE MADE BY CHECK PAYABLE TO THE "DEPARTMENT OF JUSTICE" AND MAILED TO: THE UNITED STATES DEPARTMENT OF JUSTICE, NATIONWIDE CENTRAL INTAKE FACILITY, P.O. BOX 70940, CHARLOTTE, NC 28272-0940.

PLEASE MAKE SURE THAT THE DEBTOR'S ACCOUNT NUMBER -- C-84895 -- AND SOCIAL SECURITY NUMBER -- 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 -- ARE WRITTEN ON EVERY CHECK OR COVER LETTER SENT TO THE CENTRAL INTAKE FACILITY.

CALL Thomas A. Mauro FOR BALANCES.  INTEREST CONTINUES TO RUN SO DO NOT CEASE WITHHOLDING UNDER A WAGE GARNISHMENT WITHOUT CHECKING WITH COUNSEL FOR THE UNITED STATES.

YOU MUST REMIT THE WITHHELD FUNDS AT LEAST ONCE PER MONTH BUT IT CAN BE MORE OFTEN IF YOU DESIRE.  PLEASE CALL THE GOVERNMENT'S ATTORNEY IF YOU NEED ASSISTANCE.

THE PURPOSE OF THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT BY A DEBT COLLECTOR.  ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.