UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHANELL JAMES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 06-0562 (RMC) |
| v. | ) |
| | ) |
| UNITED STATES CUSTOMS AND | ) |
| BORDER PROTECTION, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is Plaintiff's motion to appoint counsel. Because Plaintiff has been granted leave to proceed *in forma pauperis*, the Court may ask an attorney to represent him. 28 U.S.C. §1915(e)(1). In making such a determination, the Court takes into account:

  (i) the nature and complexity of the action;
  (ii) the potential merit of the *pro se* party's claims;
  (iii) the demonstrated inability of the *pro se* party to retain counsel by other means; and
  (iv) the degree to which the interests of justice will be served by appointment of counsel, including the benefit the Court may derive from the assistance of the appointed counsel.

Local Rule 83.11(b)(3).

Applying these factors, the Court finds that the appointment of counsel is not merited at this time. Actions brought pursuant to the Freedom of Information Act, like this one, can usually be decided on the papers without trial. Defendant has filed a motion for summary judgment, which may resolve the case. Moreover, Plaintiff is not entitled as of right to counsel in a civil case and there are

not enough members of the Civil Pro Bono Panel to appoint counsel in each case. For these reasons, the Court will not appoint counsel at this time.

Accordingly, it is

**ORDERED** that Plaintiff's motion to appoint counsel [Dkt. # 27] is **DENIED**.

/s/
ROSEMARY M. COLLYER
United States District Court

DATE: January 11, 2007