Shanell James
Register No. 69829-004
Federal Correctional Institution
Fort Dix
P.O. Box 7000 West
Fort Dix, New Jersey 08640
January 14, 2007

United States District Court
for the District of Columbia
  U.S. Courthouse
333 Constitution Avenue, N.W.
Washington D.C. 20001
c/o: Nancy Mayer-Whittington - Clerk of
District Court

**RECEIVED**
JAN 15 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RE: Request for the appointment of "National Legal Professional Associates" to assist in the claims in Civil Action No. 06-0562 (RMC)

Dear Honorable Court,

   I, Shanell James, plaintiff/pro se, write this Honorable Court to humbly seek the court's consideration for the appointment of National Legal Professional Associates. (NLPA) This is in an effort to help research, prepare and address the claims I've submitted to this Court.

   As this Honorable Court knows, that I've had several problems regarding the filing of several motion and the submittance of them within the accordance of the Local Rules.

Recently, there has been a problem with the copies (photos) of my "Plaintiff's Opposition to Summary Judgement" affidavit and the annexed exhibits of evidence. As you know in my last correspondence, I mentioned that pages from the submitted affidavit are missing (4 pages). In addition, several pages of the motion itself was out of sequence. Thus, its feared that this Honorable Court might be confused in regards to the presentation of my claims for relief. I really appreciate the patience this Honorable Court has shown to my previous motions filed and the service of the Honorable District Clerk.

I know that this service is not to assist me in the copying (photos) of motion, and etc.

From all the requests I submitted to this Court regarding the appointment of counsel. I understand that this is not a right. However due to the above outlined problem mentioned above, plus my lack of resources, specifically typewriting, copying and in experience in legal research, I've found the services of NLPA, who provide all the necessary services needed to solve this problem and any possible future ones.

I strongly believe that if this Honorable Court would grant that the services of this organization. It would serve as a service not only to me, but this Honorable Court. In having quality of my claims

presented to this Honorable Court in typewritten motions that have been properly researched and submitted in accordance to the Local Rules of the Court.

In conclusion, I humbly and respectfully request that the Honorable Court consider and granted the Appointment of NLPA to assist in the preparation of future motions filed to Honorable Court in the pending litigation. Please see the enclosed letter from the organization. Outlining the services and the cost associated with them. If possible, please send them back upon the corresponding letter, advising me of this Honorable Court's position. Thank you for your time and consideration in this matter.

Gratefully Submitted,

Shanell James

## NLPA PROVIDES EXPERIENCE UPON WHICH YOU CAN DEPEND.

As counsel, you can always depend upon National Legal Professional Associates to provide you with superior legal research, analysis and consulting assistance. We promise to provide the pleadings that you request, when you want them, in the format you require, and at a reasonable cost. Our research is provided in hard copy as well as on a computer disk which can be utilized by your office staff to enable you to easily make revisions as you may desire. In this way, you can have the advantage of a "team approach" whereby your skills as a practicing lawyer merge with ours as legal researchers, case analysts, and legal consultants to assist you in managing your cases effectively, meeting court deadlines and adding to your own expertise and experience.

NLPA has the experience required to produce top quality research for your cases, which produces results for your clients. As a firm, we have been providing this assistance to counsel for more than sixteen (16) years and have been involved in thousands of cases with thousands of attorneys throughout the United States, all of whom who have benefit from our assistance.

All research you request will be prepared by licensed lawyers whose only job is to provide competent legal research, analysis and consulting assistance to counsel. All of our case analysts have excellent academic credentials and many years of experience. (We also have a Ph.D. on staff for medical cases.)

Each case is assigned to a team of lawyers on NLPA's staff which is responsible for the research on your case. In this way, you can count on an excellent research work product and always depend on getting our research within the time frame required by your case.

## NLPA'S RESEARCH AND WRITING STAFF PROVIDES RESEARCH TO YOU AS COUNSEL, FACT-AND-ISSUE ANALYSIS AND WRITING ON a PROJECT-BY-PROJECT BASIS.

We become involved in research projects that involve any number of issues. Our final work product can be in the form of an opinion letter, a detailed legal memorandum or a formal brief for Local, State or Federal court.

The standard billing rates for NLPA's legal research and writing service, range from $85.00 to $150.00 per hour, depending upon the client imposed deadline and the individuals involved in doing the research. Volume discount pricing is available to clients who make a commitment to delegate a specified number of hours of work to NLPA over a 12 month period. A fifty percent deposit or payment by credit card is required to initiate project.

### NLPA CUSTOMIZED SERVICES

NLPA can customize its services to provide the specific legal data, issue analysis, factual information and documentation that apply to your project. In other words, we act as your conduit to an excellent staff of research associates, computerized research systems, and law libraries.

### RESEARCH AND WRITING

ALL AREAS OF THE LAW:
- Medical malpractice, personal injury, insurance fraud, etc.
- Brief (Appellate, trial, state or federal)
- Motions
- General Research (need an answer to a legal question?)
- Case Evaluations
- Trial Support

## WHAT'S IN IT FOR YOU?

- NLPA'S CIVIL DIVISION can help you free up your valuable time.
- Attorneys are doing the research and writing pursuant to your instructions.
- Your time is valuable and could be better spent representing clients
- Researching issues and writing legal documents are what we do so best.

### CASE EVALUATIONS

NLPA offers Plaintiffs and their counsel an initial evaluation of their case. This evaluation is designed to outline the issues that potentially are available to a Plaintiff in pursuing a civil action and will address the merits of those issues as well as the appropriate case law involved. Such an evaluation is an objective analysis of the potential litigation which objectively presents the pros and cons of proceeding with the litigation.

For Defendant Clients, an evaluation is also available in which NLPA would outline defenses and procedures which attorneys recommend be implemented in the defense of civil litigation.

For Defendants, NLPA will provide counsel with an evaluation of the claims made by the plaintiff's complaint and potential defenses that can be raised to assist counsel in defending the litigation.

### WIN WIN SITUATION

If you are interested in our service or want more information, please call, fax or E-mail the number listed on the front of this brochure.

Our staff of trained professionals is happy to answer all of your questions and provide you with any information.

# NATIONAL LEGAL PROFESSIONAL ASSOCIATES

London, England
Naples, Florida
Mobile, Alabama
Houston, Texas

Margaret A. Robinson Advocacy Center
11331 Grooms Road, Suite 1000
Cincinnati, Ohio 45242
Phone: 513-247-0082 • Fax: 513-247-9580
Website: www.NLPA.com • E-mail: contactus@nlpa.com

*By Lawyers*
*For Lawyers &*
*Their Clients*

December 29, 2006

Shanell James 69829-004
SHU-DS-214
FCI Fort Dix
PO Box 7000 West
Fort Dix, NJ  08640

Dear Shanell,

Thank you for considering the possibility of National Legal Professional Associates assisting you with respect to your civil litigation. As the enclosed brochure indicates, NLPA assists attorneys in the research and preparation of pleadings necessary to defend or initiate civil litigation including appeals.

**How can we help you?** As this letter will explain, NLPA can assist your attorney in the research and preparation of civil litigation pleadings. As NLPA does not represent itself to be a law firm, our services will only be provided to your licensed legal counsel.

In order for us to get a better understanding of the facts surrounding your case and to permit us to conduct an initial analysis for your counsel of the remedies which may be most appropriate for you to pursue through counsel, we enclose a questionnaire which we would appreciate your completing and returning to us as soon as possible. When you do send the questionnaire, please also include a short memorandum outlining the circumstances surrounding your case and the issues which you feel are of significance.

If you are not certain what role NLPA can play in your litigation, we would suggest that **NLPA prepare a preliminary review of your case** to outline for your counsel the issues and procedures associated with your civil matter. We will be very happy to prepare for your counsel with a copy to you, a detailed analysis of your case to include specific case law applicable to your individualized situation. NLPA will be happy to prepare such a detailed, multi-paged evaluation of your case. The Evaluation fee would be $2,500.00.

Once you and your counsel receive our case evaluation, should you subsequently decide to retain NLPA to assist counsel in the research and preparation of your civil litigation, this evaluation fee will be <u>credited</u> toward the cost of the research and preparation of the pleadings to be filed by your counsel in court.

If after receiving this information you desire to have an evaluation of your case, when you send us the documentation and the completed questionnaire, also have your family send the appropriate funds to us and we will be happy to prepare this detailed analysis for your counsel with a copy to you.

*Providing Technical Consulting Assistance to the Legal Profession*

Since we are aware that not everyone can afford to pay our research fee in one lump sum, we have available to our clients a number of financing options:

1) The installment note program. We have several options available under the installment note program. Our Finance Director, can explain the details and answer any questions you may have in this regard.

2) Credit Card. We can now accept MasterCard, Visa, American Express or Discover. A form which can be utilized for payment on a credit card is enclosed with your family's packet or you may also contact our Finance Director with any questions you may have concerning this option.

A word concerning communications with NLPA. Once you receive this letter, we are happy to accept one collect call from you to answer any questions that you may have concerning our information. Pursuant to NLPA policy on this matter, no further collect calls will be accepted from you until your family has made the necessary financial arrangements with NLPA to begin assisting with your case. Of course, we are happy to correspond with you through the mail but I urge you to immediately contact your family and have them contact NLPA if you want to retain our services.

When you do send us your information to prepare research for your counsel on your case, please be sure to include a memorandum outlining any issues that you believe we and your counsel need to be aware of in making our review of your case. Additionally, if you have available or appellate documentation, please send that information to us as well because it will greatly facilitate our review of your case. We look forward to hearing from you soon. Don't forget, **justice delayed is justice denied**.

Sincerely yours,

*H. Wesley Robinson*
H. Wesley Robinson
Director of Client Services
*Signed in Mr. Robinson's absence to avoid delay*

Enclosures: File Report & Civil Brochure

P.S. When you send the information and/or documentation concerning your case, please retain the originals for your files and forward NLPA only a copy of the documentation. If you forward the originals and want them returned, we may charge you a fee for shipping the documents back to you.