UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHANELL JAMES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 06-0562 (RMC) |
| v. ) | |
| ) | |
| UNITED STATES CUSTOMS AND ) | |
| BORDER PROTECTION, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiff has filed a motion to appoint the National Legal Professional Associates ("NLPA") as his counsel. NLPA has agreed to "evaluate" Plaintiff's case for $2,500.

Because Plaintiff has been granted leave to proceed *in forma pauperis*, the Court may ask an attorney to represent him. 28 U.S.C. §1915(e)(1). In making such a determination, the Court takes into account:

(i) the nature and complexity of the action;
(ii) the potential merit of the *pro se* party's claims;
(iii) the demonstrated inability of the *pro se* party to retain counsel by other means; and
(iv) the degree to which the interests of justice will be served by appointment of counsel, including the benefit the Court may derive from the assistance of the appointed counsel.

Local Rule 83.11(b)(3).

Applying these factors, the Court finds that the appointment of counsel is not merited at this time. It is too early in the litigation to determine whether counsel should be appointed. This is

action brought pursuant to the Freedom of Information Act. Defendant has filed a motion for summary judgment, which may resolve the case. The NLPA has not agreed to represent Plaintiff on a pro bono basis. For these reasons, the Court will not appoint counsel.

    Accordingly, it is

    **ORDERED** that Plaintiff's motion to appoint counsel [29] is **DENIED**.


                                                     _____/s/_____
                                                     ROSEMARY M. COLLYER
                                                     United States District Court


DATE:  January 24, 2007