Shanell James
Register No. 69809-004
Federal Correctional Institution-Fort Dix
P.O. Box 7000 west
Fort Dix, New Jersey 08640
December 11, 2006

United States District Court
for the District of Columbia
U.S. Courthouse
333 Constitution Avenue, N.W.
Washington D.C. 20001
C/o: Nancy Mayer-Whittington, Clerk of District Court

Let this be filed
R.M.C. 2/1/07

RE: 06-562 (RMC) James v. United States Customs and Border Protection

Dear Clerk;

    I, Shanell James plaintiff/pro se petitioner in the above titled matter. Write this Honorable Court to humbly request a court order to obtain records regarding my Federal Criminal Case No. 03-05452. This case was heard in the Southern District of Florida (Miami), presiding under the Honorable District Judge Ursula Ungaro-Benages.

    I seek an order of this Honorable Court to obtain these records, as they are relevant to the Civil Action presented before this Court. This sought materials and/or is cooborated evidence, in which I need to prove my claims and to seek relief.

This information is maintained by the following parties:

United States District Attorney's Office
for the Southern District of Flordia (Miami)
Mr. Seth Eric Miles, Assistent U.S. Attorney.
Prosecuting counsel in federal Criminal Case No.
03-05452

The Law Offices of Grey and Mourin, P.A.
Mr. Jason P. Grey, Esq.
1571 N.W. 13th Ct.
Miami, Flordia 33125
Defense counsel for Shanell James, defendent
to Federal Criminal Case No. 03-05452.

The Law Offices of Kenneth J. Kukec, Esq
One Biscayne Tower Suite #2600
Two South Biscayne Blvd
Miami, Flordia 33131-1802 (Defense counsel)

Federal Public Defender Office
Ms. Celeste S. Higgins, Esq.
150 W. Flagler Street, Suite #1700
Miami, Flordia 33130    (Defense counsel)

All of the above parties maintain records and/or information sought in Criminal Case No. 03-05452. Specifically sougnted is discovery, indictment, and any other related documents used in the prosecution or defense in the above referenced Criminal case. In addition all related reports including "Lab Analysis", seizure forms, and debriefing materials.

In conclusion, the Plaintiff humbly and respectfully seek the Honorable Court authority to order the above name parties to submitted the mentioned materials as it is related to the claims and issues presented before this Honorable Court in Civil Action No. 06-0562 (RMC). Please grant this motion.

Gratefully Submitted,

Shanell James