Sharell James
Register No. 69809-054
Federal Correctional Institution
Fort Dix
P.O. Box 7000 West
Fort Dix, New Jersey 08640
January 19, 2007

**RECEIVED**
FEB 7 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States District Court
for the District of Columbia
U.S. Courthouse
333 Constitution Avenue N.W.
Washington, D.C. 20001
℅: Nancy Mayer-Whittington, Clerk of District Court

Re: 1) Submittance of "Amended Affidavit" (total 9 pages)
2) Whereabouts of Addition filing submitted to Honorable Court
3) Elimination of "stray" documents

Dear Ms. Whittington,
  I Sharell James plaintiff/pro se write to humbly submitt the enclosed "Amended Affidavit". This is in an effort to have the record reflect a complete assertion of the facts. I hope this remedy bring to the conclusion of the missing pages of former affidavit misplaced by your office. (Submitted 10/18/06)

  In addition, I humbly request that your office conduct a search of the records for a grievance letter that was submitted to be part of the

record. This was submitted in August/September 2006. It was a letter that was carbon copied (cc:) to this Honorable Court, Office of Inspector-General, and the Office of Professional Responsibility. In the (photo) copies, I requested for your office, regarding all the filings submitted by me. These documents were not present.

Secondly, I humbly request that the following listed documents (stray) be deleted from my case records. As they have not been filed by me and have no association to Civil Action No. 06-0562(RMC): Document 25-4

1) Page numbered 6 of 24
2) " " " 7 of 24
3) " " " 8 of 24
4) " " " 9 of 24
5) " " " 10 of 24
6) " " " 11 of 24
7) " " " 12 of 24
8) " " " 13 of 24
9) " " " 14 of 24
10) " " " 15 of 24
11) " " " 16 of 24
12) " " " 17 of 24
13) " " " 18 of 24
14) " " " 19 of 24

This totals 14 pages of "stray" documents records that are not part of my case. In fact, the documents are from several other Civil Action that were presented

before this Honorable Court. In my prior corresponding letters to your office, and Pro Se Clinic's Staff Attorney Jason P. Moran I've expressed this situation. Only to have these same documents sent back to me with the printed C(ivil) A(ction) numbers 06-0562 RMC, which reflect my case.

In conclusion, I humbly request the following:

1) That the Amended "Affidavit" be copied and served to the Defendant. In addition to sending me a copy (Court certified).

2) That the Docket Sheet be updated to show under entry dated 10/19/06 "Affidavit".

3) That the "stray" documents be deleted for Civil Action No. 06-0562., and be sent notice of it's removal.

4) That a search be conducted to locate "grievance letter" submitted in August/September 2006, with provided copy sent to me.

To conclude, I pray that these dilemmas are not use to negitivity denied any of my claims. A letter acknowledging that I not responsible would be gratefully appreciated. Thank you for your consideration and service in this matter. Worried,

Sharell James