UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Shanell James,** | ) |
| | ) |
|       **Plaintiff,** | ) |
| | ) Civil Action No. 06-0562 (RMC) |
| | ) |
|       v. | ) |
| | ) |
| **U.S. Customs and Border Protection,** | ) |
| | ) |
|       **Defendant.** | ) |

### DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S WRIT OF MANDAMUS

Defendant, the United States Customs and Border Protection, a subcomponent of the Department of Homeland Security, by and through its attorney, respectfully moves the Court, pursuant to Fed. R. Civ. P. 6, for an enlargement of time up until February 26, 2007 within which to file its opposition to Plaintiff's recently filed "Petition for Writ of Mandamus Seeking Default Judgment Against Defendants."[1]  A response would otherwise be due on Thursday, February 15, 2007.  Because plaintiff is incarcerated, and proceeding *pro se*, Local Rule 7(m) does not apply to this motion, and defendant has not obtained his position as to the relief requested.  See Local Civil Rule 7(m).  Plaintiff has brought this action under the Freedom of Information Act (FOIA).

Good cause exists to grant this motion.  Counsel was out of the office on both February 13 and 14 due to illness and inclement weather.  Moreover, Defendant's preparation of its opposition has been hampered by other responsibilities which have occupied counsel for the Government.  These responsibilities include: preparation of appellate brief for filing on February

---

[1] On August 24, 2006, Defendant filed an Answer to Plaintiff's Complaint, PACER Docket ("R.")15, and on September 8, 2006, Defendant filed a Motion For Summary Judgment for the same Complaint, R.19.

5, 2007, in DeRose v. Powell, Ct. Of Appeals Case No. 06-5111; preparation of Motion for Summary Judgment in Bester v. F.B.I., Civ. Act. No. 06-1745 (RMU), filed on February 6, 2007; preparation of Motion for Leave to file Cross-Motion to Quash in, In Re Apollo Group, Inc, Civ. Act. No. 06-MC-0558 (CKK), filed on February 6, 2007; mediation in Ball v. U.S.A., Civ. Act. No. 06-0059 (RMU), on February 6, 2007; defending expert witness deposition on February 7, 2007, in Legnini v. U.S.A., Civ. Act. No. 06-0012 (RJL); preparing and filing appellee's brief in Kaufman v. Gonzalez, Ct. of Appeals Case No. 05-1631 on February 8, 2007; taking expert witness deposition in Legnini on February 9, 2007; preparing witness for deposition in Kalil v. Veneman, Civ. Act. No. 01-2194 (RJL) on February 12, 2007; Motion for Summary Judgment due on February 16, 2007, in Simmons v. Cox, Civ. Act. No. 05-1828 (RCL); preparing answers to interrogatories and requests for the production of documents in Brown v. U.S.A., Civ. Act. No. 05-2309 (EGS), due on February 16, 2007; preparing appellee's brief due on February 20, 2007 in Nurridin v. NASA, Ct. of Appeals Case No. 05-5386; preparing for depositions in Brown, scheduled on February 22, 2007; preparing for the plaintiff's deposition in Kalil, scheduled for February 23, 2007.

      Accordingly, this motion is not for purposes of delay but for good cause shown.

      Respectfully submitted,

_____
JEFFREY A. TAYLOR, BAR # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, Bar # 434122
Assistant United States Attorney

                    _____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW
Washington, DC 20530
Tel: (202) 305-1334

## CERTIFICATE OF SERVICE

I certify that the foregoing third Motion for Extension of Time and Proposed Order was served upon Plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

    SHANELL JAMES
    R69829-004
    FORT DIX FEDERAL CORRECTIONAL INSTITUTION
    P.O. Box 7000
    Westside Compound
    Fort Dix, NJ 08640
    US
    PRO SE

on this 15th day of February, 2007.

                                                                                         _____

                                                                                         Heather Graham-Oliver