UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Shanell James,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Civil Action No. 06-0562 (RMC) |
| | ) |
| v. | ) |
| | ) |
| **U.S. Customs and Border Protection,** | ) |
| | ) |
| **Defendant.** | ) |

## PROPOSED ORDER

UPON CONSIDERATION of Defendant's Motion for an Enlargement of Time To file its' Opposition to Plaintiff's Writ of Mandamus, and the entire record herein, it is this ____ day of _____, 2007, hereby

ORDERED, that Defendant's motion is GRANTED, and it is

_____
**UNITED STATES DISTRICT JUDGE**