Shanell James
Register No. 69829-004
Federal Correctional Institution
Fort Dix
P.O. Box 7000 West
Fort Dix, New Jersey 08640

United States District Court
for The District of Columbia
  U.S. Court house
333 Constitution Avenue, N.W.
Washington, D.C. 20001
%: Nancy Mayer-Whittington, Clerk of District Court

**RECEIVED**

FEB 1 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RE: Submittance of Annexed Exhibit of Evidence
lettered "P" (Civil Action No. 06-0562-RMC) with
request for trial
Dear Clerk,
             I Shanell James, pro se litigant
in the above mentioned case. I now humbly
write this Honorable Court to submitt Evidence
Exhibit "P" and list it's contents.
(1) Motion to Preserve Evidence (Defendants)
submitted by Celeste Siblesz Higgins Supervisory
Assistant Federal Public Defender, on May 30, 2003
to U.S. District Court Southern District of Flordia
Case NO: 03-2712-O'Sullivan (re: 03-20452-CR-UUB).
Total of 2 pages
(2) U.S. Custom Service form 6051 S, number
229661, Custody Receipt for Seized Property
and Evidence, under Lab # 136387.
Total of 1 page
(3) Drug Enforcement Administration form (Sept 1995)-7,
Report of Drug Property Collected, Purchased or

Seized. This form was half completed. Note that section #25 Titled "Analysis Summary and Remarks." This is also the Laboratory Report portion of the form. It is suppose to document the analyzed seized contraband. This is the record that I seek from the Defendant (U.S. Custom and Border Protection) The form is the most essential document to the prosecution's case. It is believe that this document, is/and was altered when the "Laboratory Report section analysis was completed then changed. It first listed the alleged seizure to be "acetamphin and caffiene", it was then changed to reflect the analysis results to be "heorin hydrocholride and caffiene".

This is the reason why the Defendant has chose to deny, create falsehoods, and send documents that are not relevant to my requests, pursiant to FOIA/PA.

In conclusion I humbly and respectfully like this motion filed on the record. I'm request that the next phase of litigation proceed. In addition I humbly request that this case move to the "discovery" phase. So that I could present my claims for this Honorable Court and possible jury to hear, and decided. Please also make photo copies and return the copies to me. Furthermore, I also humbly request photo copies of my last corresponding motion titled "Motion for Writ of Mandamus" to also be provided.

Date 2/08/07

Gratefully Submitted,

Shanell James

Shanell James, pro se

Register No. 69829-004

Federal Correctional Institution-Fort Dix

P.O. Box 7000 West

Fort Dix, New Jersey 08640

Civil Action No.
06-0562 (RMC)

Annexed Exhibit of Evidence

lettered " P "

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 03-2712-O'Sullivan

UNITED STATES OF AMERICA,

              Plaintiff,

vs.

SHANELL ANTOINE JAMES,

              Defendant.

_____/

## DEFENDANT'S MOTION TO PRESERVE EVIDENCE

Defendant, Shanell Antoine James, through counsel, and pursuant to Federal Rule

of Criminal Procedure 16 requests an order directing the government to preserve and

immediately directs its agents and to preserve all evidence in this case as enumerated

below for the reasons set forth below.

1.  Mr. James was arrested for the importation and possession with intent to

distribute heroin in violation of 21 U.S.C. § 952(a) and 21 U.S.C. § 841(a)(1).

2.  At his arrest, all his personal effects were seized, including his luggage.

3.  All contraband was seized and is in the custody of the government as well.

4.  All items "obtained from or belonged to" the defendant must be preserved to

permit authorized discovery.   Fed. R. Crim. P. 16; Standing Discovery Order; see also

United States v. Rodriguez, 799 F.2d 649, 652 (11th Cir. 1986).  Any of all of this

material may be material to preparation and presentation of an effective defense.  Mr. *

requests that the entirety of the contraband be preserved in the event that a reweighing

is necessary.  Therefore, Mr. James seeks an order requiring preservation of any and

all evidence in this case.

Respectfully submitted,

KATHLEEN M. WILLIAMS
Federal Public Defender

By:

Celeste Siblesz Higgins
Supervisory Assistant  Federal Public Defender
Florida Bar No. 909718
150 West Flagler Street, Suite 1700
Miami, Florida  33130
Telephone: (305) 530-7000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this

30th day of May, 2003, to the United States Attorney's Office, 99 N.E. 4th Street, Miami,

Florida 33132.

Celeste S. Higgins

2

# U.S. CUSTOMS SERVICE

NO. 2296661

## CUSTODY RECEIPT
### FOR
### SEIZED PROPERTY
### AND
### EVIDENCE

Handbook 5200-09

1. FPF No.
`2 0 0 3 5 2 0 6 6 0 0 7 0 2 - 0 1`

2. Incident No.
`2 0 0 3 5 A 0 0 0 7 4 1 3 0 1`

3. Investigative Case No.
`N I 1 3 H E 0 5 M I 0 2 9 4`

| 4. Prior Detention? Yes ☐ No ☑ If yes, CF 6051D No._____ | 5. Date Seized (mm/dd/yyyy) 05/25/2003 | 6. Time Seized (Use 24 Hrs) 2300 | 7. FDIN/Misc. |
|---|---|---|---|

8. Seized From:
Name: SHANELL A. JAMES
Address: 117 PLEASANT RIDGE
TRENTON, NJ 08611
Telephone No. (   )    Ext:

9. Entry No. CF 60593

10. Seal or Other ID Nos.

11. Remarks:
TOT: S/A Medina

12. Send Correspondence to:
U.S. CUSTOMS P.O. BOX 997930. miami, FL. 33299-7930

### 13. PROPERTY ( By Line Item) Attach CF 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 1 | Pellets "STC" | | | | | $ |
| | " HEROIN " | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

14. Seizing Officer
████████ /J  #35388    05/25/2003
Print Name        Signature        Date

### 15. ACCEPTANCE/CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 1 | Pellets STC HER (126) | ████ CBP | ████ 93 | 5/28/03 |
| A | Pellets STC Her (126) | ████ | ████ 7 | 5/28/03 |
| 1 | Pellets STC HER (126) | J ████ | ████ | 5/28/03 |
| 1 | Pellets STC Her | ████ | ████ 88 | 5/28/03 |
| 1 | Pellets STC Her | ████ | ████ | 5/28/03 |

CF 6051A Continuation Sheet Attached?  Yes ☐  No ☐          Customs Form 6051S (11/01)

Customs Retains Original

| 1 | Pellets STC Heroin | ████ | ████ | 05/29/03 |

TOT to DEA SERL on 05/29/03
136387 Lab #.

00027

Read Instructions on Reverse
before completing

U.S. Department of Justice
Drug Enforcement Administration

**REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED**

| 1. HOW OBTAINED (Check) | | | 2a. FILE NO. | 2b. PROGRAM CODE | 3. G-DEP ID |
|---|---|---|---|---|---|
| ☐ Purchase  ☒ Seizure  ☐ Free Sample | | | ▓▓▓▓▓▓▓ | 334 | |
| ☐ Lab. Seizure  ☐ Money Flashed  ☐ Compliance Sample (Non-Criminal) | | | | | |
| ☒ Internal Body Carry  ☐ Other (Specify) _____ | | | | | |

| 4a. WHERE OBTAINED (City, State/Country) | 4b. DATE OBTAINED | 5. FILE TITLE |
|---|---|---|
| Miami, Florida (MIA) | 05/28/03 | Shanell Antoine JAMES |

| 6a. REFERRING AGENCY (Name) | 6b. REFERRAL | | |
|---|---|---|---|
| U.S. CUSTOMS SERVICE | ☐ Case No. OR ☒ Seizure No. ▓▓▓▓▓ | 7. DATE PREPARED 05/28/03 | 8. GROUP NO. Airport Narcotics Group 7 |

| 9. Exhibit No. | 10. FDIN (18 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | APPROX. GROSS QUANTITY | | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| | | | | 13. Seized | 14. Submitted | |
| 1 | | Heroin | Pellets STC Heroin | 2.38 lbs | 1082.3 g | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG?   ☒ NO (included above)   ☐ YES (if Yes, enter exhibit no. and describe original container fully)

REMARKS:

On 05/25/02, Shanell Antoine JAMES entered the U.S. via Miami International Airport abaord American Airlines flight #1880 from Curacao. JAMES was subsequently arrested for attempting to smuggle approximately 2.38 lbs. of heroin, as an internal courier, into the United States.

NOTE: Case Agent is Chinelle MEDINA

| 17. SUBMITTED BY SPECIAL AGENT (Signature) S/A Chinelle Medina *Chinelle Medina* | 18. APPROVED BY (Signature & Title) G/S Thomas Chafey |
|---|---|

**LABORATORY EVIDENCE RECEIPT REPORT**

| 19. NO. PACKAGES 1 Bag | 20. RECEIVED FROM (Signature & Date) 05/29/03 | 21. Print or Type NAME and TITLE Hal Bradley S/A ICE #34624 |
|---|---|---|
| 22. SEAL ☐ Broken ☒ Unbroken | 23. RECEIVED BY (Signature & Date) 5-29-03 | 24. Print or Type NAME and TITLE |

**LABORATORY REPORT**

25. ANALYSIS SUMMARY AND REMARKS

136387

| 26. Exhibit No. | 27. Lab No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name | CONCENTRATION | | | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| | | | 29. Strength | 30. Measure | 31. Unit | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| 34. ANALYST (Signature) | 35. TITLE | 36. DATE COMPLETED |
|---|---|---|
| 37. APPROVED BY (Signature & Date) | 38. TITLE | 39. LAB. LOCATION |

00026

DEA Form
(Sept. 1995) - 7

Previous edition dated 4/90 may be used until stock is exhausted.

1 - Prosecutir

<u>United States District Court</u>
<u>for The District of Columbia</u>

Shanell James
      Plaintiff

                         <u>Civil Action No. 06-0562</u>
against                                (RMC)

U.S. Department of Homeland Security's subsidiary
U.S. Customs and Border Protection
                           Defendant(s)

<u>Motion for discovery and inspection of scientific</u>
<u>test and report (controlled substance)</u>

  The Plaintiff <u>Shanell James</u>, pro se, moves this
Court for the entry of an order requiring the
Defendant(s) U.S. Department of Homeland Security's
subsidiary, U.S. Customs and Border Protection, to forth-
with produce for the undersigned, complete reports
made by any chemist, scientist or botanist, or
other expert who either performed or is responsible
for the tests or experiments performed on the
materials alleged (in Federal Criminal Case No
03-20452-CR-UUB) to be controlled substances
to including such information as:
(a) quantities involved;
(b) quantities tested;
(c) tests performed;
(d) results of each specific test;
(e) procedure for <u>each</u> test;
(f) laboratory worksheets, and copies of all said
memoranda worksheets, notes and records kept by
said expert.

                Page 1

The Plaintiff, who was the Defendant in Federal Criminal Case No. 03-20452-CR-UUB, is entitled to production of same prior to trial pursuant to Rule 16 (a),(1),(d) of the Federal Rules of Criminal Procedure, and in sufficient time to enable him, or would have enable him to examine the above mentioned reports to prepare a defense, and/or trial to possibly seek to obtain his own independent experts to rebut U.S. Customs and Border Protection's assertion of evidence. Thus, having also proof that the prosecution (U.S. Attorney's Office for the Southern District of Flordia-MIAMI, Assistant U.S. Attorney Seth Eric Miles) committed prosecutorial misconduct, and/or fraud in the above Federal Criminal Case.(No. 03-20452-CR)

The Defendant(s), U.S. Department of Homeland Security's, subsidiary U.S. Customs and Border Protection have continually denied Plaintiff's various Freedom of Information/Privacy Act requests (Title 5, United States Code, Section 552 and 552(a)), which would afford Plaintiff records, that could and have violated constitutional rights by using United States Laws to circumvent the rights guaranteed to Plaintiff under the United States Constitution.

Wherefore the Plaintiff respectfully requests that this Honorable Court enter such order as is just and proper with respect to production of the above requested items.

Page 2

Date 2/08/07

Respectfully Submitted,
Shanell James, pro se

Shanell James
Register No. 69829-004
Federal Correctional Institution
Fort Dix
P.O. Box 7000
Fort Dix, New Jersey 08640

Page 3
End