Let this be Filed
RM Collyer
3/6/07

Shanell James
Register No. 69829-004
Federal Correctional Institution
Fort Dix
P.O. Box 7000 West
Fort Dix, New Jersey 08640
February 28, 2007

FILED
MAR 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States District Court
for The District of Columbia
U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001
c/o Clerk of District Court - Nancy Mayer-Whittington

RE: Civil Action 06-0562 (RMC)

Dear Clerk,

I, Shanell James, plaintiff/pro se write this honorable Court to humbly request that a Jury be allow to decide the above civil action, if it is sent to trial.

In addition, I also humbly request the status of the requested copies (photo) of my last titled motions. Which included "Petition for Writ of Mandamus Seeking Default Judgment Against Defendants". Also, the copies of "amended Affidavit" submitted for the incomplete statement that is reflected currently in the record. Furthermore, I would also like to know if the Honorable District Judge Rosemary M. Collyer has knowledge of the "stray"

documents that have also turned up in the offical court records?

In conclusion, I gratefully and respectfully request that this Honorable Court advise me of it acknowledge awareness of the above mentioned situation, and it's actions concerning them. I would also like to thank this Honorable Court for it's service to the above requested photo copies of submitted motions. Highly appreciated

Your Truly,

Shanell James

Note: Please disregard if the requested functions have been performed.