Shanell James
Register No. #69829-004
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837
March 13, 2007

United States District Court
for The District of Columbia
 U.S. Courthouse
333 Constitution Avenue, N.W.
Washington D.C. 20001
c/o Nancy Mayer-Whittington - Clerk of District Court

**RECEIVED**
MAR 1 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RE: Change of Address (re Civil Action No. 06-0562-RMC)

Dear Clerk;

    I Shanell James, plaintiff/pro se in the above mentioned Civil Action, humbly write this Honorable Court to advise of my transfer to another Federal Correctional Institution.

    Please change the record, so that it reflects the following: Shanell James 69829-004 plaintiff/pro se
    Federal Correctional Institution - McKean
      P.O. Box 8000
    Bradford, PA 16701

    Be advised that this is the location/address where any motions, orders, and filings can be sent regarding Civil Action No. 06-0562-RMC. Please also advise the defendant, U.S. Customs and Border Protection.

In my last few correspondences with this Honorable Court, I've filed various motions, that were submitted, in addition, I requested that court certified photo copies be sent to me. This is in effort to have records of the filed documents. These submitted motions were titled: "Motion for discovery", "Motion for Writ of Mandamus seeking Default Judgement". I've also sent a few letters that detailed a problem with "stray documents" that were enclosed in photo copies of court certified records. The problem is that these documents are records from several other Civil Action proceedings that was before this Honorable Court. Furthermore I also requested a court certified photo copy of my newly submitted "Amended Affidavit". To date I have not recieved any of this requested information.

In conclusion, I humbly request that the record show my new address, and that the above mentioned requests of court certified photo copies. In addition, I also would like the Honorable Court attention to the dilemma regarding the "stray" documents. I also hope that some sort of notification can be forwarded to me, that acknowledges this problem, and also issued a course of remedy to correct this problem. Again I humbly and respectfully thank this Honorable Court for it's service, and attention regarding the aforementioned issues.

Gratefully Submitted,

Shonell James