Shanell James
Register No. 69829-004
United States Penitentiary
P.O. Box 1000
Lewisburg, Pennsylvania 17837
March 21, 2007

United States District Court
for The District of Columbia
U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001
To: Nancy Mayer-Whittington-Clerk of District Court
to the Honorable District Judge Rosemary M. Collyer

Re: Motion for Appointment of Counsel (open)
in Civil Action No. 06-0562-RMC

**RECEIVED**
MAR 27 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Honorable Clerks,

I Shanell James, plaintiff/pro se in the above mentioned matter. Would now like to humbly request the Appointment of Counsel. I've petitioned this Honorable Court for the appointment of Counsel on several different occasions. It was then decided on each request that the appointment of counsel was not warranted because it was still early in litigation process, and it was stated by this Honorable Court that the Defendant(s) U.S. Department of Homeland Security's subsidiary, U.S. Customs and Border Protection, filed a motion for Summary Judgement, which could possibly resolve this case.

Since then this Honorable Court has ruled, and Denied the Defendant(s) Motion for Summary Judgement. Because this Court has denied my various request for the appointment of counsel. I'm not sure went to submit a request at the proper time.

Therefore it is my intention to file this correspondence and humbly request that this Honorable Court appoint counsel as soon as it deems that I'm eligible for such appointment of counsel to represent my claims in the above Civil Action. In addition, to litigate issues associated with my soughted claims for relief.

In conclusion, I humbly and respectfully ask that this Honorable Court consider this petition, and grant this request now, or when this Court deems this case warrants such relief. Furthermore, I gratefully thank this Honorable Court for it attention, understanding and service in this matter

Yours Truly,
Shanell James

Note: Please be advised that that I can be contacted at the following address:

Shanell James
Register No. 69829-004
F.C.I. McKean
P.O. Box 8000
Bradford, Pennsylvania 16701