RECEIVED
APR - 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States District Court
for the District of Columbia

Shanell James,
    Plaintiff

Civil Action No.
06-0562 (RMC)

against

U.S. Department of Homeland Security, subsidiary's
U.S. Customs and Border Protection,
    Defendant(s)

## Motion for Appointment of Counsel
### (Re-Submitted)

Now comes Plaintiff/Pro se who humbly petitions this Honorable Court for the appointment of counsel, pursuant to 28 U.S.C. § 1951(e)(1).

Although, Plaintiff knows he is not entitled as of right to counsel in a civil case. Plaintiff humbly and respectfully request that this Honorable Court appoint counsel for the following:

(1) Plaintiff is not a member of any state or federal bar.

(2) Plaintiff is economically challenged with no community support to obtain counsel by other means.

(3) Plaintiff believes the current complexity of action warrants the appointment of counsel to represent the claims and interest of the Civil Action before this Honorable Court.

(4) Plaintiff, also believes that this Court would benefit from the appointment of counsel. Who would file and submitt future filings in accordence with the Local Rules of Court. Counsel could potentially provide the Plaintiff with legal advise concerning what's "law" Also, he/she could provide Plaintiff photo copies of filings. In which Plaintiff would not have to ask this Honorable Court's Clerk for, nor would the clerk would have to provide service on the opposing party.

In the past, since this action was initiated the Plaintiff has submitted various requests for the "Appointment of Counsel". This Honorable Court has denied, but mentioned that the Defendant(s) have filed a "Motion for Summary Judgement which could resolve the case". Now that the Court has denied the opposing party's "Motion for Summary Judgement, the Plaintiff prays that this Honorable Court feel satisfy, and feel inclined to appoint counsel.

<u>Wherefore</u>, Plaintiff gratefully submitt this motion for the Appointment of Counsel, and hopes that this Honorable Court agrees and order such appointment,

Yours Truly,
Shanell James

Date: March 30, 2007

Shanell James <u>pro se</u>
Register No. 69829-004
F.C.I - McKean
P.O. Box 8000
Bradford, PA 16701

## Certificate of Service

I certify that the foregoing Motion to Appoint Counsel was submitted to this Honorable Court via U.S. Mail first class postage pre-paid addressed to:

United States District Court
for The District of Columbia
U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001
c/o Nancy Mayer-Whittington-Clerk of District Court
to the Honorable District Judge Rosemary M. Collyer.
on this 30th day of March, 2007

This request/Motion is expected to be served on opposing party's counsel by this Honorable Court due to Plaintiff's indigent status that is supported by Docket entry #4 (03/24/2006) "Order granting Motion for Leave to Proceed in forma Pauperis, signed by Honorable Henry H. Kennedy on 3/16/06.

Opposing Counsel's address:

Heather D. Graham-Oliver
U.S. Attorney's Office
Judiciary Center Building
555 4th St, N.W. Room 10-818
Washington, DC 20530
representing Defendant, U.S. Customs and Border Protection

Sincerely,
Shanell James pro se
Shanell James
Register No. 69829-004
F.C.I. McKean
P.O. Box 8000
Bradford, PA. 16701