UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHANELL JAMES,           Plaintiff,           v.           UNITED STATES CUSTOMS AND BORDER PROTECTION,           Defendant. | ) ) ) ) )    Civil Action No. 06-0562 (RMC) ) ) ) ) ) ) ) |

### ORDER

Plaintiff Shanell James has filed two sequential motions for appointment of counsel [Dkt Nos. 40 and 41]. These are Mr. James's fourth and fifth motions seeking the appointment of counsel in this matter. Because Plaintiff has been granted leave to proceed *in forma pauperis*, the Court may ask an attorney to represent him. 28 U.S.C. §1915(e)(1). In making such a determination, the Court takes into account:

(i)  the nature and complexity of the action;
(ii) the potential merit of the *pro se* party's claims;
(iii) the demonstrated inability of the *pro se* party to retain counsel by other means; and
(iv) the degree to which the interests of justice will be served by appointment of counsel, including the benefit the Court may derive from the assistance of the appointed counsel.

Local Civil Rule 83.11(b)(3).

Applying these factors, the Court finds that the appointment of counsel is not merited. This is an action brought pursuant to the Freedom of Information Act and will most probably be

resolved through motions.  The legal issues in this case are not complex, and Plaintiff has already demonstrated that he adequately understands the relevant legal principals and can express his arguments clearly.  For these reasons, the Court declines to appoint counsel.

        Accordingly, it is hereby

        **ORDERED** that Plaintiff's motions for appointment of counsel [Dkt. Nos. 40 & 41] are **DENIED**.

        **SO ORDERED.**

/s/
ROSEMARY M. COLLYER
United States District Court

DATE: April 11, 2007