**RECEIVED**

MAY 0 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Shanell James
Register No. 69829-004
Metropolitian Detention Center
Brooklyn
P.O. Box 329002
Brooklyn, New York 11232
May 3, 2007

United States District Court
for the District of Columbia
   U.S. Courthouse
333 Constitution Avenue
Washington, DC 20001
c/o Nancy Mayer-Whittington, Clerk of District Court

Re: 06-0562 (RMC)

Dear Honorable District Clerk;

I Shanell James, plaintiff/prose litigant in the above mentioned Civil Action. I write to advise this Honorable Court of my current whereabouts, in addition to my present status.

Currently, I'm in the Metropolitian Detention Center here in Brooklyn, New York. I was brought here 10 days ago from Federal Correctional Institution-McKean Bradford, Pennsylvania. A "Writ" was issued from the Eastern District of New York that has ordered me to the custody of the U.S. Marshal's. I'm not sure how long I'll be here. Therefore, I write this Honorable Court to humbly

and respectfully request that any correspondence letters, motions, and other filing submitted, be sent to the above address. This is in an effort to effectively pursue my various claims for relief, associated with Civil Action 06-0562 RMC presented before this Honorable Court. In addition, I would humbly like to also request that any corresponding letters, orders, or requested photocopies of prior filings submitted, be sent to the above address. This is in an effort to continue my quest for soughted relief. Since my transfer, I have not been given my legal paperwork to continue to seek relief in the above reference Civil Action presented before this Honorable Court

In conclusion, I really hope that this Honorable Court can understand this problem, as well as the requested service soughted to remedy this situation. Furthermore I pray that due to my transfer here at MDC-Brooklyn, that if any ruling in my absence was given, because of my non-response to any possible Court's request. Please know that I've been in "transit" status and have no knowledge of any such (possible) request. Thank you, for your time and service in this matter

Gratefully Submitted,
Shanell James