UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHANELL JAMES,** )<br>)<br>    **Plaintiff,** )<br>)<br>        v. )<br>)<br>**U.S. CUSTOMS & BORDER** )<br>**PROTECTION,** )<br>)<br>    **Defendant.** )<br>) | Civil Action No. 06-562 (RMC) |

## ORDER

For the reasons stated in the Memorandum Opinion filed separately and contemporaneously herewith, it is hereby

**ORDERED** that Plaintiff's Motion for Writ of Mandamus and for Default Judgment [Dkt. No. 31] is **DENIED**; and it is

**FURTHER ORDERED** that Plaintiff's Motion for Court Order to Obtain Records [Dkt. No. 32] is **DENIED**; and it is

**FURTHER ORDERED** that Plaintiff's motion requesting copying and service of affidavit, to update the docket sheet, to delete "stray" documents, and to conduct search [Dkt. No. 33] is **DENIED** as moot; and it is

**FURTHER ORDERED** that Plaintiff's Motion for Jury Trial [Dkt. No. 38] is **DENIED**.

**SO ORDERED.**

DATE: May 21, 2007

　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　ROSEMARY M. COLLYER
　　　　　　　　　　　　　　　　　United States District Judge