United States District Court
for The District of Columbia

Shanell James,
    Plaintiff

against

U.S. Customs and Border Protection,
    Defendant

Civil Action No.
06-0562 RMC

RECEIVED
MAY 3 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED
MAY 3 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Motion to Seek Extension of Time to File Proposed Briefing Schedule for Dispositive Motions

Now comes, Shanell James plaintiff/pro se litigant in the above titled Civil Action presently before this Honorable Court.

Plaintiff seeks Extension of Time to File Proposed Briefing Schedule for Dispositive Motions due no later than June 4, 2007 which was ordered on 5/04/07 by the Honorable District Judge Rosemary M. Collyer. Plaintiff would humbly like to request an 30 days extension of time to file the above requested motions. Plaintiff would also like to advised the Court of the following reasons why he request this extension of time:

1.) Plaintiff was transferred on April 20, 2007 to the Metropolitian Detention Center-Brooklyn (MDC), from Federal Correctional Institution-McKean, this was due to a Federal "Writ" issued by the

U.S. District Court for the Eastern District of New York. This gave the U.S. Marshals custody of Plaintiff

2) During the transfer process Plaintiff was not allowed to obtain legal paperwork which includes legal research notes, cited case law, and various other necessary materials (including copies of the existing records.

3) Therefore Plaintiff cannot meet the ordered date of June 4, 2007 for proposed briefing schedule.

4) Plaintiff has filed Administrative Remedy to the Federal Bureau of Prisons (FBOP) officials detailing the situation. To date I haven't heard an update regarding the requested legal property.

Wherefore, Plaintiff seeks Court Order and Docket Sheet to provide the FBOP staff (MDC-Brooklyn) with the necessary information to show that the litigation is still pending regarding Civil Action No. 06-0562. Also, Plaintiff would like to advise this Honorable Court of MDC-Brooklyn's policy of pro se litigants access to the Law Library. To meet this policy, this Honorable Court will have to send notification that Plaintiff is a pro se litigant engaged in pending litigation. Furthermore, if possible, Plaintiff seek an additional order to help retrieve legal paperwork, for the FBOP officials here have not given an updated status of

when legal property will be availble for Plaintiff. This order would assure Plaintiff of the retrival of legal property, plus allow Plaintiff to effectively present his continuial petitions for claims of relief in Civil Action. 06-0562. Plaintiff humbly submitt this motion, in the effort of justice and prays that this Honorable Court will grant the necessary order to insure Plaintiff rights that could possible be affected negatively due to this situation. In conclusion, Plaintiff humbly request that this Honorable Court provide a copy of this motion to the Defendant. Thank You!

Date: May 25, 2007        Gratefully Submitted.
                          Shanell James,
                          Shanell James   Pro Se
                          Register No. 69829-004
                          Metropolitan Detention Center - Brooklyn
                          80 - 29th Street
                          Brooklyn, New York 11232