UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Shanell James,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Civ. Act. No. 06-0562 (RMC) |
| | ) |
| v. | ) |
| | ) |
| **Department of Homeland Security,** | ) |
| | ) |
| **Defendant.** | ) |

## MOTION FOR LEAVE TO FILE PROPOSED SCHEDULING ORDER

Now comes the Defendant, United States Customs and Border Protection (CBP), a component of the United States Department of Homeland Security, requesting leave to file its proposed scheduling order governing how this case will proceed. Said proposed scheduling order was not filed on June 4, 2007, due to the press of business, which included:

- trial in Simpson v. Leavitt, Civ. Act. No. 03-1123 (PLF), on June 4, 2007;
- filing motion to dismiss in Bobby Washington v. U.S. Postal Service, in Civ. Act. No. 06-0562 (RMC) on June 14, 2007; and
- filing Opposition in In Re Apollo, Civ. Act. No. 06-MC-0558 (CKK) on June 15, 2007

Defendant is now requesting leave to file the attached proposed scheduling order. Plaintiff has brought this action pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552, as amended, and the Privacy Act, 5 U.S.C. § 552(a), requesting the disclosure of all records pertaining to him held by the U.S. Customs and Border Protection in the Southern District of Florida. CBP moved for summary judgment on the ground that it has fully complied with its obligations under FOIA. On February 23, 2007, this Court entered a Memorandum Opinion and

Order denying the Defendant's Motion for Summary Judgment without prejudice on the grounds that without more than a perfunctory description of its database the Court could not determine whether the one database searched was the exclusive source of potentially responsive material. On May 21, 2007, the Court denied the Plaintiff's Motion for a Writ of Mandamus and ordered the parties to submit a proposed scheduling order on or before June 4, 2007.

Defendant proposes to file a Motion for Summary Judgment addressing the search issue no later than July 30, 2007. Said motion will address all issues in this case.

Respectfully submitted,

/s/
_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 171538
Assistant United States Attorney

                                                /s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530
(202) 305-1334

## **CERTIFICATE OF SERVICE**

I certify that a copy of Defendant's Motion for leave to file Proposed Scheduling Order and Proposed Order has been mailed, first class, postage prepaid, to Plaintiff at the following address:

Shanell James
Register No. 69829-004
Metropolitan Detention Center - Brooklyn
80 - 29th Street
Brooklyn, New York 11232

on this 18th day of June, 2007

                                                                                       _____
                                                                                       Heather Graham-Oliver
                                                                                       Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Shanell James,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Civ. Act. No. 06-0562 (RMC) |
| | ) |
| v. | ) |
| | ) |
| **U.S. Customs and Border Protection,** | ) |
| | ) |
| **Defendant.** | ) |

## PROPOSED SCHEDULING ORDER

It is hereby ordered that the defendant shall have until July 30, 2007, to file its Motion for Summary Judgment (Motion). Thereafter, the plaintiff shall file his Opposition on or before August 30, 2007, and the defendant shall file its Reply on or before September 10, 2007.

SO ORDERED.

_____
THE HONORABLE ROSEMARY M. COLLYER
United States District Court Judge