UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

|  |  |  |
|---|---|---|
| SHANELL JAMES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 06-562 (RMC) |
| v. | ) | |
| | ) | |
| UNITED STATES CUSTOMS AND | ) | |
| BORDER PROTECTION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

Plaintiff brings this *pro se* action pursuant to the Freedom of Information Act, 5 U.S.C.

§ 552. The Court ordered the parties to file a proposed briefing schedule for dispositive motions.

Plaintiff has filed for extension of time and Defendant has submitted a proposed schedule. Plaintiff

does not need an extension of time at this point in the litigation because it is the Defendant who has

the obligation to first file a dispositive motion. Accordingly, it is

**ORDERED** that Plaintiff's motion to seek extension of time to file proposed briefing

schedule for dispositive motions [Dkt. # 46] is **DENIED**. It is

**FURTHER ORDERED** that Defendant's motion for leave to file proposed scheduling order

[Dkt. # 48] is **GRANTED**. It is

**FURTHER ORDERED** that Defendant's dispositive motion must be filed by July 30,

2007; Plaintiff's opposition must be filed by September 15, 2007; and Defendant must file its

-1-

reply by September 29, 2007.

**SO ORDERED.**

_____
/s/
ROSEMARY M. COLLYER
United States District Court

DATE: June 21, 2007