UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Shanell James,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) Civ. Act. No. 06-0562 (RMC) |
| | ) |
|     v. | ) |
| | ) |
| **Department of Homeland Security,** | ) |
| | ) |
|     **Defendant.** | ) |

**MOTION FOR ONE DAY EXTENSION OF TIME
TO FILE MOTION FOR SUMMARY JUDGMENT**

    Now comes the Defendant, United States Customs and Border Protection (CBP), a component of the United States Department of Homeland Security, requesting pursuant to Fed. R. Civ. P. 6, an enlargement of time within which to file its Motion for Summary Judgment, until Tuesday, July 31, 2007.  The Motion is now due on Monday, July 30, 2007.  Plaintiff has brought this action pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552, as amended, and the Privacy Act, 5 U.S.C. § 552(a), requesting the disclosure of all records pertaining to him held by the U.S. Customs and Border Protection in the Southern District of Florida.  Grant of this motion will not require the rescheduling of any other due dates in this action.  Because plaintiff is incarcerated, and proceeding *pro se*, Local Rule 7(m) does not apply to this motion, and defendant has not obtained his position as to the relief requested.  See Local Civil Rule 7(m).

    Counsel is requesting this additional time primarily due to her pressing litigation schedule.  In addition to the filings completed recently, [Reply Memorandum in <u>Orlov v.</u>

Howard, et al., Civ. Act. No. 07-0350 (JDB)(July 18, 2007); Reply in Cook v. Billingon, Civ. Act. No. 06-1734 (HHK) (July 24, 2007); Opposition in In re Apollo, Civ. Act. No. 06-0558 (CKK), (July 24, 2007), Motion for Summary Judgment in Roseboro v. Billington, Civ. No. 06-0602 (TFH) (July 26, 2007)], counsel has been finishing a motion for summary judgment in Daniels v. Bruce James, Public Printer, Civ. Act. No. 05-2455 (GK) which is due on July 30, 2007, the same date that the instant motion is due. Counsel has been unable to complete both motions and is forced to ask for the additional time in which to file the motion in this matter. Counsel does not anticipate any further enlargements.

This motion is not for purposes of delay but for good cause shown and no prejudice results to any party.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


/s/
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW - Civil Division
Rm. 4-4808
Washington, D.C. 20530
(202) 305-1334

Attorneys for Defendant

## CERTIFICATE OF SERVICE

      I certify that a copy of Defendant's Motion for Extension of Time has been mailed, first class, postage prepaid, to Plaintiff at the following address:

Shanell James  
Register No. 69829-004  
Metropolitan Detention Center - Brooklyn  
80 - 29th Street  
Brooklyn, New York 11232

on this 30th day of July, 2007

                                                              _____  
                                                              Heather Graham-Oliver  
                                                              Assistant United States Attorney