UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Shanell James,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Civ. Act. No. 06-0562 (RMC) |
| | ) |
| v. | ) |
| | ) |
| **Department of Homeland Security,** | ) |
| | ) |
| **Defendant.** | ) |

**MOTION FOR A FURTHER EXTENSION OF TIME
TO FILE MOTION FOR SUMMARY JUDGMENT**

Now comes the Defendant, United States Customs and Border Protection (CBP), a component of the United States Department of Homeland Security, requesting pursuant to Fed. R. Civ. P. 6, an enlargement of time within which to file its Motion for Summary Judgment, until Tuesday, August 14, 2007. The Motion is now due on Tuesday, July 31, 2007. Plaintiff has brought this action pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552, as amended, and the Privacy Act, 5 U.S.C. § 552(a), requesting the disclosure of all records pertaining to him held by the U.S. Customs and Border Protection in the Southern District of Florida. Grant of this motion will not require the rescheduling of any other due dates in this action. Because plaintiff is incarcerated, and proceeding *pro se*, Local Rule 7(m) does not apply to this motion, and defendant has not obtained his position as to the relief requested. See Local Civil Rule 7(m).

Counsel is requesting this additional time due to summer scheduling conflicts. Due to the nature of the filing, counsel is required to supplement the declaration of Dorothy Pullo.

Counsel was unaware until today's date that Ms. Pullo is on holiday leave and will not be returning to the office until Friday, August 10, 2007. Consequently, counsel is requesting a further leave until August 14, 2007 to file the motion for summary judgment. This motion is not for purposes of delay but for good cause shown and no prejudice results to any party. No further requests for extensions are anticipated.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW - Civil Division
Rm. 4-4808
Washington, D.C. 20530
(202) 305-1334

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

      I certify that a copy of Defendant's Motion for Extension of Time has been mailed, first class, postage prepaid, to Plaintiff at the following address:

Shanell James  
Register No. 69829-004  
Metropolitan Detention Center - Brooklyn  
P.O. Box 329002  
80 - 29th Street  
Brooklyn, New York 11232

on this 31th day of July, 2007

                                                                _____  
                                                                Heather Graham-Oliver  
                                                                Assistant United States Attorney