UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Shanell James,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Civ. Act. No. 06-0562 (RMC) |
| | ) |
| v. | ) |
| | ) |
| **Department of Homeland Security,** | ) |
| | ) |
| **Defendant.** | ) |

## PROPOSED ORDER

UPON CONSIDERATION of Defendant's Motion for an Enlargement of Time To file its' Motion for Summary Judgment up to August 14, 2007, and the entire record herein, it is this ____ day of _____, 2007, hereby

ORDERED, that Defendant's motion is GRANTED.

_____
**UNITED STATES DISTRICT JUDGE**