UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Shanell James
        Plaintiff

-against-                          Civil action No.
                                   06-0562 (RMC)

U.S. CUSTOMS & BORDER PROTECTION
        Defendant

MOTION OF EXTENSION OF TIME TO FILE
OPPOSITION'S MOTION FOR SUMMARY JUDGMENT

**N O W   C O M E S**, Plaintiff Shanell James, requesting pursuant to Federal rule of civil procedure 6, for an enlargement of time (60 days) which to file his opposition to Defendant's Motion for Summary Judgment until November 15, 2007. The Motion is now due on Wednesday, September 15, 2007. Plaintiff now avers the following to support this request.

1) Plaintiff is requesting this additional time primarily because he is without legal property, which includes:

   a) Documents that are associated with Civil Action, and could possibly be submitted as evidence.

   b) Court records relating to Civil Action No. **06-0562**.

   c) Prepared Motion(s), specifically "Interrogotories","Amending Complaint", and "Subpeona Duces Tecum".

   d) Researched notes, cited case law, and etc.

2) Plaintiff was tranfered on April 20, 2007, via "Writ" issued by the U.S. District Court for the Eastern District of New

-1-

RECEIVED
AUG 2 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

York. Since his committance to the Metropolitan Detention Center (MDC)-Brooklyn he has petitioned prison officials to provide his legal property. To date (almost 4 months has elapsed) it has not been provided. (see "Motion for Writ of Mandamus" attached here with).

In conclusion, Plaintiff prays that this Honorable Court grants this Motion. For it shows good cause, and does not prejudice any party.

                                       Respectfully Submitted,
                                       *Shanell James*
                                       Shanell James, #69829-004
                                       MDC (Brooklyn)
                                       80-29th Street
                                       Brooklyn, NY 11232

CC
   Filed

