UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Shanell James<br>          Plaintiff | |
| -against- | Civil Action No.<br>06-0562 (RMC) |
| U.S. CUSTOMS & BORDER PROTECTION<br>          Defendant | |

## MOTION FOR "WRIT OF MANDUMUS"

**N O W  C O M E S**, Plaintiff shanell James, and moves this Honorable Court pursuant to rule 28 of the Federal Rules of Civil Procedure, for "Writ of Mandamus". In support hereof, Plaintiff avers and shows;

### FACTUAL BACKGROUND

1) On Friday, April 20, 2007, plaintiff was transfered from (housing facility) FCI-Mckean, Bradford, P.A., via "Writ" issued by the U.S. District Court for the Eastern District of New york. During the process before transfered Plaintiff told E. Ruiz, Inmate system Officer (FCI-Mckean) that he had pending litigation in which he was a Pro se litigant and needed his legal property. Ruiz told Plaintiff that "the bus is waiting, and there's no time to get your property. When you get to MDC-Brooklyn. Have someone email me, and I'll send it in the mail."

2) Upon Plaintiff's arrival at MDC-Brooklyn April 24, 2007. Plaintiff explained his woes to correctional counselor B. Sommer-

-1-

RECEIVED
AUG 2 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

vill of Housing Unit K-83. Who contacted E. Ruiz and other staff at FCI-Mckean requesting Plaintiff's legal proeprty (see enclosed copies of Administrative remedy which details Plaintiff various request for his property.

3) In may/2007, Plaintiff wrote this Honorable Court and requested an extension of time to file proposed briefing schedule for dispositive motions. In this letter Plaintiff advise this Honorable Court that he was without his needed legal property, and requested an court Order (DKT.#46) for Bureau of prisons Officals to locate and provide his claims for relief associated with Civil Action No. **06-0562 (RMC).**

4) Plaintiff now moves for "Writ of Mandamus" on the grounds that 1) he has a right to relief. For Plaintiff is a Pro se litigant who is in litigantion before this Honorable court. 2) Bureau of Prisons staff has a clear duty to act and provide Plaintiff legal property. Pursuant to 28 code of Federal Regulations, part 553.14. 3) plaintiff is without adequate remedy. Although the Bureau of Prisons allows that an inmate may utilized the "Administrative Remedy" process also pursuant to 28 CFR, part 542. Plaintiff has soughted to have his issues denied. (see enclose copies of Administrative remedy BP-9 (Sensitive).

5) In addition, Plaintiff believes he is without remedy because the Administrative Remedy Process is a lengthy process. Plaintiff cannot adequately seek relief via this Rememdy because he is currently engaged in the pending litigantion before this Honorable

Court in which the Court has Ordered deadlines. He is without his needed legal material is to effectively petition his various claims for relief in Civil Action No. **06-0562.**

6) this honorable Court has explained that a "Writ of Mandamus" is an extraordinary remedy to be utilized only under exceptional circumstances. Furthermore the Plaintiff is aware that he bears a heavy burden of showing taht his right to writ of mandamus is "clear and indisputable." **Chaplaincy of Full Gospel Church v. Johnson,** 276 F.Supp 2d. 82-84 (D.D.C 2003).

Wherefore, In conclusion Plaintiff believes he is without remedy. He prays that he has demostrated his need for "mandamus" relief. If this Honorable Court agrees, Plaintiff humbly and respectfully request Court Order, ordering, Bureau of Prisons Official at FCI-Mckean to provide Plaintiff's legal property so that he can effectively pursue his claims for relief before this Honorable Court. This request is in the pursuant of Justice, and is not frivilous.

8/27/07

Gratefully Submitted,

Shanell James
Shanell James #69829-004
MDC (Brooklyn)
80-29th Street
brooklyn, NY 11232

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

REQUEST FOR ADMINISTRATIVE REMEDY

*Resubmitted to Warden on 7/20/07 via D. Williams* ISM

Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.

From: **James, Shanell, A.**   **69829-004**   **K-83**   **MDC-Brooklyn**
      LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

**Part A- INMATE REQUEST**   Resubmission pursuant 28 CFR 542.14 (d)(1)

I resubmit this Request to Warden of MDC-Brooklyn, in which I request legal property. That I was not allowed to transfer with or sent to MDC-Brooklyn. This happened April 20, 2007 while being transfered on "Writ" from FCI McKean. See attached (BP-9) photo copy to Regional office. Please be advised that I have pending litigation in which I'm a Pro Se litigant in U.S. District court for the District of Columbia presiding under the Honorable District Judge Rosemary M. Collyer in Civil Action 06-0562 (See attached copies of various submitted materials)

_____   _Shanell James_
DATE                      SIGNATURE OF REQUESTER

**Part B- RESPONSE**

_____   _____
DATE                      WARDEN OR REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                                    CASE NUMBER: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                                                              CASE NUMBER: _____
**Part C- RECEIPT**

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL

SUBJECT: _____

_____   _____   _____
REG. NO.          UNIT              INSTITUTION

DATE

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JULY 6, 2007

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTHEAST REGIONAL OFFICE

TO  : SHANELL ANTOINE JAMES, 69829-004
      BROOKLYN MDC    UNT: K    QTR: K06-827L
      P.O. BOX 329001
      BROOKLYN, NY 11232


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID         : 458402-R1       REGIONAL APPEAL
DATE RECEIVED     : JULY 2, 2007
SUBJECT 1         : PERSONAL PROPERTY - INCL. CONFISCATION OR DESTRUCTION
SUBJECT 2         : PERSONAL LEGAL MATERIALS AND LAW BOOKS
INCIDENT RPT NO:

REJECT REASON 1:  YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE
                  WRONG LEVEL. YOU SHOULD HAVE FILED AT THE
                  INSTITUTION, REGIONAL OFFICE, OR CENTRAL
                  OFFICE LEVEL.

REJECT REASON 2:  THE ISSUE YOU RAISED IS NOT SENSITIVE. HOWEVER,
                  WE RETAINED YOUR REQUEST/APPEAL ACCORDING TO
                  POLICY. YOU SHOULD FILE A REQUEST OR APPEAL AT
                  THE APPROPRIATE LEVEL VIA REGULAR PROCEDURES.

REMARKS           : THIS ISSUE MUST FIRST BE ADDRESSED BY THE WARDEN.

UNICOR FEDERAL PRISON INDUSTRIES, INC.
LEAVENWORTH, KANSAS

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

REQUEST FOR ADMINISTRATIVE REMEDY
"Sensitive"

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **James, Shanell, A**          **69829-004**   **K-83**   **MDC-Brooklyn**
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.         UNIT      INSTITUTION

1) Part A— INMATE REQUEST

On April 20, 2007, I inmate Shanell James 69829-004 was escorted to FCI-McKean's R&D area, here I was told that I was being transfered on Federal "writ" issued by the U.S. District Court for the Eastern District of New York. During the pre-paration (stripping and dressing out), I asked Inmate Systems Officer E.Ruiz for my legal paperwork. This request was because I have pending litigation, in which I'm a Pro Se litigant. Mr. Ruiz told me that there was no time to get it, or any time to pack and logged my personal property. He then told me to have staff at MDC Brooklyn contact him via email, and he would send it.

6/28/07 — (See attached sheet)   Shanell James
DATE                               SIGNATURE OF REQUESTER

Part B— RESPONSE

_____
DATE                                              _____
                                                  WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                        CASE NUMBER: _____

Part C— RECEIPT                                   CASE NUMBER: _____

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____    _____
DATE                 RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)

2) Upon my arrival and committance (April 24, 2007) to MDC-Brooklyn, Housing Unit K-83. I explained the issue to Correctional Counselor B. Somerville, who sent an email to McKean's R&D office (May 8th-10th) requesting that the legal property be mailed. In addition, Mr. Somerville also telephoned FCI-McKean several times trying to remedy the situation.

3) On May 16, 2007, Mr. Somerville checked the status of submitted email, it was then he learned that e-mail was opened and recieved on May 14th. Mr. Sommerville then told me to give FCI-McKean staff some time to locate and mail the requested legal property.

4) On May 25, 2007, After speaking again to Counselor Somerville, I was told that he called MDC-Brooklyn's Property Officer Ford, to find out if the legal property was recieved by MDC. He was told that "No" property was recieved. On the same day I recieved a letter from U.S. District Court for the District of Columbia, which ordered that I submitt a motion for briefing schedule for dispositive motion by June 4, 2007, (see enclosed photocopy of Notice of Electronic filing which documents the order).

This deadline could not be met, because I didn't possess my legal paperwork. This paperwork contains legal notes, cited case law, and various other documents needed to petition the Court in regards to the pending litigation.

5) During the week of May 28th, I spoke with Counselor Ulrich, who was covering for Somerville who was on vacation. Mr. Ulrich telephoned FCI McKean, and again requested the legal property to be sent. He explained that I had an "imminent Court deadline", and that the legal paperwork was necessary to continue to purse claims for relief. He was told that the property (whole) would be sent, and logged on the next business day.

6) On June 1, 2007, Mr. Ulrich placed a follow up call to confirm that the request property was mailed. He was then told that the property was sent on May 31st via U.S. Postal Service. The following week I recieved a parcel envelope which contained a few legal letters correspondence from District Court. These letters were on my person when processed

for "Writ", and transfer.

7) During the first week of June, I expressed to Counselor Somerville that I was not in receipt of the requested legal property. Mr. Somerville phoned both R&D facilities at FCI McKean/MDC-Brooklyn in an effort to locate the mailed property. He was unsuccessful in locating it.

8) On June 14, I detailed the entire course of events to Unit Manager S.A. Stancil and Case Manager E. Garcia to seek some sort of intervention to pursue the legal property necessary to pursue my legal remedies. I also requested that a letter be provided to me, so that I might explain to the Court that I'm not at fault for being "un-timely." This request was denied. To this date, I have not recieve an indication regarding the whereabouts of my legal property, and when I will have it in my possession.

9) In conclusion, I file this Administrative Remedy (BP-9 sensitive) to the Regional Director, because I sought informal resolution for 7-8 weeks now in trying to have my legal property sent to me.

This is essential to my petitions to the Court for relief associated with my Federal Criminal Conviction. It is my belief also that Staff at FCI McKean have err in not having my personal property (in which legal property is contained) logged and packed for safe keeping. In addition, I should have been allowed to have had my legal property transfered to MDC-Brooklyn. I fear now that my repeated attempts to have my property located is fustrating the Staff here at MDC-Brooklyn, to which I'm currently ignored.

10) I ask for the Regional Director assistance in the retrieval of legal property, and some form of documentation that I might submitt to the Court outlining that any tardiness was not a result of my doing. I believe the "Sensitive" basis of this complaint meets the "Sensitive nature" in having it address on a Regional level instead of Institutional level.

Date: 6/28/07

Respectfully and Humbly Submitted

Shanell James

PROSE-PR, TYPE-I

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:06-cv-00562-RMC
## Internal Use Only

| | |
|---|---|
| JAMES v. UNITED STATES CUSTOMS AND BORDER PROTECTION<br>Assigned to: Judge Rosemary M. Collyer<br>Cause: 05:552 Freedom of Information Act | Date Filed: 03/24/2006<br>Jury Demand: None<br>Nature of Suit: 550 Prisoner: Civil Rights<br>Jurisdiction: U.S. Government Defendant |

**Plaintiff**

SHANELL JAMES            represented by    SHANELL JAMES
R69829-004
MCKEAN FEDERAL
CORRECTIONAL
INSTITUTION
P.O. Box 8000
Bradford, PA 16701
PRO SE

V.

**Defendant**

UNITED STATES CUSTOMS AND BORDER PROTECTION    represented by 

Subject:Activity in Case 1:06-cv-00562-RMC JAMES v. UNITED STATES CUSTOMS

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## District of Columbia

**Notice of Electronic Filing**

The following transaction was entered on 5/4/2007 at 5:41 PM and filed on 5/4/2007

**Case Name:** JAMES v. UNITED STATES CUSTOMS AND BORDER PROTECTION

**Case Number:** <u>1:06-cv-562</u>

**Filer:**

**Document Number:** No document attached

**Docket Text:**
MINUTE ENTRY ORDER. The parties are ordered to file a proposed briefing schedule for dispositive motions no later than June 4, 2007. Signed by Judge Rosemary M. Collyer on 5/4/2007. (ses)

**1:06-cv-562 Notice has been electronically mailed to:**

**1:06-cv-562 Notice will be delivered by other means to::**

SHANELL JAMES
R69829-004
MCKEAN FEDERAL CORRECTIONAL INSTITUTION
P.O. Box 8000
Bradford, PA 16701

United States District Court
for The District of Columbia

Shanell James,
    Plaintiff

against

Civil Action No.
06-0562

U.S. Customs and Border Protection
                              Defendant

Motion for Requesting Extension
of Time to file Opposition's Motion
for Summary Judgement

Now comes Plaintiff Shanell James, requesting pursuant to Rule 6, of Federal Rules of Civil Procedure, for an enlargement of time (60 days) which to file his opposition to Defendant's Motion for Summary Judgement until November 15, 2007. The motion is now due on Wednesday, September 15, 2007. Plaintiff now avers the following to support this request.

1) Plaintiff is requesting this additional time primarily because he is without

(1)

his legal property, which includes:

a) documents that are associated with Civil Action, and could possibly be submitted as evidence.

b) Court records relating to Civil Action No. 06-0562 (RMC)

c) Prepared Motion(s), specifically "Interrogatories", "Amending Complaint", and "Subpeona Duces Tecum"

d) Researched notes, cited case law, and etc.

2) Plaintiff was transferred from Federal Correctional Institution-McKean, Bradford, PA, on April 20, 2007 to Metropolitan Detention Center (MDC)-Brooklyn, N.Y. This was via "Writ" issued by the U.S. District Court for the Eastern District of New York.

3) Since his committance to MDC-Brooklyn on April 24, 2007. Plaintiff has petitioned prison officials to provide his legal property. To date 4 months has elapsed, it has not been provided. See enclosed "Motion for Writ of Mandamus", with supporting documents

(2)

regarding his claims for legal property.

4) Plaintiff request this extension of time to have his legal property provided via "Writ of Mandamus", and to research his Oppositional claim with the needed legal property to effectively express his position to this Honorable Court.

In Conclusion, plaintiff prays that this Honorable Court grants this Motion for it shows good cause, and does not prejudiced any party.

Date 8/27/07

Respectfully Submitted,

Shanell James

Shanell James
Register No. 69829-004
Metropolitan Detention Center - Brooklyn
80 - 29th Street
Brooklyn, New York 11232

(3)

## Certificate of Service

I Shanell James, Plaintiff, certify that copies of "Motion for Requesting Extension of Time..." and "Motion for Writ of Mandamus", was mailed at Metropolitan Detention Center - Brooklyn's mailroom on 8/23/07 with first-class postage, prepaid, and affixed. It was addressed to Defendant at:

Heather Graham-Oliver
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW - Civil Division
Rm. 4-4808
Washington, D.C. 20530

Shanell James
Shanell James
Plaintiff / Pro Se litigant