Civil Action No
06-0562 (RMC)

Attached Documents In
Support of Plaintiff's Opposition
to Defendant's Motion for Summary
Judgement

LAW OFFICES

# KENNETH J. KUKEC

PROFESSIONAL ASSOCIATION
One Biscayne Tower, Twenty-Sixth Floor
Two South Biscayne Boulevard
Miami, Florida 33131-1802

Telephone 305/358-2000
Facsimile 305/358-1233
E-Mail kukec@bellsouth.net

September 16, 2003

Mr. Shannell A. James
Reg. No. 69829-004
FDC-Miami
P.O. Box 019118
Miami, FL 33101-9118

**Re: U.S. v. James el al., 03-20452-583-CR-Ungaro-Benages**

Dear Mr. James:

Pursuant to your request at our conference at FDC-Miami on September 9, 2003., enclosed is a copy of the lab report provided by the prosecution in discovery.

It was a pleasure meeting with you. Please feel free to call or write if you have any questions or would like to discuss any matter concerning your case.

Very truly yours,

KENNETH J. KUKEC

kjk:dt
enclosure

Read Instructions on Reverse
before completing

U.S. Department of Justice
Drug Enforcement Administration

**REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED**

| 1. HOW OBTAINED (Check) | | 2a. FILE NO. | 2b. PROGRAM CODE | 3. G-DEP ID |
|---|---|---|---|---|
| ☐ Lab. Seizure ☐ Purchase ☒ Seizure ☐ Free Sample ☐ Money Flashed ☐ Compliance Sample (Non-Criminal) ☒ Internal Body Carry ☐ Other (Specify) | | MI13HE03MI0294 | 334 | |

| 4a. WHERE OBTAINED (City, State/Country) | 4b. DATE OBTAINED | 5. FILE TITLE |
|---|---|---|
| Miami, Florida (MIA) | 05/28/03 | Shanell Antoine JAMES |

| 6a. REFERRING AGENCY (Name) | 6b. REFERRAL | 7. DATE PREPARED | 8. GROUP NO. |
|---|---|---|---|
| U.S. CUSTOMS SERVICE | ☐ Case No. OR ☒ Seizure No. 2003S20600070201 | 05/28/03 | Airport Narcotics Group 7 |

| 9. Exhibit No. | 10. FDIN (18 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | APPROX. GROSS QUANTITY | | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| | | | | 13. Seized | 14. Submitted | |
| 1 | | Heroin | Pellets STC Heroin | 2.38 lbs | 1082.3 g | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG?   ☒ NO (included above)   ☐ YES (if Yes, enter exhibit no. and describe original container fully)

REMARKS:

On 05/25/02, Shanell Antoine JAMES entered the U.S. via Miami International Airport aboard American Airlines flight #1880 from Curacao. JAMES was subsequently arrested for attempting to smuggle approximately 2.38 lbs. of heroin, as an internal courier, into the United States.

NOTE: Case Agent is Chinelle MEDINA

| 17. SUBMITTED BY SPECIAL AGENT (Signature) | 18. APPROVED BY (Signature & Title) |
|---|---|
| S/A Chinelle Medina *Chinelle Medina* | G/S Thomas Chafey |

**LABORATORY EVIDENCE RECEIPT REPORT**

| 19. NO. PACKAGES | 20. RECEIVED FROM (Signature & Date) | 21. Print or Type NAME and TITLE |
|---|---|---|
| 1 Bag | *signature* 05/29/03 | Hal Bradley S/A ICE #34624 |
| 22. SEAL ☐ Broken ☒ Unbroken | 23. RECEIVED BY (Signature & Date) *signature* 5-29-3 | 24. Print or Type NAME and TITLE |

**LABORATORY REPORT**

25. ANALYSIS SUMMARY AND REMARKS

136387

| 26. Exhibit No. | 27. Lab No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | CONCENTRATION | | | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| | | | 29. Strength | 30. Measure | 31. Unit | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| 34. ANALYST (Signature) | 35. TITLE | 36. DATE COMPLETED |
|---|---|---|
| | | |

| 37. APPROVED BY (Signature & Date) | 38. TITLE | 39. LAB. LOCATION |
|---|---|---|
| | | 00026 |

DEA Form
(Sept. 1995) - 7

Previous edition dated 4/90 may be used until stock is exhausted.

1 - Prosecution

Read Instructions on Reverse before completing

**U.S. Department of Justice**
**Drug Enforcement Administration**

584869

## REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED

**1. HOW OBTAINED (Check)**

| | | | |
|---|---|---|---|
| ☐ Lab. Seizure | ☐ Purchase | ☒ Seizure | ☐ Free Sample |
| ☐ Money Flashed | ☐ Compliance Sample (Non-Criminal) | | |
| ☒ Body Carry | ☐ Other (Specify) | | |

| 2a. FILE NO. | 2b. PROGRAM CODE | 2. G-DEP ID |
|---|---|---|
| MI13HE03MI0294 | 334 | |

**4a. WHERE OBTAINED (City, State/Country)**
Miami, Florida (MIA)

**4b. DATE OBTAINED**
05/28/03

**5. FILE TITLE**
Shanell Antoine JAMES

**6a. REFERRING AGENCY (Name)**
U.S. CUSTOMS SERVICE

**6b. REFERRAL**
☐ Case No. OR ☒ Seizure No.
2003520600070201

**7. DATE PREPARED**
05/28/03

**8. GROUP NO.**
Airport Narcotics Group

| 9. Exhibit No. | 10. FDIN (1A characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | 13. APPROX. GROSS QUANTITY Seized | 14. Submitted | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| 1 | | Heroin | Pellets STC Heroin | 2.38 lbs | 1082.3 g | |

**16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG?**   ☒ NO (included above)   ☐ YES (If Yes, enter exhibit no. and description of original container fully)

**REMARKS:**

On 05/25/02, Shanell Antoine JAMES entered the U.S. via Miami International Airport aboard American Airlines flight #1830 from Curacao. JAMES was subsequently arrested for attempting to smuggle approximately 2.38 lbs. of heroin, as an internal courier, into the United States.

NOTE: Case Agent is Chinelle MEDINA

**17. SUBMITTED BY SPECIAL AGENT (Signature)**
S/A Chinelle Medina *Chinelle Medina*

**18. APPROVED BY (Signature & Title)**
G/S Thomas Chafey

### LABORATORY EVIDENCE RECEIPT REPORT

| 19. NO. PACKAGES | 20. RECEIVED FROM (Signature & Date) | 21. Print or Type NAME and Title |
|---|---|---|
| 1 | *signature* 05/29/03 | *Mal Bradley* S/A 34624 |
| 22. SEAL ☐ Broken ☒ Unbroken | 23. RECEIVED BY (Signature & Date) *signature* 5-27-03 | 24. Print or Type NAME and Title *G.M. Lee* |

### LABORATORY REPORT

**25. ANALYSIS SUMMARY AND REMARKS**
Exhibit 1 contains heroin hydrochloride and caffeine
Gross wt: 1.084kg   Net wt: 753.1g
1 gram removed for special studies

136387

JC 6/23/03

| 26. Exhibit No. | 27. Lab No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | 29. Strength | 30. Measure | 31. Unit | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| 1 | 136387 | heroin hydrochloride | 87 | 7 | | 655.2 g | 749. g |

**34. ANALYST (Signature)**
Walter Rodriguez *Walter Rodriguez* 6-23-03
**35. TITLE**
Forensic Chemist
**36. DATE COMPLETED**
6/19/03

**37. APPROVED BY (Signature & Date)**
*William W. Beezley* 6/23/2003
**38. TITLE**
Laboratory Director
**39. LAB. LOCATION**
Miami, Florida

DEA Form - 7
(Sept. 1986)

Previous edition dated 4/90 may be used until stock is exhausted.

1 - Prosecution

**No.** 1981515

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

CIS Handbook No. HB 5200-09

# CUSTODY RECEIPT FOR RETAINED OR SEIZED PROPERTY

| 1. PORT | 2. SEIZURE NO. | 3. GENERAL ORDER NO. | 4. OTHER CONTROL NO. | 5. DATE RET/SEIZED |
|---|---|---|---|---|
| 5206 | 2003SA00074l301 | 20035206 0007020l | | 5/25/03 |

b2

| 6. RETAINING/SEIZING OFFICER | 7. TELEPHONE NO. | 8. NAME & TYPE OF CARRIER | | TIME OF DAY 2:300 |
|---|---|---|---|---|
| + b7C b6 | | | | |

| 9. NAME & ADDRESS OF OWNER/CARRIER/CONSIGNEE | 10. EIN/IRS NO. | 11. NO. OF PKGS. | 12. APPROX. WGT. |
|---|---|---|---|
| Shanell A. James 117 Pleasant Ridge Trenton, NJ 08611 | | 1 | |

| 13. ENTRY NO. (WHB, IT, TE, OTHER (DESCRIBE) | 14. SEAL OR OTHER ID NOS. (Bag, Tag, B/L, AWG) |
|---|---|
| CF6059B | Bag# 077572 |

15. IDENTIFYING MARKS PLACED ON SEIZURE

| 16. SECTION OF LAW VIOLATED OR REASON FOR RETENTION | 17. IS PROPERTY TO BE HELD AS EVIDENCE? 1. YES—Give Line Item No(s). 2. NO [2] | 18. REMARKS (INCL. RECOMMENDED TYPE STORAGE, IF APPLICABLE) Reference 6051 # 2296661 |
|---|---|---|

| 19. PORT DIRECTOR'S ADDRESS |
|---|
| U.S. Customs P.O. Box 997430 Miami, FL 33299-7950 |

## 20. PROPERTY (By Line Item) Attach CF 58 if conveyance.

| a LINE ITEM NO. | b DESCRIPTION | c CONDITION | d TYPE OF CONTAINER | e U/M | f QTY | g APPRAISED DOMESTIC VALUE | h HELD BY PORT |
|---|---|---|---|---|---|---|---|
| 1 | Pellets "STC" Heroin | | | | | | |
| | 7/15/03 Rec'd one SB# 077572 STB HEROIN. Line 1. Tew: 2.65 LBS    b2 | | | | | | |

## 21. ACCEPTANCE/CHAIN OF CUSTODY

| a DATE | b BY - INDIVIDUAL, TITLE, ORGANIZATION | c ITEM(S) | d NO. OF UNITS | e SIGNATURE |
|---|---|---|---|---|
| 7/15/03 | Signature of Customs Officer    ICE | 1 | 1 BAG | b7C b6 |
| 7/15/03 | SPS    b7C b6 | 1 | 1 BAG | |

| 22. NOTICE OF ABANDONMENT AND ASSENT TO FORFEITURE | I hereby abandon all claim to the above-described articles, line item(s) _____ , and waive any further rights or proceedings relative to these articles, other than my right to file a petition for administrative relief. | | |
|---|---|---|---|
| | a. Signature of Importer | b. Date | c. Witness (Customs Officer) | d. Date |

COPIES:  OWNER/CARRIER/CONSIGNEE/VIOLATOR;  RETAINING/SEIZING OFFICER;  FP&F OFFICER;  TRANSPORTATION; OTHER TRANSFERS OF CUSTODY

For Additional Items Use CF 6051A.

Customs Form 6051 (120795)

# U.S. CUSTOMS SERVICE

NO. 2296661

| 1. FPF No. |
|---|

`2 0 0 3 5 2 0 6 C 0 0 7 0 2 - 0 1`

2. Incident No.

`2 0 0 3 5 A 0 0 0 7 4 1 3 0 1`

3. Investigative Case No.

`N I 1 2 H E 0 5 M I U 2 9 4`

## CUSTODY RECEIPT
### FOR
## SEIZED PROPERTY
### AND
## EVIDENCE

Handbook 5200-09

| 4. Prior Detention? Yes ☐ No ☑ If yes, CF 6051D No._____ | 5. Date Seized (mm/dd/yyyy) 05/25/2003 | 6. Time Seized (Use 24 Hrs) 2300 | 7. FDIN/Misc. |
|---|---|---|---|

| 8. Seized From: Name: SHANELL A. JAMES  Address: 117 PLEASANT RIDGE  TRENTON, NJ 08611  Telephone No. (  )  Ext: | 9. Entry No. CF 6059 3 | 10. Seal or Other ID Nos. |
|---|---|---|
| | 11. Remarks: S/A Medina  TOT: | |

12. Send Correspondence to: U.S. CUSTOMS P.O. BOX 997930. miami, FL. 33299-7930

### 13. PROPERTY (By Line Item) Attach CF 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | c. Packages Type | d. Measurements Qty. | d. Measurements UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 1 | Pellets "STC" " HEROIN " | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 14. Seizing Officer ████/J #35388 | | 05/25/2003 |
|---|---|---|
| Print Name | Signature | Date |

### 15. ACCEPTANCE/CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 1 | Pellets STC HER (126) | ████ CBP | ████ | 5/28/03 |
| 1 | Pellets STC Her (126) | ████ | ████ | 5/28/03 |
| 1 | Pellets STC HER (126) | ████ | ████ | 5/28/03 |
| 1 | Pellets STC HER | ████ | ████ | 5/28/03 |
| 1 | Pellets STC Her | ████ | ████ | 5/28/03 |

CF 6051A Continuation Sheet Attached? Yes ☐ No ☐          Customs Form 6051S (11/01)

Customs Retains Original

1  Pellets STC Heroin ████    ████ 05/29/03
TOT to DEA SERL on 05/29/03
136387 Lab #,

00027

Customs Retains Original





**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

*January 21, 2005*

MR SHANELL ANTONIE JAMES
**69829-004
UNIT F-B
POST OFFICE BOX 1000
OTISVILLE, NY 10963

Request No.: 1012051- 000
Subject: JAMES, SHANELL ANTONIE

Dear Mr. James:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

A search of the automated indices to our central records system files located no records at FBI Headquarters responsive to your FOIPA request.

Although no records responsive to your FOIPA request were located in our automated indices, we are required to inform you that you are entitled to file an administrative appeal if you so desire. Appeals should be directed in writing to the Co-Director, Office of Information and Privacy, U. S. Department of Justice, Suite 570, Flag Building, Washington, D.C. 20530, within 60 days from the date of this letter.  The envelope and the letter should be clearly marked "Information Appeal."  Please cite the FOIPA request number assigned to your request so that it may easily be identified.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

**U.S. Department of Justice**

Drug Enforcement Administration

---

February 15, 2005

Request Number:    05-0524-P

Subject of Request:    JAMES, SHANELL ANTONIE

FCI OTISVILLE
P.O. BOX 1000
OTISVILLE, NY  10963

DEAR SHANELL A. JAMES:

The Drug Enforcement Administration (DEA) has received your Freedom of Information/Privacy Act (FOI/PA) request and placed it on a list of requests awaiting processing. In order to expedite all requests that require retrieval, processing and duplication of documents, your request will be handled in chronological order based on the date of this letter.

Your request has been assigned the above number. Please include this number in any future correspondence to this office regarding this request.

This letter confirms your obligation that by filing your request, you have implicitly agreed to pay all applicable fees charged under 28 C.F.R. 16.11, up to $25.00, unless you seek a waiver of fees (28 C.F.R. 16.3 (c)).

Please be assured that your request is being handled as equitably as possible. Upon completion of the processing, you will be notified of all applicable fees, and payment will be required prior to release of any records. If there are not fees associated with the processing of your request, all documents that can be released will be made available to you at the earliest possible date.

Sincerely,

Katherine L. Myrick
Chief, Operations Unit
FOI/Records Management Section

This letter was also sent to:
Bureau of Customs and Border Protection
Disclosure Law Branch (Mint Annex)
1300 Pennsylvania Avenue, N.W
Washington, D.C. 20229

Shanell James
Reg. No. #69829-004
FCI Otisville
P.O. Box 1000
Otisville, NY 10963
Unit F-B
February 22, 2005

Drug Enforcement Administration
Freedom of Information Operations Unit
  Department of Justice
700 Army Navy Drive
Arlington, V.A. 22202

RE:   Freedom of Information Act request number 05-102

Dear F.O.I.O.U.

I Shanell James am currently committed to the above mention Federal Facility. I write to request case records in reference to Case No. 03-20452-CR, heard in the Southern District of Florida. This request is the pursuant to Freedom of Information Act (FOIA), 5 U.S.C. sec. 552, and Privacy Act 5 U.S.C. § 552a.

I specifically request Lab Analysis Report prepared by your agency. This in reference to the above mentioned Federal Criminal Case No. 03-20452-CR. Also, any additional records or documents in relation to case. Including any audio, Video, or Photographs of Surveillance in the above case. Date of Arrest 05/28/03, Arresting Agency (I.C.E.).

As you know, the Freedom of Information Act provides that if portions of a Document are exempt from release, the remainder must be segregated and disclosed. Therefore, I will expect you to send Me all nonexempt portions of the records which I have requested, and humbly ask that you justify any deletions with reference to specific exemptions of FOIA.

The information requested is not to be used for commercial benefit, so I do not expect to be charged fees for your review of the Material to see if it fall within one of FOIA's exemptions.

As you know the FOIA provides for the wavier or reduction of search and duplication fees where the disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester.

In conclusion, I request the above document(s) as I research the above criminal case in which I have no record. Please be advised that I'm currently

economically challenge, and have no community support. So I humbly request
that any fees associated with this request be waived. Thank You.

Respectfully Submitted,

Shanell James

**Note:** When responding to this request/correspondence. Please label sending
envelope, or package Legal Mail/ Open in the presence of Inmate. This is
to protect my confidence.

**U.S. Department of Justice**
Justice Management Division

**Freedom of Information Act/Privacy Act Referral/Action Slip**

Clerk:  Barnes

Organization: JMD/FASS

Building & Room:  LOC, 113

Date:

JAN 0 3 2005

| To | From | To | From |
|----|------|----|------|
| ☐ | ☐ Office of Information & Privacy | ☐ | ☐ Immigration Review, Executive Office for |
| | _____ | ☐ | ☐ Inspector General, Office of |
| | _____ | ☐ | ☐ Intelligence Policy and Review, Office of |
| | _____ | ☐ | ☐ INTERPOL, U.S. National Central Bureau |
| ☐ | ☐ Antitrust Division | ☐ | ☐ Justice Management Division Staff: _____ |
| ☐ | ☐ Bureau of Alcohol, Tobacco, Firearms and Explosives | ☐ | ☐ Justice Programs, Office of |
| ☐ | ☐ Civil Division | ☐ | ☐ Legal Counsel, Office of |
| ☐ | ☐ Civil Rights Division | ☐ | ☐ National Drug Intelligence Center |
| ☐ | ☐ Community Relations Service | ☐ | ☐ Pardon Attorney, Office of |
| ☐ | ☐ Community Oriented Policing Services | ☐ | ☐ Professional Responsibility Advisory Office |
| ☐ | ☐ Criminal Division | ☐ | ☐ Professional Responsibility, Office of |
| ☐ | ☐ Dispute Resolution, Office of | ☐ | ☐ Solicitor General, Office of |
| ☑ | ☐ Drug Enforcement Administration | ☐ | ☐ Tax Division |
| ☐ | ☐ Environment & Natural Resources Division | ☑ | ☐ U.S. Attorneys, Executive Office for |
| ☐ | ☐ Federal Bureau of Prisons | ☐ | ☐ U.S. Marshals Service |
| ☑ | ☐ Federal Bureau of Investigation | ☐ | ☐ U.S. Parole Commission |
| ☐ | ☐ Federal Detention Trustee, Office of | ☐ | ☐ U.S. Trustees, Executive Office for |
| ☐ | ☐ Foreign Claims Settlement Commission | ☐ | ☐ _____ |

Requester:  Shanell A. James

Ref:  Case No. 03-20452-CR

Date of Request:  November 10, 2004

Received By:  FOIA/PA Mail Referral Unit          Type of Request:  FOI/PA

Remarks:  Requester advised of this referral.

FORM JMD-481
Rev. Mar. 2004

**U.S. Department of Justice**

---

*Washington, D.C. 20530*

**JAN 0 3 2005**

Shanell A. James                                    Re:  Case No. 03-20452-CR
Reg. No. 69829-004
Unit:  F-B
F.C. I. - Otisville
P.O. Box 1000
Otisville, NY  10963

Dear Ms. James:

Your Freedom of Information Act and/or Privacy Act (FOIA/PA) request was received by this
office which serves as the receipt and referral unit for FOIA/PA requests addressed to the
Department of Justice (DOJ).   Federal agencies are required to respond to a FOIA request within
twenty business days.   This period does not begin until the request is actually received by the
component within the DOJ that maintains the records sought.

We have referred your request to the DOJ component(s) you have designated or, based on
descriptive information you have provided, to the component(s) most likely to have the records.
The component(s) to which your request has been forwarded are indicated on the enclosed
FOIA/PA Referral/Action Slip.   All future inquiries concerning the status of your request should
be addressed to the office(s) listed below:

> FOIA/PA
> Drug Enforcement Administration
> Department of Justice
> 700 Army Navy Drive
> Arlington, VA  22202
> (202) 307-7596

> FOIA/PA
> Executive Office for U.S. Attorneys
> Department of Justice
> Room 7300, 600 E Street, NW
> Washington, DC  20530
> (202) 616-6757

James                                                                    Page 2

                    FOIA/PA
                    Federal Bureau of Investigation
                    Department of Justice
                    935 Pennsylvania Avenue, NW
                    Washington, DC  20535
                    (202) 324-5520

Your request also designated organizations outside of the Department of Justice as indicated
below and will have to be resubmitted by you directly to them.*

Sincerely,

Ronald L. Deacon, Director
Facilities and Administrative
    Service Staff
Justice Management Division

Enclosure
Freedom of Information Act/Privacy Act
    Referral/Action Slip

*Bureau of Customs and Border Protection, Washington, DC   20229



**U.S. Department of Justice**

**Drug Enforcement Administration**

MAR 0 1 2005

_Washington, D.C. 20537_

March 1, 2005

Request Number:        05-0524-P

Subject of Request:    JAMES, SHANELL ANTONIE

FCI OTISVILLE
P.O. BOX 1000
OTISVILLE, NY  10963

DEAR SHANELL A. JAMES:

 Your Freedom of Information/Privacy Act request to the Drug Enforcement Administration (DEA) has
been reviewed.  The paragraph below applies:

 A review of DEA indices indicates that based on the information you provided as search criteria, the
DEA has located  no records which are responsive to your request.

 If you wish to appeal any denial of your request, you may do so within 60 days pursuant to 28 C.F.R.
16.9.  The appeal should be sent to the following address, with the envelope marked "FOIPA" Appeal".

   Co-Director
   Office of Information and Privacy
   FLAG Building, Suite 570
   Washington, D.C.  20530

    Sincerely,

    Katherine Myrick

    Katherine L. Myrick
    Chief, Operations Unit
    FOI/Records Management Section

Shanell James
Register No.#69829-0
F.C.I. Otisville
P.O. Box 1000
Otisville, N.Y. 10963
Unit F-B
March 8, 2005

Office of Information and Privacy
Co-Director
FLAG Building, Suite 570
Washington, D.C. 20530

RE: FOIA/PA Appeal request no.(s) 1012051-00
25-102, 05-524

Dear Co-Director;

I Shanell James am currently committed to the above Federal facility write to appeal the above reference request numbers regarding Freedom of Information and Privacy Act. This appeal is pursuant to 28 C.F.R. 16.9.

The original request was an effort to obtain documents relation to Federal criminal case no. 03-20452-CR. This case was heard in the Southern Distric of Flordia (Miami). Presiding under the Honorable Distric Judge Ursula Ungaro-Berages. The arresting agency is I.C.E., arrest date 05/28/03

The record document(s) I seek is a Lab Analysis Report prepared by ICE in which alleged seized narcotics was analyzed by the Drug Enforcement Administration. I've also requested any audio, video or photographs of surveillance in relation to the above mentioned case.

The initial FOIA/PA request was filed with the U.S. Department of Justice, Freedom of Information and Privacy Act referral Unit. Who then forwarded it to the following agencies:

1) Executive Office for United States Attorneys
   FOIA/PA
   Department of Justice
   600 E Street, N.W. Room 7300
   Washington, D.C. 20530

2) Federal Bureau of Investigation
   FOIA/PA
   Department of Justice
   935 Pennsylvania Avenue, N.W.
   Washington, D.C. 20535

3) Drug Enforcement Administration
   FOIA/PA
   Department of Justice
   700 Army Navy Drive
   Arlington, V.A. 22202

It was in one correspondence that I received from DOJ FOIA/PA referral unit that noted that the Bureau of Customs and Border Protection (newly know as I.C.E) it stated that I would have to re-submit a request directly. Because that agency is outside of the DOJ.

Presently I written these agencies and have been unsucessful in getting the information I seek.

In conclusion I appeal to your office to request the above mention records and documents(s) and/or to re confirm that they don't exist. Enclosed within this appeal is various letter detailing the response I've received from the agencies involved. (Excluding the Bureau of Customs and Border Protection, to which I expect a reply shortly). Please be advised that I'm currently economically challenge and have no community support. I humbly request that any fees associated with this appeal and request be wavied. Thank you.

Subscribed and sworn to before me
this ___ day of MAR 2005

JULIE A. TIMINS
Notary Public, State of New York
No. 01TI6100288
Qualified in Orange County
Commission Expires Oct. 14, 2007

Respectfully Submitted,

Shanell James

Shanell James



U.S. Department of Homeland Security
Washington, DC 20219

**U.S. Customs and
Border Protection**

## MAR 1 4 2005

Dear Sir or Madam:

We have received your letter concerning a Freedom of Information Request (FOIA) and/or
Privacy Act request for records. Unfortunately this office does not maintain the records you
requested. As such, we have taken the liberty of directing your request to:

U.S. Customs and Border Protection
Freedom of Information Act/Customer Satisfaction Unit
1300 Pennsylvania Ave, NW Room 5.5 C
Washington DC 20229
(202) 354-1000
ATTN: MICHELLE WOODLEY
Once the above office has received your forwarded request they will process the request and
respond accordingly. For any further assistance in this matter, please direct your communication
to the above referenced point of contact.

Please note that all FOIA requests concerning enforcement actions taken by Customs or
Immigration officers should be directed to the CBP Office that maintains the records sought, if
known, or to the office nearest your geographic location. Such geographical locations and the
subject matter of various offices can be found on our website www.cbp.gov. Thank you.

Sincerely,

Mary E. M. Hess

Joanne Stump, Chief
Disclosure Law Branch

**U.S. Department of Homeland Security**
Washington, DC 20229



**U.S. Customs and
Border Protection**

MAR 24 2005

DIS-6-OFO:FP JM
2005F1582

Ms. Shanell James
Reg. No. #69829-004
FCI Otisville
Post Office Box 1000
Unit F-B
Otisville, New York 10963

Dear Ms. James:

This is to acknowledge receipt of your letter requesting access to records, pursuant to the Freedom of Information Act (FOIA) and/or Privacy Act.

The U.S. Customs and Border Protection (CBP) process requests in order of their receipt. Accordingly, we must first process requests previously received from other persons and organizations. We currently have a tremendous backlog and will act with all due diligence by allocating the resources available within this office to process your request as soon as possible.

Before we can release any personal records, it is a requirement that the claimant submit the enclosed Request for Records form. This statement will declare your identity, address, date of birth, and will stipulate your understanding that knowingly or willfully seeking or obtaining access to records about another person under false pretenses is punishable by a fine of up to $5,000.

For your convenience, we have enclosed the proper form for you to complete and return to this office. Once we receive the properly completed form, we will be able to process your request. In order to expedite your request, you may fax the completed form to the Customer Satisfaction Unit – FOIA Desk at (202) 344-2791. Please include file number **2005F1582.**

Thank you.

Enclosure



**U.S. Department of Justice**

Office of Information and Privacy

---

Telephone: (202) 514-3642                 Washington, D.C. 20530

**MAR 2 4 2005**

Mr. Shanell James
Register No. 69829-004, Unit F-B
Federal Correctional Institution
P.O. Box 1000
Otisville, NY 10963

     Re:  Request No. 1012051-000

Dear Mr. James:

     This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation on your request for information from the files of the Department of Justice was received by this Office on March 17, 2005.

     The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours.  In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned number **05-1296**.  Please mention this number in any future correspondence to this Office regarding this matter.

     We will notify you of the decision on your appeal as soon as we can.  The necessity of this delay is regretted and your continuing courtesy is appreciated.

          Sincerely,

          Priscilla Jones
          Chief, Administrative Staff

**U.S. Department of Justice**

Office of Information and Privacy

_Telephone: (202) 514-3642_                    _Washington, D.C. 20530_

**MAR 2 4 2005**

Mr. Shanell James
Register No. 69829-004, Unit F-B
Federal Correctional Institution
P.O. Box 1000
Otisville, NY 10963

      Re:  Request No. 05-524

Dear Mr. James:

      This is to advise you that your administrative appeal from the action of the Drug Enforcement Administration on your request for information from the files of the Department of Justice was received by this Office on March 17, 2005.

      The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **05-1298**. Please mention this number in any future correspondence to this Office regarding this matter.

      We will notify you of the decision on your appeal as soon as we can. The necessity of this delay is regretted and your continuing courtesy is appreciated.

                      Sincerely,

                      Priscilla Jones
                      Chief, Administrative Staff



**U.S. Department of Justice**

Office of Information and Privacy

_____

Telephone: *(202) 514-3642*                 *Washington, D.C. 20530*

**MAR 2 4 2005**

Mr. Shanell James
Register No. 69829-004, Unit F-B
Federal Correctional Institution
P.O. Box 1000
Otisville, NY 10963

  Re: Request No. 05-102

Dear Mr. James:

  This is to advise you that your administrative appeal from the action of the Executive Office for United States Attorneys on your request for information from the files of the Department of Justice was received by this Office on March 17, 2005.

  The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **05-1297**. Please mention this number in any future correspondence to this Office regarding this matter.

  We will notify you of the decision on your appeal as soon as we can. The necessity of this delay is regretted and your continuing courtesy is appreciated.

          Sincerely,

          Priscilla Jones
          Chief, Administrative Staff

Shanell James
Register No. #69829-00
F.C.I. Otisville
P.O. Box 1000
Otisville N.Y. 10963-100
May 25, 2005

U.S. Customs and Border Protection
Freedom of Information Act/Customer Satisfaction Unit
300 Pennsylvania Avenue, N W Room 5.5 C
Washington, DC 20229
c/o Michelle Woodley

RE: File No. 2005F1582

Dear Ms. Woodley,
                    I write this letter to inquire about the status of my last correspondence with your agency. This correspondence contained a "Request for Records" form provided by your agency. I did as instructed and immediately filled out the form, and returned it along with a copy of my initial letter requesting records maintained by your agency and/or office. Since then (March 2005) I haven't recieved any confirmation of the receipt of that correspondence.

In conclusion I ask for just a little notice or letter confirming that the above mention information was recieved by your

agency. I understand that your agency has
a heavy load of requests to process. This
letter is not meant to request the neglect
of those requests before me. I only want
notification that my last correspondence
was recieved by your agency. Please be
advised that if their is any other infor-
mation needed to help process my re-
quest by your organization, feel free to
contact me at the above address. Thank
you for your time and consideration regarding
this matter.

Respectfully and Humbly Submitted,

Shanell James

**U.S. Department of Justice**

Office of Information and Privacy

Telephone: (202) 514-3642                    Washington, D.C. 20530

**JUN 0 6 2005**

Mr. Shanell James
Register No. 69829-004, Unit F-B
Federal Correctional Institution    Re:    Appeal No. 05-1298
Post Office Box 1000                        Request No. 05-524
Otisville, NY  10963                        RLH:ADW:JTR

Dear Mr. James:

    You appealed from the action of the Drug Enforcement
Administration on your request for access to records concerning you,
specifically including a "lab analysis report" you believe was
prepared by the DEA for use in your criminal case, No. 03-20452.

    After carefully considering your appeal, I have decided to
affirm the DEA's action on your request.

    The DEA informed you that it could locate no records responsive
to your request.  It has been determined that the DEA's response is
correct.

    You mentioned both U.S. Customs and Border Protection and U.S.
Immigration and Customs Enforcement (ICE) in your correspondence with
the DEA and this Office.  If you have not done so already, you may
wish to submit separate FOIA requests for the information you seek to
these components of the Department of Homeland Security.  The
addresses for U.S. Customs and Border Protection and ICE,
respectively, are:

                    Freedom of Information Act Request
                    U.S. Customs Service
                    1300 Pennsylvania Avenue NW.
                    Washington, D.C.  20229

                    Director
                    Freedom of Information Act/Privacy Act Program
                    425 Eye Street NW., 2nd Floor
                    ULLICO Building
                    Washington, D.C.  20536

-2-

　　　　If you are dissatisfied with my action on your appeal, you may
seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　Richard L. Huff
　　　　　　　　　　　　　　　Co-Director

**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

AUG 0 8 2005

Mr. Shanell James
Register No. 69829-004, Unit F-B
Federal Correctional Institution        Re:  Appeal No. 05-1296
Post Office Box 1000                          Request No. 1012051
Otisville, NY  10963                          RLH:ADW:JTR

Dear Mr. James:

    You appealed from the action of the Headquarters Office of the
Federal Bureau of Investigation on your request for access to records
concerning you.

    After carefully considering your appeal, I have decided to
affirm the FBI's action on your request.

    The FBI informed you that it could locate no records responsive
to your request in its automated indices.  Subsequent to your appeal,
the FBI conducted another search of its automated indices for records
responsive to your request.  No responsive records were located as a
result of this second search.  It has been determined that the FBI's
response is correct.

    If you are dissatisfied with my action on your appeal, you may
seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

                                   Sincerely,

                                   Richard L. Huff
                                   Co-Director

MR. SHANELL JAMES # 69829-004
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
OTISVILLE, NY 10963

Date: 8/20/2005

U.S. Customs and Border Protection
Freedom of Information Act/
Customer satisfaction unit
1300 Pennsylvanai Avenue, N.W.
Washington, DC 20229
Room 5.5C
c/o michelle Woodley

Re: File No. 2005F1582

Dear Ms Woodley,

I write this letter to inquire about the status of my last 2 letters of correspondence with your agency. These letters were dated February 22, 2005. these letters requested the status of the above file No., in which I requested information pursuant to Freedom of Information Act, (FOIA), 5 U.S.C. §552, and Privacy Act 5 U.S.C. §552a.

The first letter dated February 22, 2005, It was a general request in which I requested records I believed maintain by your agency. The records sought is specifically a "Lab Analysis Report" prepared by your agency in regards to Federal Criminal case No. 03-20452-CR, Arrest date 5/28/2003, Arresting agency is Immigration & Customs Enforcement (I.C.E.), by special agent Chinell Medina. This case was heard in the Southern District of Florida. Presiding under U.S. District Judge Ursula Ungaro-Benages.

The report was then refered to the Drug Enforcement Administration for analysis for seizure No. 2003520600070201, to be analyzed in the Southeast laboratory.

Regarding the second letter dated May 25, 2005, this letter was an inquiry of the status of my FOIA request. In addition it contained a completed "Request for Records" form provided by your agency. The letter sent by your agency was date March 24, 2005. This acknowledged receipt of my FOIA request.

My letter also requested notification upon it's delivery and receipt by you agency. As of the date of this letter I've not received any notice of my inquiry as to the receipt of the completed "Request for Records" form.

In conclusion, I humbly again request that your agency advise me if the "Request for Records" form was ever received by your agency and an updated regarding my F.O.I.A. request for records.

Also note that I'm aware of your agency heavy back load of request to process. This letter is not intented to request the neglect of these request presented before mine. It is only to inquire the status of the request.

Please be advised that I'm enclosing several copies of correspondence letters by your agency and myself regarding my prior attempts in seeking the status of my FOIA request for records.

Finally, I ask if their is any other information need to help process my request. Please feel free to contact me at the above mentioned address.

Respectfully Submitted,

*Shanell James*

Mr. Shanell James

Shanill James having
applied before me this
day of August 20__

Notary Public
Qualified in Orange County
Commission _____ 2007

cc:
Director
Freedom Of Information Act/
Privacy Act Program
425 Eye Street N.w.
Ullico building
Washington, DC 20536



06 0562
FILED

MAR 2 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

WASHINGTON DC 20229

| Postage | $ .85 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.90 |

OTISVILLE N.Y. 10963
SEP 06 2005
Clerk

Sent To: U.S. Customs & Border Protection
Freedom of Information Act/Customer Satisfaction
Street, Apt. No.: Unit, c/o Michelle Woodley
or PO Box No.: 1300 Pennsylvania Avenue N.W.
Room 5.5C
City, State, ZIP+4: Washington D.C. 20229

Shanell James F-B 67834-004

7002 0510 0002 3440 0434

---

OFFICIAL USE

| Postage | $ 0.36 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.43 |

OTISVILLE N.Y. 10963
FEB 22 2006
Clerk

Sent To: Bureau of Customs and Border Protection
Street, Apt. No.: 1300, Pennsylvania Avenue N.W. (Unit Annex)
or PO Box No.:
City, State, ZIP: Washington D.C. 20229

Shanell James F-B 67834-004

7003 1110 0004 0740 3623

---

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Bureau of Customs and
Border Protection
(Unit Annex)
1300 Pennsylvania Avenue
Washington D.C. 20229

COMPLETE THIS SECTION ON DELIVERY

A. Signature    X    □ Agent □ Addressee
B. Received by (Printed Name): Melvin McMaster    C. Date of Delivery: 3/1/05
D. Is delivery address different from item 1? □ Yes  □ No
If YES, enter delivery address below:

3. Service Type
□ Certified Mail   □ Express Mail
□ Registered       □ Return Receipt for Merchandise
□ Insured Mail     □ C.O.D.
4. Restricted Delivery? (Extra Fee)   □ Yes

2. Article Number (Transfer from service label):
7003 3110 0004 0740 3693

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

06 0562
FILED
MAR 2 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



**U.S. Department of Homeland Security**
Washington, DC 20229

**U.S. Customs and
Border Protection**

June 30, 2006

DIS-2-OFO:FP DP
2005F1582

Mr. Shanell James
# 69829-004
Federal Correctional Institution
P.O. Box 1000
Otisville, New York 10963

Dear Mr. James:

This is in response to your request for records under the Freedom of Information Act (FOIA) and/or Privacy Act.

A search of the U.S. Customs and Border Protection (CBP) database produced two requested documents, which are enclosed. Certain portions of these documents are exempt from disclosure pursuant to 5 U.S.C. section 552 (b)(2), as they are administrative markings and are related solely to the internal administrative practices of this agency. Additional sections are exempt from disclosure pursuant to 5 U.S.C. section 552 (b)(6) and (b)(7)(C), as they are names of individuals, the disclosure of which would constitute an unwarranted invasion of personal privacy.

If you consider CBP's assertion of FOIA exemptions to constitute a partial denial of your request for disclosure, you may appeal to U.S. Customs and Border Protection, Office of Regulations and Rulings, 1300 Pennsylvania Avenue, NW, Mint Annex, Washington, DC 20229 and have the words, "Freedom of Information Act Appeal" printed on the front of the envelope. Your appeal must be made in writing within 35 days after the date of this notification. Please refer to file number 2005F1582 in any correspondence.

Sincerely,

Kathleen Dailey McKevitt
Director, Field Programs
Office of Field Operations

Enclosures

*Office of Investigations*

**U.S. Department of Homeland Security**
425 I Street, NW
Washington, DC 20536

 **U.S. Immigration
and Customs
Enforcement**

DIS 2-01 OI:MS:ID
06-FOIA-19650 MKM

MAR **2 0** 2007

Mr. Shanell James
Reg. No. #69829-004
FCI Otisville Unit F-B
P.O. Box 1000
Otisville, New York 10963

Dear Mr. James:

On March 22, 2005, U.S. Customs and Border Protection (CBP) forwarded your Freedom of
Information Act (FOIA) request dated February 22, 2005, to this agency for our response.

Please excuse our tardiness in responding to your request. We currently have a tremendous
backlog that has adversely impacted our response time to the public. However, it has not
impacted the quality of our service and our dedication to the public at large.

Please be advised that we have located twelve pages of records responsive to your request and
have determined that they will be released to you with deletions pursuant to exemptions (b)(2)
and (b)(7)(C) of the FOIA.

If there are any other identifiable records responsive to your request, they would be in our
Offices of the Special Agent in Charge in Miami, Florida. Therefore, your request has been
forwarded to that office for a direct response to you. Further enquiries concerning this matter
should be directed to the Special Agent in Charge, U.S. Immigration and Customs
Enforcement, 8075 North West 53rd Street, Miami, Florida 33166 (Telephone: (305) 664-2955)

If you are dissatisfied with the adequacy of our search or the partial denial of your request for
disclosure, you may appeal this determination, in writing, within 60 days after the date of this
notification to the Associate General Counsel (General Law), Department of Homeland
Security, Washington, DC 20528. Please reference case number 06-FOIA-19650 in all future
correspondence regarding this request.

Mr. Shanell James
Page 2 of 2

Enclosed is an information sheet pertaining to exemptions from disclosure under the FOIA, your right to administrative appeal and judicial review.

Sincerely,

Gloria L. Marshall
Chief, Information Disclosure Unit
Mission Support Division
Office of Investigations

Enclosures

U.S. Department of Homeland Security
Washington, DC 20229



**U.S. Customs and
Border Protection**

DIS-2-OFO:FP NM
2005F1582

June 28, 2007

Mr. Shanell James   Reg No. 69829-004
P.O. Box 7000   F.C.I. Fort Dix
Fort Dix,  N.J.  08640

Dear Mr. James:

This is in response to your Freedom of Information Act (FOIA) and/or Privacy Act request.

As a result of that search sixty-five pages were located and have been enclosed. Certain portions of the enclosed documents are exempt from disclosure pursuant to 5 USC 552 (b)(2), as they are administrative markings and are related solely to the internal administrative practices of this agency, (b)(6), (b)(7)(c), they are names of individuals the disclosure of which could reasonably be expected to constitute an unwarranted invasion of personal privacy and (b)(7)(e), which would disclose techniques and procedures of law enforcement investigations.

If you consider the deletions to constitute a partial denial of your request for disclosure, you may appeal those deletions to the Office of Regulations and Rulings, U.S. Customs and Border Protection, 1300 Pennsylvania Avenue NW, Mint Annex 5th Floor, Washington, D.C. 20229.  Your appeal must be made in writing within 35 days after the date of this notification.  Both the front of the envelope and the appeal letter should contain the notation "Freedom of Information Act Appeal."

Please notate file number 2005F1582 on any future correspondence to CBP related to this FOIA request.

Sincerely,

Scott R. Welsh
for
Lisa Brown
Director, Field Programs
Office of Field Operations

Enclosures