UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Shanell James,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Civ. Act. No. 06-0562 (RMC) |
| | ) |
| v. | ) |
| | ) |
| **Department of Homeland Security,** | ) |
| | ) |
| **Defendant.** | ) |

**MOTION FOR A FURTHER EXTENSION OF TIME
TO FILE A REPLY TO PLAINTIFF'S WRIT OF MANDAMUS**

Now comes the Defendant, United States Customs and Border Protection (CBP), a component of the United States Department of Homeland Security, requesting pursuant to Fed. R. Civ. P. 6, an enlargement of time within which to file its oppose Plaintiff's motion for a writ of mandamus, until Tuesday, September 18, 2007. The Motion is now due on Wednesday, September 12, 2007. Plaintiff has brought this action pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552, as amended, and the Privacy Act, 5 U.S.C. § 552(a), requesting the disclosure of all records pertaining to him held by the U.S. Customs and Border Protection in the Southern District of Florida. He has filed a writ of mandamus seeking access to his legal property in New York where he is now incarcerated. Grant of this motion will not require the rescheduling of any other due dates in this action. Because plaintiff is incarcerated, and proceeding *pro se*, Local Rule 7(m) does not apply to this motion, and defendant has not obtained his position as to the relief requested. See Local Civil Rule 7(m).

Counsel is requesting this additional time due to the fact that counsel assigned primary

responsibility in this matter has been out of the Office for emergency medical care, since September 4, 2007. Counsel expects to return the week of September 18, 2007. The additional time is necessary to allow counsel time, upon her return, to respond and to obtain the proper internal review prior to filing. Consequently, counsel is requesting a further leave until September 18, 2007 to file a reply. This motion is not for purposes of delay but for good cause shown and no prejudice results to any party. No further requests for extensions are anticipated.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


_____/s/_____
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW - Civil Division
Rm. 4-4808
Washington, D.C. 20530
(202) 305-1334

Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I certify that a copy of Defendant's Motion for Extension of Time has been mailed, first class, postage prepaid, to Plaintiff at the following address:

Shanell James
Register No. 69829-004
Metropolitan Detention Center - Brooklyn
P.O. Box 329002
80 - 29th Street
Brooklyn, New York 11232

on this 12th day of September, 2007

_____
Heather Graham-Oliver
Assistant United States Attorney