Shanell James
Register No. 69829-004
Metropolitan Detention Center-Brooklyn
80-29 th Street, (Unit K-83)
Brooklyn, New York 11232
December 30, 2007

U.S. District Court for the District
 of Columbia
U.S. Courthouse,
333 Constitution Avenue, N.W.
Washington, D.C. 20001
Attn: Pro Se Office (Clerk)

Dear Pro Se Office,

I Shanell James am a Pro Se litigant (Plaintiff) in Civil Action No. 06-0562 (RMC), currently pending before this Honorable Court. I would humbly and respectfully like to request the following;

1) an up-dated docket sheet regarding Civil Action No. 06-0562 (RMC)

2) a copy of 19, Code of Federal Regulations

As you are aware, the Defendant in the above referenced Civil Action is Bureau of Customs and Border Protection. The request for 19 C.F.R. is the rules that govern this agency's authority. Here in the Bureau of Prisons, Law Library facilities 19 C.F.R. is not required to be provided for inmates. For some time now, I've sought to obtain a copy of these regulations, and have been unsuccessfully.

RECEIVED
JAN 2 - 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I know this request is/for might be <u>unorthodox</u>. However, I economically challenged, with limited community support. In addition I don't know where else to petition for these regulation

In conclusion I humbly and respectfully ask this Office to provide these regulations, and/or advise of or where I could. I believe that this would greatly assist me in the aforementioned Civil Action in which I'm a pro Se litigant. I thank you for your time, service, and consideration in this matter.

Gratefully Submitted
Shanell James
Register No. 69829-004
MDC-Brooklyn
80-29th Street, (Unit K-83)
Brooklyn, New York 11232