United States District Court
For The District Of Columbia

Shanell James,
        Plaintiff

Civil Action No.
06-0562(RMC)

against

U.S. Customs & Border Protection,
                                Defendant

_____Attached Documents In Support_____

Of

Motion For The Appointment

_____Of Civil Counsel_____

BENJAMIN N. CARDOZO SCHOOL OF LAW • YESHIVA UNIVERSITY

**CRIMINAL DEFENSE AND CRIMINAL APPEALS CLINICS**

**Toby Golick**
Clinical Professor of Law
Director of Clinical Education

Jonathan Oberman
**Ellen Yaroshefsky**
Clinical Professors of Law

**Jennifer Blasser**
Visiting Associate Clinical Professor of Law

**Stanley Neustadter**
Adjunct Clinical Professor of Law

(212) 790-0368
FAX (212) 790-0256

January 25, 2008

Mr. Shanell James
69829-004
METROPOLITAN DETENTION CENTER - BROOKLYN
80 Twenty Ninth Street, Unit K-83
Brooklyn, NY 11232

Dear Mr. James:

Your letter dated January 7, 2008 was forwarded our office by those of the Innocence Project. The Innocence Project takes on only those cases that deal with matters DNA evidence.

I regret that we cannot take your case. We are funded to take on only those direct appeals formally assigned to us by the Appellate Division, First Department. We do not have the funds or the staff to accept any other cases.

I am sorry that we shall be unable to render any further service to you.

Sincerely,

Stanley Neustadter
Director, Criminal Appeals Clinic

SN/mmc

NSE AND CRIMINAL APPEALS CLINICS
ARDOZO SCHOOL OF LAW
RSITY • BROOKDALE CENTER
UE
10003-4391





Mr. Shanell James
69829-004
METROPOLITAN DETENTION CENTER - BROOKLYN
80 Twenty Ninth Street, Unit K-83
Brooklyn, NY 11232

# SEIFF KRETZ & ABERCROMBIE

CHARLES D. ABERCROMBIE*
WALTER A. KRETZ, JR.
ERIC A. SEIFF

MARIANA OLENKO

*ALSO ADMITTED IN CT

444 MADISON AVENUE
30TH FLOOR
NEW YORK, N.Y. 10022-6926
(212) 371-4500
FAX (212) 371-6883

ROLAND R. ACEVEDO
OF COUNSEL

October 17, 2007

Shanell James 69829-004
Metropolitan Detention Center – Brooklyn
80-29th Street
Brooklyn, New York 11232
Unit K-83

Dear Ms. James:

   I received your letter requesting assistance with your case. Because your case originated in the Southern District of Florida, Miami, and our law firm does not practice in that area, we are unable to provide you with any assistance. I suggest that you contact attorneys who practice in the area in which your case originated.

                                                    Very truly yours,

                                                    Charles D. Abercrombie

SEIFF KRETZ & ABERCROMBIE
444 MADISON AVENUE
30TH FLOOR
NEW YORK, N.Y. 10022-6926





Shenell James 69829-004
Metropolitan Detention Center – Brooklyn
80-29th Street
Brooklyn, New York 11232
Unit K-83

Privileged information – open in presence of inmate



GIBBONS FELLOWSHIP IN
PUBLIC INTEREST & CONSTITUTIONAL LAW

JOHN J. GIBBONS
SENIOR PARTNER

LAWRENCE S. LUSTBERG
DIRECTOR

MEGAN LEWIS
EMILY B. GOLDBERG
MELANCA D. CLARK

Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310
Phone: 973.596.4500

September 24, 2007

Mr. Shanell James
Reg. No. 69829-004
Metropolitan Detention Center
80-29th Street
Brooklyn, NY 11232
Unit K - 83

Dear Mr. James:

    Thank you for your inquiry concerning your pending FOIA litigation against the United States Customs and Border Protection. Unfortunately, the Gibbons Fellowship Program is unable to represent you at this time. You may wish to contact the following organizations to inquire whether they will assist you with your claim:

Prisoners' Rights Project
The Legal Aid Society
199 Water Street
New York, NY 10038
(212) 577-3530

Public Citizen Litigation Group
c/o Office Manager
Open Government Project
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

GIBBONS P.C.

**Mr. Shanell James**
September 24, 2007
Page 2

I wish you the best of luck with your case.

Sincerely,

Melanca D. Clark

cc:   John J. Gibbons, Esq.

**GIBBONS**

Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310

Mr. Shanell James
Reg. No. 69829-004
Metropolitan Detention Center
80-29th Street
Brooklyn, NY 11232
Unit K - 83



02 1M
0004237643    $ 00.41⁰
MAILED FROM ZIPCODE 07102    SEP 24 2007

**OPEN SOCIETY INSTITUTE   O S I**

**GEORGE SOROS**
*Chairman*

**ARYEH NEIER**
*President*

August 22, 2007

Shanell James 69829-004
Metropolitan Detention Center-Brooklyn (Unit K-83)
P.O. Box 329002
Brooklyn, NY 11232

Dear Mr. James,

Thank you for your letter to the U.S. Justice Fund of the Open Society Institute regarding your case. The Criminal Justice Initiative of The Open Society Institute is a grantmaking program that focuses on reducing the United States' over-reliance on incarceration by supporting organizations that advocate for systemic reform in the criminal justice system. Unfortunately, we do not have the capacity to provide direct services to the many who need support, and we do not work on individual cases or litigation.

I am sorry we cannot be of more help to you. I wish you the best on finding the information and assistance you seek.

Sincerely,

William J. Johnston, Jr.
Program Officer
The After Prison Initiative

OPEN SOCIETY INSTITUTE
400 West 59th Street
New York, New York 10019

O S I



SHANELL JAMES 69829-004
METROPOLITAN DETENTION CENTER-
BROOKLYN (UNIT K-83)
P.O. BOX 329002
BROOKLYN, NY 11232



UNITED STATES POSTAGE
PITNEY BOWES
02 1A
0004393864    $ 00.41⁰
             AUG 24 2007
MAILED FROM ZIP CODE 10019



**NYCLU**
NEW YORK CIVIL LIBERTIES UNION

125 Broad Street
New York, NY 10004
(212) 344-3005
Fax (212) 344-3318
www.nyclu.org

**Legal Intake Committee**

October 24, 2006

Shanell James
69829-004
SHU DS22
Federal Correctional Institution
PO Box 7000 West
Fort Dix, NJ 08640

Dear Mr. James:

This is to acknowledge our receipt of your recent request for assistance from the New York Civil Liberties Union [NYCLU]. The New York office of the ACLU considers *only* those legal matters which have arisen within the City and State of New York. Your correspondence concerns a matter which occurred outside of our area, therefore, you need to contact the ACLU for the region in which the incident occurred; that address is:

ACLU of New Jersey
PO Box 32159
Newark, NJ 07102

Thank you for contacting the NYCLU.

Sincerely,

Legal Intake Committee



**NYCLU**
NEW YORK CIVIL LIBERTIES UNION

125 Broad Street
New York, NY 10004

**LEGAL MAIL**

0864080907

Shanell James
Register No. 69829-004
FCI Fort Dix
PO Box 7000 West
Fort Dix, NJ 08640





August 9, 2007

Dear Mr. James:

We have received your letter asking for legal assistance or advice. Unfortunately, our organization does not have staff who are able to represent or assist individuals with their cases, even on a *pro bono* basis. We are also unable to make referrals to individual attorneys.

The National Association of Criminal Defense Lawyers is a trade association and, as such, our primary function is to serve our members across the country. In addition to this, we lobby Congress for fair crime legislation, work for systemic improvements in the quality of representation for indigent defendants, and educate the media and the public about criminal justice issues.

Perhaps other organizations are in a better position to be of assistance. We appreciate the time you took in writing to us and are sorry we are unable to help you. We wish you the very best.

Sincerely,

John Cutler
National Affairs Assistant

**NATIONAL ASSOCIATION OF CRIMINAL DEFENSE LAWYERS**

1150 18th Street, NW ♦ Suite 950 ♦ Washington, DC 20036

"LIBERTY'S LAST CHAMPION"

Mr. Shanell James
#69829-004
Metropolitan Detention Center-Brooklyn
P.O. Box 329-002
Brooklyn, NY 11232



Hasler

016H26506953
$00.41⁰
Mailed From 20036
08/09/2007
US POSTAGE

# probono.net

151 West 30th Street
10th Floor
New York, NY 10001

July 23, 2007

Shanell Jones
Number 69829-004
Metropolitian Detention Center—Brooklyn
P.O. Box 329002
Brooklyn, New York 11232

Dear Ms. Jones,

Thank you for your recent letter requesting information about our organization. Unfortunately, Pro Bono Net does not provide direct legal services, nor do we provide direct attorneys referrals. You may find some of the information you are looking for on our website, at www.lawhelp.org. Another resource that may be of assistance to you is www.findlegalhelp.org.

Best of luck,

Pro Bono Net

151 West 30th Street
10th Floor
New York, NY 10001

probono.net

1:06-827°

NEW YORK NY 100
24 JUL 2007 PM 2 T

K06

Shannel Jones
Number 69829-004
Metropolitian Detention Center - Brooklyn
P.O. Box 32902
Brooklyn, New York 11232

112324-9002

NAME Shanell James
REGISTER NO. 69829-004
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
OTISVILLE, NY 10963
Unit F-3

Legal Mail

The Legal Aid Society
175 Remsen Street
Brooklyn, New York 11201
c/o Andrea Molette

19253448995

NIXIE        112    0 1          00  03/19/05

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 10963100000       *1458-19240-16-36*



Legal Mail

FEDERAL CORRECTIONAL INSTITUTION
OTISVILLE, NY 10963    MAR 10 2005
DATE:

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another addressee, please return the enclosure to the address above.

NAME Shanell James
REGISTER NO. 68826-004
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
OTISVILLE, NY 10963
Unit F-3

Legal Mail

National Lawyer's Guild - National Office
95 Sixth Avenue - Suite 301
New York, NY [illegible]

NIXIE        100    1        39   02/23/05
         RETURN TO SENDER
         NO SUCH NUMBER
         UNABLE TO FORWARD
BC: 10963100000       *0958-07426-18-44

FEDERAL CORRECTIONAL INSTITUTION
OTISVILLE, NY 10963
DATE: 2/18/05
The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another addressee, please return the enclosure to the address above.

Legal Mail

NAME Shanell James
REGISTER NO. 66889-004
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
OTISVILLE, NY 10963
Unit F-B

Legal Mail

Prisoners Rights Project of Legal Aid
15 ... [illegible]
New York, N[Y]
c/o John Boston
[illegible] floor

**FEDERAL CORRECTIONAL INSTITUTION**
OTISVILLE, NY 10963
DATE: 2/15/-5

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the address above.

Legal Mail

NIXIE    100    1         39    02/25/05
         RETURN TO SENDER
         NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD
BC: 10963100000    *1358-08177-15-34



Case 1:06-cv-00562-RMC    Document 66-2    Filed 02/11/2008    Page 20 of 20

NAME Shanell James
REGISTER NO. 69829-004
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
OTISVILLE, NY 10963
Unit F-3

Legal Mail

RETURN TO SENDER

Post Conviction Relief
310-C South Green Bay Road
Suite C-332
Racine, Wisc.

NIXIE    530    01    00    02/23/05
RETURN TO SENDER
NOT DELIVERABLE
UNABLE TO FORWARD
BC: 10963100000    *1558-06914-14-39*

Legal Mail

FEDERAL CORRECTIONAL INSTITUTION
OTISVILLE, NY 10963
DATE: 2/12/05
The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another addressee, please return the enclosure to the address above.


