# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

SHANELL JAMES,                                )
                                              )
                    Plaintiff,                )
                                              )
            v.                                )          Civil Action No. 06-562 (RMC)
                                              )
UNITES STATE CUSTOMS AND                      )
BORDER PROTECTION,                            )
                                              )
                    Defendant.                )
_____)

## ORDER

For the reasons stated in the Memorandum Opinion filed separately and contemporaneously herewith, it is hereby

**ORDERED** that Defendant's Renewed Motion for Summary Judgment [Dkt. # 53] is **GRANTED**; and it is

**FURTHER ORDERED** that Plaintiff's Motion for a Writ of Mandamus [Dkt. # 56] is **DENIED**; and it is

**FURTHER ORDERED** that Plaintiff's Motion for Leave to File an Amended Complaint [Dkt. # 65] is **DENIED**; and it is

**FURTHER ORDERED** that all other pending motions are **DENIED** as moot; and it is

**FURTHER ORDERED** that this case is **DISMISSED**; accordingly, this case is closed.

This is a final appealable order.  _See_ Fed. R. App. P. 4(a).

**SO ORDERED.**

DATE: March 3, 2008                    _____
                                                        /s/
                                       ROSEMARY M. COLLYER
                                       United States District Judge

1